IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD.,<br>SAMSUNG ELECTRONICS CO., LTD.,<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-00104-JRG |

**UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendants Samsung Display Company, Ltd., Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc., respectfully request leave to file under seal their Motion to Dismiss Under Federal Rule of Civil Procedure 12 or, Alternatively, to Transfer Under 28 U.S.C. § 1404(a). Defendants' motion and exhibits thereto contain sensitive and confidential business-related information. Plaintiff has informed Defendants that it does not oppose Defendants' Motion for Leave to File Documents Under Seal.

Dated: August 30, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue

1

Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of August, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Defendants have met and conferred with Plaintiff regarding this Motion via electronic mail on August 30, 2021. Plaintiff has indicated that it does not oppose this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith