IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | Case No. 2:21-cv-00104-JRG |

**SOLAS'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES
FOR DEFENDANTS' MOTION TO DISMISS OR TRANSFER (DKT. 25)**

Plaintiff Solas respectfully moves to extend the current briefing deadlines for Defendants' motion to dismiss or transfer (Dkt. 25) as follows:

| Brief | Current Deadline | Extended Deadline |
|---|---|---|
| Solas's opposition | September 13, 2021 | September 24, 2021 |
| Defendants' reply | September 20, 2021 | October 8, 2021 |
| Solas's sur-reply | September 27, 2021 | October 15, 2021 |

This mutual extension of briefing deadlines is justified by scheduling conflicts and is not made for purposes of delay. The parties conferred, and Defendants do not oppose this motion or the requested adjustments. A proposed order is attached.

| | |
|---|---|
| Dated: September 8, 2021 | Respectfully submitted,<br><br>*/s/ Reza Mirzaie*<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Philip X. Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br><br>**Attorneys for Plaintiff Solas OLED Ltd**. |

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiffs have met and conferred with Defendants regarding this Motion. Defendants have indicated they do not oppose.

                                                  */s/ Reza Mirzaie*
                                                  Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2021.

                                                  */s/ Reza Mirzaie*
                                                  Reza Mirzaie