IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | Case No. 2:21-cv-00104-JRG |

**[PROPOSED] ORDER GRANTING SOLAS'S UNOPPOSED
MOTION TO EXTEND BRIEFING DEADLINES FOR
DEFENDANTS' MOTION TO DISMISS OR TRANSFER (DKT. 25)**

Before the Court is Plaintiff Solas's unopposed motion to extend the remaining briefing deadlines for the reply and sur-reply for Defendants' motion to dismiss or transfer (Dkt. 25). The Court, having considered the unopposed motion and finding it to have merit, GRANTS the motion. The Court hereby ORDERS the following remaining briefing deadlines for Defendants' motion to dismiss or transfer:

| Brief | Current Deadline | Extended Deadline |
|---|---|---|
| Defendants' reply | October 8, 2021 | October 12, 2021 |
| Solas's sur-reply | October 15, 2021 | October 19, 2021 |