# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., | § |
| *Plaintiff,* | § § § |
| v. | § Case No. 2:21-CV-00104-JRG |
| SAMSUNG DISPLAY CO., LTD., et al., | § § § |
| *Defendants.* | § § |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Solas OLED Ltd. and Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully move for entry of the proposed Protective Order attached hereto as Exhibit A.

Respectfully submitted,

Dated: October 20, 2021

*/s/ Reza Mirzaie*
Marc Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Neil A. Rubin (CA SBN 250761)
Philip X. Wang (CA SBN 262239)
James S. Tsuei (CA SB 285530)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: pwang@raklaw.com
E-mail: jtsuei@raklaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com

        Claire Abernathy Henry
        Texas State Bar No. 24053063
        E-mail: claire@wsfirm.com
        Andrea L. Fair
        Texas State Bar No. 24078488
        E-mail: andrea@wsfirm.com
        WARD, SMITH & HILL, PLLC
        PO Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)

        **ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

Dated: October 20, 2021        */s/ Melissa R. Smith*
        Melissa R. Smith
        Texas State Bar No. 24001351
        melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas 75670
        Phone: (903) 934-8450
        Fax: (903) 934-9257

        **COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

DATED: October 20, 2021                                     Respectfully submitted,

By: */s/ Reza Mirzaie*

Reza Mirzaie