## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., | |
| *Plaintiff,* | Case No. 2:21-cv-00104-JRG |
| v. | |
| SAMSUNG DISPLAY CO., LTD., et al., | |
| *Defendants.* | |

### PLAINTIFF SOLAS OLED LTD.'S NOTICE OF DECISION

Plaintiff Solas OLED Ltd. ("Solas") respectfully submits this Notice of Decision attaching as **Exhibit A** the District Court's opinion in *Samsung Electronics Co., Ltd. v. Solas OLED Ltd.*, 21 Civ. 5205 (LGS) (Feb. 1, 2022 S.D.N.Y.) and *Samsung Display Co., Ltd. v. Solas OLED Ltd.*, 21 Civ 7201 (LGS) Feb. 1, 2022 S.D.N.Y.) ("SDNY Order"), granting in part Solas's motion to dismiss or transfer under the first-to-file rule, and staying the proceedings in the Southern District of New York pending the outcome of proceedings in this Court.

Solas believes the SDNY Order is relevant to issues and arguments raised by the parties in connection with the following pending motion:

- Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12 or, Alternatively, to Transfer Under 28 U.S.C. § 1404(a) (Dkt. 25, filed on August 30, 2021)

Respectfully submitted,

Dated: Feb. 3, 2022

 /s/ James S. Tsuei
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Adam S. Hoffman
CA State Bar No. 218740
Neil A. Rubin
CA State Bar No. 250761
Jacob Buczko
CA State Bar No. 269408
James S. Tsuei
CA State Bar No. 285530
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: ahoffman@raklaw.com
Email: nrubin@raklaw.com
Email: jbuczko@raklaw.com
Email: jtsuei@raklaw.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas  75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF, SOLAS OLED LTD.**

CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 3, 2022 with a copy of this document via the Court's ECF system.


DATED:  February 3, 2022                    Respectfully submitted,

By: */s/ James S. Tsuei*
James S. Tsuei