IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.<br><br>　Plaintiff,<br><br>　　v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　Defendants. | Civil Action No. 2:21-cv-00104-JRG |

**DEFENDANTS' NOTICE OF STATUS OF
*EX PARTE* REEXAMINATION PROCEEDINGS**

Defendants Samsung Display Co., Ltd. ("SDC"), Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") hereby notify the Court that on February 2, 2022, the United States Patent and Trademark Office ("USPTO") issued an Office Action ("the Office Action") rejecting claims 1–6 and 10–11 of U.S. Patent No. 7,499,042 ("the '042 patent"). A copy of the Office Action is attached as Exhibit A.

In the Office Action, the Examiner found that:

1. "Claims 1–6 and 10–11 are rejected under pre-AIA 35 U.S.C. § 103(a) as being unpatentable over Sato in view of Shirasaki" (Ex. A at 15);

2. "Claims 1–6 and 10–11 are rejected under pre-AIA 35 U.S.C. § 103(a) as being unpatentable over Shirasaki in view of Sato" (Ex. A at 27); and

3. "Claim 11 is rejected under pre-AIA 35 U.S.C. § 103(a) as being unpatentable over Miyazawa" (Ex. A at 36).

Accordingly, all claims of the '042 patent under reexamination now stand rejected based on multiple grounds, including all of the claims that are asserted against Defendants in this matter (*i.e.,* claims 1, 3, and 4).

The other patent at issue in this matter, U.S. Patent No. 7,663,615 ("the '615 patent"), is also undergoing *ex parte* reexamination, and an office action in that proceeding is expected soon. As Defendants previously notified the Court, the USPTO granted SDC's Request for *Ex Parte* Reexamination of claims 11–13 of the '615 patent on October 7, 2021. (Dkt. 37). On December 7, 2021 Solas filed a Patent Owner's Statement. (Ex. B). On December 23, 2021 SDC filed a Reply to Patent Owner's Statement. (Ex. C). The '615 patent reexamination proceedings have thus been ready for an office action to issue since late December 2021. In the '615 patent reexamination proceedings, the USPTO granted SDC's Request for *Ex Parte* Reexamination based on three prior art references, each represented by a separate ground, and Solas, in its Patent Owner's Statement, only contested two of those grounds; Solas did not contest the third ground, which the USPTO found raises substantial new questions of patentability as to each of the claims of the '615 patent asserted against Defendants in this matter (i.e., claims 11 and 13).

Dated: February 4, 2022

Respectfully submitted,

 /s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Jeffrey H. Lerner (*pro hac vice* pending)
jlerner@cov.com
Jared R. Frisch (*pro hac vice* pending)
jfrisch@cov.com
Daniel W. Cho (*pro hac vice* pending)
dwcho@cov.com
Tarek J. Austin (*pro hac vice* pending)

taustin@cov.com
David J. Cho (*pro hac vice* pending)
djcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam (*pro hac vice* pending)
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700
Fax: (650) 632-4800

*Attorney for Defendants*
*Samsung Electronics Co., Ltd., Samsung*
*Electronics America, Inc., and*
*Samsung Display Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of February, 2022.

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith