IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:21-cv-00104-JRG |

**UNOPPOSED MOTION TO EXPEDITE BRIEFING ON DEFENDANTS' MOTION TO CONTINUE *MARKMAN* PROCEEDINGS PENDING *EX PARTE* REEXAMINATION (DKT. 67)**

Defendants Samsung Display Co., Ltd. ("SDC"), Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") ("Defendants") respectfully request the Court to order an expedited briefing schedule on their Motion to Continue *Markman* Proceedings Pending *Ex Parte* Reexamination (Dkt. 67).

Defendants request that the Court enter an order setting an expedited briefing schedule so that the motion can be resolved promptly before the *Markman* hearing. The *Markman* hearing is currently scheduled for March 16, 2022. Dkt. 50. In order to complete briefing on Defendants' motion reasonably before the *Markman* hearing and to permit the Court adequate time to consider it before the hearing, Defendants request the following briefing schedule:

Plaintiff's Opposition due February 28, 2022;

1

Defendant's Reply due March 4, 2022; and

Plaintiff's Sur-Reply due March 9, 2022.

Accordingly, Defendants respectfully request that the Court enter the order attached hereto, expediting the briefing schedule.

February 16, 2022

Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Jeffrey H. Lerner
jlerner@cov.com
Jared R. Frisch
jfrisch@cov.com
Daniel W. Cho
dwcho@cov.com
Tarek J. Austin
taustin@cov.com
David J. Cho
djcho@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
Fax: (202) 662-6291

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Phone: (650) 632-4700

Fax: (650) 632-4800

Scott Schrader
sschrader@cov.com
COVINGTON & BURLING LLP
Foreign Legal Consultant Office
22nd floor, Meritz Tower
382, Gangnam-daero
Gangnam-gu, Seoul 06232
Phone: +82 02 6281 0000

**COUNSEL FOR DEFENDANTS SAMSUNG DISPLAY CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this February 16, 2022.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

On February 16, 2022, pursuant to Local Rule CV-7(h), counsel for Defendants met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought by this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith