# EXHIBIT 3

Transcript of Richard A. Flasck

1 (1 to 4)

Conducted on January 19, 2022

**1**

```
1            UNITED STATES DISTRICT COURT
2           FOR THE EASTERN DISTRICT OF TEXAS
3                   MARSHALL DIVISION
4    -----------------------X
5    SOLAS OLED LTD.,      :
6                          :
7          Plaintiff,    :
8       v.               : Case No.
9                          :
10   SAMSUNG DISPLAY CO.,  : 2:21-cv-00104-JRG
11   LTD., SAMSUNG         :
12   ELECTRONICS CO., LTD., :
13   AND SAMSUNG ELECTRONICS:
14   AMERICA, INC.,        :
15                          :
16         Defendants.   :
17   -----------------------X
18
19        REPORTER'S CERTIFICATION
20   VIDEOTAPED ORAL DEPOSITION OF RICHARD A. FLASCK
21     Taken on January 19, 2022 at 1:01 p.m. EST
22
23
24   Job No. 424490
25   Pages 1 - 228
```

**2**

```
1            A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF SOLAS OLED
4    LTD.:
5           JAMES S. TSUEI, ESQ.
6           RUSS AUGUST & KABAT
7           12424 Wilshire Boulevard
8           Suite 1200
9           Los Angeles, CA  90025
10          (310) 826-7474
11
12          ON BEHALF OF DEFENDANTS SAMSUNG DISPLAY
13   CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND
14   SAMSUNG ELECTRONICS AMERICA, INC.:
15          JARED FRISCH, ESQ.
16          DANIEL CHO, ESQ.
17          BOB HASLAM, ESQ.
18          COVINGTON & BURLING, LLP
19          850 Tenth Street, NW
20          OneCity Center
21          Washington, DC  20001
22          (202) 662-6000
23
24   PLANET DEPOS VIDEOGRAPHER DREW HALTON
25   PLANET DEPOS REMOTE TECH JAIMIE HENSLEY
```

**3**

```
1                  I N D E X
2
3    RICHARD A. FLASCK                      PAGE
4    Examination by Mr. Frisch                6
5    Examination by Mr. Tsuei               205
6    Examination by Mr. Frisch              221
7           E X H I B I T S
8    Flasck         DESCRIPTION            PAGE
9    Exhibit 1   Declaration of Richard A.   12
10              Flasck Regarding Claim
11              Construction of Certain Terms
12              of U.S. Patent Nos. 7,499,042
13              and 7,663,615
14   Exhibit 2   Corrected Declaration of    14
15              Richard A. Flasck Regarding
16              Claim Construction of Certain
17              Terms of U.S. Patent Nos.
18              7,499,042 and 7,663,615
19   Exhibit 3   Updated CV of witness.      23
20   Exhibit 4   U.S. Patent No. 7,663,615   34
21   Exhibit 5   Copy of the '042 patent.    38
22   Exhibit 6   Declaration of Richard A.   95
23              Flasck in Support of Solas's
24              Opening Claim Construction
25              Brief
```

**4**

```
1           E X H I B I T S
2    Flasck         DESCRIPTION            PAGE
3    Exhibit 7   Portions of the concise    96
4               Oxford English Dictionary.
5    Exhibit 8   A copy of select portions  98
6               from the Microsoft Encarta
7               College Dictionary.
8    Exhibit 9   figure marked on by Attorney 127
9               Frisch
10   Exhibit 10  U.S. Patent No. 7,944,414  129
11   Exhibit 11  Joint Claim Construction and 187
12              Prehearing Statement.
13   Exhibit 12  HP declaration.            188
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Richard A. Flasck
Conducted on January 19, 2022

2 (5 to 8)

---

**5**

1    P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Here begins Disk
3  Number 1 in the video deposition of
4  Richard A. Flasck in the matter of Solas OLED
5  Ltd. versus Samsung Co., Ltd., et al., in the
6  U.S. District Court, Eastern District of
7  Texas, Marshall Division, Case
8  No. 2:21-CV-00104-JRG.
9        Today's date is January 19th, 2022.  The
10 time on the video monitor is 1:02 p.m.
11 Eastern.
12       The videographer is Drew Halton
13 representing Planet Depos.
14     All participants are attending remotely.
15     Would counsel please voice-identify
16 themselves and state whom they represent.
17       MR. FRISCH:  Jared Frisch of
18 Covington & Burling, representing defendants,
19 and with me today are my colleagues, Daniel
20 Cho and Bob Haslam.
21       MR. TSUEI:  Hi, there.  This is James
22 Tsuei from Russ August & Kabat, here on
23 behalf of plaintiff, Solas OLED Limited, and
24 defending the witness, Mr. Flasck, today.
25       THE VIDEOGRAPHER:  The court reporter is

**6**

1      April Reid, representing Planet Depos.
2          Would the reporter please swear in the
3      witness.
4  THEREUPON:
5          RICHARD A. FLASCK
6          being first duly sworn or affirmed to
7      testify to the truth, the whole truth, and
8      nothing but the truth, was examined and
9      testified as follows:
10         THE COURT REPORTER:  Thank you, sir.
11     We may begin.
12             EXAMINATION
13 BY MR. FRISCH:
14     Q.  Good morning, Mr. Flasck.  Would you
15 please state and spell your name for the record.
16     A.  Richard A. Flasck, R-I-C-H-A-R-D, A.,
17 last name Flasck, F-L-A-S-C-K.
18     Q.  What is your home address?
19     A.  10045 Nantucket Drive, San Ramon,
20 California 94582.
21     Q.  Is that where you're located today for
22 the deposition?
23     A.  Yes.
24     Q.  And I know this is not your first
25 deposition, because you and I have previously been

**7**

1  in a deposition together.
2          How many times have you been deposed?
3      A.  Probably two dozen.
4      Q.  How many of those depositions have been
5  remote depositions like this one?
6      A.  Probably eight to ten.
7      Q.  Although this is a remote deposition,
8  I'll aim to conduct it consistent with how we
9  would do an in-person deposition.
10         So I'll be asking questions, and I
11 expect that you'll answer them to the best of your
12 ability.  Is that fair?
13     A.  Yes.
14     Q.  You understand that even though this is
15 a remote deposition, you're still under oath as if
16 this deposition were being taken in person?
17     A.  Yes.
18     Q.  If you don't understand a question,
19 please let me know and I'll attempt to clarify it.
20 If you answer, I'm going to assume that you
21 understood my question.  Is that fair?
22     A.  Yes.
23     Q.  And I'll try to take breaks
24 approximately every hour, but if you need a break
25 at any time, just let me know and I will try to

**8**

1  accommodate.  I would ask, however, that, before
2  we take a break, you let me finish any active
3  lines of questions.  Is that fair?
4      A.  Yes.
5      Q.  I know you're at home today, but have
6  you gathered any materials with you specifically
7  for today's deposition?
8      A.  No.
9          I -- every -- all the material that I
10 have, written material, I've transported to the
11 other side of the room.
12         I have my desktop computer on which I
13 have my declaration and -- and the patents.
14     Q.  So on your desktop computer you have a
15 specific place that has your declaration and the
16 patents for today's deposition?
17     A.  Yes.
18     Q.  Do you have any other documents in that
19 specific folder for today's deposition?
20     A.  In the folder?  Let's see.  There are --
21 in that particular folder -- I don't have them
22 open, but in that particular folder I have a
23 couple of other background pieces of information.
24     Q.  And the copies of the patents and the
25 declaration that you have, are those clean copies

Transcript of Richard A. Flasck
Conducted on January 19, 2022

**9**

1  or are those marked up in some way?
2  **A.  Those are clean copies.**
3  Q.  And do you have any other devices with
4  you today besides your computer?
5  **A.  My cell phone is in the other room.  And**
6  **my land line I've put in a drawer in my desk here.**
7  Q.  I appreciate that.  Thank you.
8  Do you have any communication utilities
9  open on your desktop other than the Zoom platform
10  that we're using for the deposition?
11  **A.  On my desktop I don't have anything else**
12  **open.**
13  **On the -- I'm using my laptop for the**
14  **Zoom.  And I have -- let's see.  I have my A -- my**
15  **AOL open -- my -- my Firefox open, and AOL is**
16  **running because I needed that to start the Zoom.**
17  Q.  And during today's deposition, I would
18  just ask that you not engage in any communications
19  with anyone other than through this Zoom session,
20  for example, through some other chat function.
21  If someone does attempt to try to
22  communicate with you during the deposition, will
23  you let us know for the record?
24  **A.  Yes.**
25  Q.  Unless you do that, I'm going to assume

**10**

1  that you're not engaged in any offline
2  communications.  Is that fair?
3  **A.  That's fair.**
4  Q.  If you experience any technical
5  difficulties with -- with using the video
6  deposition platform, will you please note that for
7  the record as well?
8  **A.  You mean today or in the past?**
9  Q.  Yes, today.
10  If you -- if you have any technical
11  difficulties while we're in the deposition, if you
12  could just note that for the record, we'll try to
13  take a break.
14  **A.  That's fine, yes.**
15  Q.  And you understand that you're being
16  deposed today with respect to opinions you
17  provided with regard to two patents, U.S. Patent
18  No. 7,499,042 and U.S. Patent No. 7,663,615;
19  correct?
20  **A.  Yes.**
21  Q.  For purposes of today's deposition, is
22  it okay if I refer to U.S. Patent No. 7,499,042 as
23  the '042 patent?
24  **A.  Yes.**
25  Q.  And is it okay if I refer U.S. Patent

**11**

1  No. 7,663,615 as the '615 patent?
2  **A.  Yes.**
3  Q.  What did you do to prepare for today's
4  deposition?
5  **A.  I read over my declaration, read over**
6  **the patents, read over my previous declaration in**
7  **the HP case that -- that involved similar claim**
8  **constructions.  I read over some of the exhibits**
9  **and references that -- that were contained and**
10  **referenced in my declaration.  And I had -- I had**
11  **a couple of Zoom meetings with -- with RAK Law.**
12  Q.  And how many Zoom meetings did you have
13  with RAK Law?
14  **A.  One was very brief, but two total.**
15  Q.  And without getting into the substance
16  of anything that was discussed on those calls,
17  about how much time would you say in total between
18  the two calls you spent talking to the attorneys
19  from RAK Law?
20  **A.  Total of maybe two and a half hours.**
21  Q.  You mentioned a declaration from an HP
22  case; is that right?
23  **A.  Yes.**
24  Q.  And there was previous litigation
25  between Solas and HP that included a number of the

**12**

1  same patents that you're opining on today, and you
2  provided a similar claim construction declaration
3  in that matter; is that correct?
4  **A.  Yes.**
5  Q.  And that's the declaration you were
6  referencing when you said you looked at the HP
7  declaration?
8  **A.  Yes.**
9  Q.  And is it okay, for the rest of the
10  deposition, if I call that the "HP declaration"?
11  **A.  Yes.**
12  MR. FRISCH:  If Ms. Hensley can pull up
13  what was previously marked as tab 1 and mark
14  it as Exhibit 1.
15  REMOTE TECHNICIAN:  Certainly.  Just a
16  moment.
17  MR. FRISCH:  Ms. Hensley, if you don't
18  mind also circulating that to everyone on the
19  Zoom in the chat function.
20  REMOTE TECHNICIAN:  Absolutely.  Just a
21  moment, please.
22  MR. FRISCH:  Thank you.
23  REMOTE TECHNICIAN:  It should be
24  available.
25  (Exhibit 1 was marked for identification

**13**

1    and is attached to the transcript.)
2    **A.  Okay.  Do you mind if I use the copy**
3    **that I have here on my laptop?**
4    Q.  No.  I'm happy for you to use the copy
5    that you have on your laptop.
6    **A.  Okay.**
7    Q.  Mr. Flasck, you understand that you
8    submitted two declarations in this matter, an
9    original declaration and a corrected declaration;
10   right?
11   **A.  Yes.**
12   Q.  And do you recognize what's been marked
13   as Exhibit 1 is a copy of your original
14   declaration?
15   **A.  Yes.**
16   Q.  And if you turn to page 40 of Exhibit 1,
17   is that a copy of your electronic signature?
18   **A.  Yes.**
19   Q.  And you electronically signed this
20   original declaration on December 22nd in
21   San Ramon, California?
22   **A.  Yes.**
23   MR. FRISCH:  Ms. Hensley, if you could
24   also pull up what was originally marked as
25   tab 2 and mark that as Exhibit 2.

**14**

1    (Exhibit 2 was marked for identification
2    and is attached to the transcript.)
3    REMOTE TECHNICIAN:  All right.
4    Inputting that into the chat now.
5    BY MR. FRISCH:
6    Q.  Mr. Flasck, if you don't mind letting me
7    know when you're ready.
8    **A.  I'm ready.**
9    Q.  Do you recognize what's been marked as
10   Exhibit 2 as a copy of your corrected declaration
11   in this matter?
12   **A.  Yes.**
13   Q.  And if we turn to page 40 of your
14   corrected declaration, is that a copy of your
15   electronic signature again?
16   **A.  Yes.**
17   Q.  And you signed the corrected declaration
18   on the same day as your original declaration,
19   December 22nd, 2021?
20   **A.  I believe I signed it -- I'm sorry.  One**
21   **second.**
22   Q.  Okay.  And you seemed to start off your
23   answer another way.  Did you think that you signed
24   it a different day than December 22nd, 2021?
25   **A.  No.**

**15**

1    **I was momentarily looking at the -- page**
2    **41 of the certificate of service, and I saw**
3    **December 23rd on the next page, and I -- it gave**
4    **me pause for a second.  But no, I -- my signature**
5    **was -- was there on December 22nd.**
6    Q.  And perhaps to clarify that, I'll
7    represent that it was served to us on
8    December 23rd.
9    **A.  Okay.**
10   Q.  How much time passed between when you
11   signed your original declaration and your
12   corrected declaration?
13   MR. TSUEI:  Objection, form.
14   **A.  Not much.  Hours, probably.**
15   Q.  And why is it that you served a
16   corrected declaration?
17   MR. TSUEI:  Objection.
18   I'll caution the witness not to reveal
19   confidential attorney-client privileged
20   communications and attorney work product.
21   But to the extent the witness can answer
22   without revealing that information, he may do
23   so.
24   **A.  I realized that my -- that the CV that**
25   **had been provided was an inop- -- an old CV, it**

**16**

1    **wasn't up to date, so I -- I -- I provided my**
2    **updated CV to RAK Law.  That was the difference**
3    **between the two.**
4    Q.  Were there any other errors in your
5    original declaration that you wanted to correct in
6    your corrected declaration?
7    **A.  No.**
8    **Since then, after reviewing the**
9    **corrected declaration, I did notice a couple of**
10   **minor errors, but those were not corrected in the**
11   **corrected declaration.**
12   Q.  Okay.  And I'll get to those in a
13   moment.
14   But looking at your original declaration
15   on Roman numeral page II, there was a table of
16   exhibits and abbreviations.  And that, as far as I
17   can tell, was removed from your corrected
18   declaration; is that correct?
19   **A.  I'm sorry.  Which -- which page are we**
20   **on now?**
21   Q.  So if we're looking at Exhibit 1, your
22   original declaration, and we look at Roman numeral
23   page II, towards the top --
24   **A.  Roman numeral page II.**
25   Q.  Right there, yeah.

**17**

1       -- there's a table of exhibits and
2   abbreviations.  Do you see that?
3       **A.  Roman numeral II is qualifications.  I**
4   **don't...**
5       Q.  All right.  So I think it's the page
6   that's been put up on the screen right now.
7       **A.  I'm sorry.  What -- what page is that?**
8       Q.  So when I'm looking at your original
9   declaration, that is page 3 of the PDF and
10  page II, Roman numeral II, of the document.
11      **A.  I'm confused.  My -- my copy of the**
12  **original declaration does not have that -- does**
13  **not have that table.**
14      Q.  Okay.  Did -- were you aware that your
15  original declaration, at least as served to us,
16  had this particular table in it?
17      **A.  No.  The original declaration that --**
18  **that I was given and signed did not have that**
19  **table on page 3.**
20      Q.  Okay.  So the -- the document that was
21  served on us was different than the version that
22  you saw and signed?
23      MR. TSUEI:  Objection, form.
24      **A.  Yes.**
25      Q.  Okay.  Well, let's move to your

**18**

1   corrected declaration, Exhibit 2.
2       I think you stated earlier that there
3   were a couple of typos that you noticed in your
4   corrected declaration that hadn't been fixed; is
5   that right?
6       **A.  Yes.**
7       Q.  And are you able to walk us through
8   those particular typos so that we can fix those
9   here today?
10      **A.  Realizing that I was not able to bring**
11  **notes into the deposition with me, I'm relying on**
12  **memory.**
13      **I believe one was on page 30 or 31.**
14  **Let's get there.  Yeah.  Okay.  On page 30, the**
15  **table -- the -- the title on the left -- on the**
16  **right-hand column of that table, it says "HP**
17  **proposed construction."  It should be Samsung**
18  **proposed construction.**
19      Q.  And that's the table for the term "data
20  lines"?
21      **A.  Yes.**
22      Q.  Do you know why it originally said HP's
23  proposed construction?
24      **A.  Just a mistake.**
25      Q.  Did you originally take that portion out

**19**

1   of your HP declaration we talked about earlier?
2       MR. TSUEI:  Objection, form.
3       **A.  No.  I believe this is the correct**
4   **Samsung proposed construction.**
5       Q.  Are there other errors that you
6   remember?
7       **A.  There was one other error.  It was just**
8   **a -- a missing citation.  And I can't recall**
9   **exactly where it is.  It wasn't a big deal, but**
10  **it -- there was a missing citation to the patent.**
11      Q.  If you happen to see that while we're
12  going through your declaration today, I would
13  appreciate it if you would just flag it when you
14  notice it.
15      **A.  Sure.**
16      Q.  If we turn to page 24 of your corrected
17  declaration, Exhibit 2, do you see where it starts
18  out, "Disputed terms for '615 patent..."?
19      **A.  Yes.**
20      Q.  And the first term that's listed there
21  is "the operation."
22      Correct?
23      **A.  Yes.**
24      Q.  Are you aware that the term "the
25  operation" is no longer in dispute between the

**20**

1   parties?
2       **A.  I was informed of that by RAK Law.**
3       Q.  Were you aware that it was no longer in
4   dispute between the parties when this corrected
5   declaration was served on us?
6       MR. TSUEI:  Objection, form.
7       **A.  No.**
8       Q.  Do you recall when you first started
9   working on your original declaration?
10      **A.  Well, I first started working on -- on**
11  **these patents -- on claim construction for these**
12  **patents several years ago.**
13      **For working on this declaration for this**
14  **particular case was probably a couple months ago.**
15      Q.  Do you know approximately how many hours
16  you spent working on the original declaration and
17  the corrected declaration in total?
18      **A.  You're talking about specifically these**
19  **for Samsung or total, including the other -- the**
20  **past declarations on the same subject?**
21      Q.  Just for the declaration, the original
22  declaration in this Samsung matter and the
23  corrected declaration in this Samsung matter, do
24  you know how much time you spent working on those
25  two declarations?

Transcript of Richard A. Flasck
Conducted on January 19, 2022

6 (21 to 24)

**Page 21**

1    A.  I don't have a -- I don't have a firm
2 number on that.
3    Q.  Would you say it was more than 40 hours?
4    A.  Probably a little more than 40 hours.
5    Q.  Did you have any assistance in preparing
6 your corrected declaration and your original
7 declaration in this matter?
8    A.  Well, the -- the opinions are my own.  I
9 did discuss those opinions with -- with RAK Law,
10 and there was a back-and-forth in terms of editing
11 and review during the -- during the operation.
12 But in the final analysis, except for the legal
13 section, you know, the -- the information and the
14 opinions are mine.
15    Q.  So outside of the legal section, you
16 drafted the declaration in the first instance and
17 then you were provided edits and comments?
18    A.  In some instances I looked back on -- on
19 my -- the declaration from the previous case and,
20 you know, would sometimes lift -- lift verbiage
21 from that.
22    But, yes, I -- I wrote the -- I wrote
23 the declaration.
24    Q.  And in what instances would you lift
25 verbiage from the HP declaration?

**Page 22**

1    A.  I'm saying perhaps I did.  I was
2 certainly influenced by, you know -- by reading
3 the previous HP declaration.
4    Q.  Did you receive assistance from anyone
5 other than the RAK Law attorneys in drafting your
6 declarations?
7    A.  No.
8    Q.  So you didn't talk to any other experts
9 in forming your opinions in the declaration?
10    A.  No.
11    Q.  If you look at the end of your corrected
12 declaration, right after page 41 of Exhibit 2,
13 there is an Exhibit A that has a copy of your CV.
14 Do you see that?
15    A.  Yes.
16    Q.  And this is an old copy of your CV;
17 correct?
18    A.  I'm sorry.  This is the corrected
19 declaration that we're looking at?
20    Q.  This is the corrected -- corrected
21 declaration, that's right.
22    A.  Yes.
23    Unfortunately, there are -- there's at
24 least one case missing from -- from the list of
25 cases that I worked on.

**Page 23**

1    MR. FRISCH:  And if we could please pull
2 up what was previously marked as tab 14 and
3 mark that as Exhibit 3.
4    (Exhibit 3 was marked for identification
5     and is attached to the transcript.)
6 BY MR. FRISCH:
7    Q.  Mr. Flasck, do you recognize Exhibit 3
8 as an updated copy of your CV?
9    THE WITNESS:  Could you go to page 8,
10 please.  Thank you.  One more.
11    A.  Yes, that's a -- that's a copy of my
12 current CV.
13    Q.  So there are no other additions that you
14 would need to make to this particular CV; is that
15 correct?
16    A.  That's correct.
17    Q.  If we can turn back to Exhibit 2, your
18 corrected declaration.  And if we can focus on
19 paragraph 2 for a moment.
20    You were asked to consider and opine on
21 claim constructions for disputed claim terms in
22 the '042 and '615 patents; correct?
23    A.  I believe that's in the first paragraph.
24    Oh, I'm sorry.  Yes, second paragraph.
25 Yes.

**Page 24**

1    Q.  And in paragraph 3, you list a number of
2 items that you say you reviewed, considered,
3 and/or had access to; right?
4    A.  Yes.
5    Q.  And that list includes the patents?
6    A.  Yes.
7    Q.  And the prosecution histories?
8    A.  Yes.
9    Q.  And the parties' proposed claim
10 constructions?
11    A.  Yes.
12    Q.  And the extrinsic evidence cited by the
13 parties; right?
14    A.  Yes.
15    Q.  Now, you say that that's a list of items
16 that you reviewed, considered, and/or had access
17 to.
18    Was there anything that you had access
19 to but you didn't consider or review?
20    A.  Not that I can recall right now.
21    Q.  Is there anything beyond this list that
22 you have not already mentioned that you considered
23 and/or reviewed when putting together your
24 declarations?
25    A.  No.

Transcript of Richard A. Flasck
Conducted on January 19, 2022

25

1    Q.  Were you involved in the process of
2  crafting Solas's proposed claim constructions?
3    **A.  To the extent that they were similar to**
4  **the HP case, I was.**
5    Q.  And can you explain what you mean by
6  that?
7       MR. TSUEI:  I'll instruct the witness to
8    be careful and not reveal the content of any
9    attorney work product communication or
10   attorney-client privileged communication.
11      With that said, Mr. Flasck, you can
12   respond.
13      THE WITNESS:  Could -- could -- could
14   you read back the question.
15   Q.  Well, let me -- let me start over a
16 little bit.
17      So I had asked if you were involved in
18 the process of crafting Solas' proposed claim
19 constructions, and I believe you answered, "To the
20 extent that they were similar to the HP case, I
21 was." And I was wondering what you meant when you
22 said that, to the extent they were similar to the
23 HP case you were involved.
24   **A.  Okay.  I guess the answer to your**
25 **original question is yes.**

26

1    Q.  And without getting into the details of
2  any conversations you had with attorneys, how were
3  you involved in the process of coming up with
4  Solas's proposed claim constructions?
5    **A.  Again, it was an iterative process of --**
6  **of sometimes writing reports or draft opinions and**
7  **then having RAK Law review it, get back to me with**
8  **questions.  An editing process back and forth.**
9  **That was the process.**
10   Q.  Okay.  And you currently agree with the
11 constructions that have been proposed by Solas; is
12 that right?
13   **A.  My opinions are in my declaration.**
14   Q.  If you disagreed with a particular
15 construction that Solas is putting forward, would
16 you have noted that?
17   **A.  I'm -- I'm not sure what position Solas**
18 **may have had at any particular point in time.**
19      **My opinions today are the opinions that**
20 **appear in my declaration.**
21   Q.  Your declaration lists a number of claim
22 constructions that Solas is currently putting
23 forward in this matter; correct?
24   **A.  I've seen summaries of -- of claim**
25 **construction -- I've seen summary documents of**

27

1  **proposed claim constructions.  I don't believe I**
2  **saw any final brief from -- from Solas as to what**
3  **their latest claim constructions are.**
4       **Again, my opinion regarding the -- the**
5  **proper constructions are in my declaration,**
6  **regardless of whether those are Solas's current**
7  **positions or not.**
8    Q.  If -- if we go, for instance, to page 13
9  of your corrected declaration, you have the term
10 "the selection period" listed for the '042 patent;
11 right?
12   **A.  Give me a second.  Yes.**
13   Q.  And you have underneath the selection
14 period a box that says "Solas's proposed
15 construction."
16      Correct?
17   **A.  Yes.**
18   Q.  And for every term that you opine on in
19 your declaration, you have a similar box setting
20 forth Solas's proposed construction and Samsung's
21 proposed construction; correct?
22   **A.  Yes.**
23   Q.  Okay.  Now, if you disagreed with any of
24 the positions that are provided in your
25 declaration under Solas's proposed construction,

28

1  would you have set that disagreement in your
2  declaration?
3    **A.  Yes.**
4    Q.  And your declaration was signed under
5  penalty of perjury; correct?
6    **A.  Yes.**
7    Q.  And you would not accept a claim
8  construction for purposes of your declaration that
9  you did not agree with; right?
10   **A.  Yes.**
11   Q.  Let's turn to the technology background
12 on page 5 of your corrected declaration,
13 Exhibit 2.
14   **A.  All right.**
15   Q.  You start your background discussion by
16 talking about semiconductor materials.
17   **A.  Yes.**
18   Q.  And one of the semiconductor materials
19 you identify is silicon?
20   **A.  Yes.**
21   Q.  And polysilicon is a common
22 semiconductor material used in semiconductor
23 devices such as displays; right?
24   **A.  Yes.**
25   Q.  And semiconductors are different than

Transcript of Richard A. Flasck
Conducted on January 19, 2022

8 (29 to 32)

---

**29**

1   conductors, as their name implies; right?
2   **A.  Yes.**
3   Q.  And as you note here, semiconductor
4   materials are useful because they can be doped to
5   make them conductive; right?
6   **A.  It is true that they can be doped to**
7   **make them more conductive.**
8   **Semiconductors are conductive to a -- to**
9   **a certain extent in any case.  You can dope them**
10  **to increase the number of -- as I say here,**
11  **increase the number of free electrons and holes**
12  **and that will make them more conductive.  That's**
13  **one way of making a semiconductor material more**
14  **conductive.**
15  Q.  What's another way to make them more
16  conductive?
17  **A.  In a -- in a thin-film transistor, you**
18  **can make the -- you can make the channel more**
19  **conductive by -- by exposing it to an electric**
20  **field.**
21  Q.  And a thin-film transistor uses that
22  property to be able to turn on and off the
23  channel, the semiconductor material; right?
24  **A.  The thin-film transistor, depending on**
25  **the -- on the voltage on the gate, will**

---

**30**

1   **essentially modulate or change the conductance of**
2   **the channel.**
3   Q.  Through the use of an electric field?
4   **A.  Yes.**
5   Q.  And so when the TFT is turned off, no
6   current is meant to conduct through the channel;
7   and when the TFT is turned on, the channel's meant
8   to be conducted; right?
9   MR. TSUEI:  Objection, form.
10  **A.  I would say that's essentially correct.**
11  **You know, there -- when a -- when a**
12  **thin-film transistor is turned off, there --**
13  **there's going to be some amount of leakage through**
14  **it that's usually negligible in regard to the**
15  **operation of the circuit.**
16  Q.  And you want it to be negligible because
17  otherwise the circuit wouldn't behave as designed;
18  right?
19  **A.  Yes.  That's correct.**
20  Q.  If we turn to page 8 of your
21  declaration, your corrected declaration,
22  Exhibit 2, you've provided a background of the
23  asserted patents; right?
24  **A.  Yes.**
25  Q.  Okay.  What is your understanding of the

---

**31**

1   problem that the '042 patent is trying to solve?
2   MR. TSUEI:  Objection, form.
3   **A.  Well, as I say in paragraph 27,**
4   **specifically the '042 patent recognizes that**
5   **transistors of such can vary or degrade over time,**
6   **leading to inconsistent pixel brightness.  So the**
7   **problem that -- that the '042 is attempting to**
8   **address is -- is to alleviate that problem.**
9   Q.  And if we can break that down just to
10  make sure I understand it.
11  So the '042 patent is addressing a
12  problem wherein the channel resistance of the
13  transistor can change based on time or external
14  conditions; right?
15  MR. TSUEI:  Objection, misstates
16  testimony.
17  **A.  Again, I have a -- I've excerpted a**
18  **section of the panel.  I can read it.**
19  **But generally -- it says, generally, the**
20  **channel resistance of a transistor changes in**
21  **accordance with the change in the ambient**
22  **temperature or changes when the transistor is used**
23  **for a long time.  It goes on to say, as a**
24  **consequence, the threshold voltage changes with**
25  **time.**

---

**32**

1   **So when the -- during the process of**
2   **using the transistor, some transistors change --**
3   **there's a change in both the gate threshold**
4   **voltage and in the channel resistance.  And those**
5   **two things can cause inconsistent pixel brightness**
6   **on the display.  And the '042 is attempting to --**
7   **to alleviate those problems.**
8   Q.  When you say "inconsistent pixel
9   brightness," you mean, for instance, that two
10  pixels next to each other could receive the same
11  data but have different luminance value; is that
12  right?
13  **A.  Yes.**
14  **That was a common problem in the -- in**
15  **the 2 -- 2T1C standard OLED pixel circuit, where**
16  **you would -- they would use voltage writing to**
17  **the -- to the storage unit or the capacitor.  And**
18  **because of that and because of the -- the**
19  **threshold voltage variation from transistor to**
20  **transistor, depending on history, you could have**
21  **two adjacent pixels that were written with the**
22  **same voltage value but appeared with different**
23  **brightnesses.  So that would be the type of**
24  **inconsistency that they're talking about.**
25  Q.  You talked about the 2T1C circuit.

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

33

1  That's -- that's a two transistor, one capacitor
2  circuit?
3     A.  Yes.
4     Q.  You also talked about voltage writing.
5  Is that the same as what the paragraph you've
6  excerpted in -- in paragraph 27 of your report
7  discusses as the conventional voltage control
8  active matrix driving type?
9     A.  Yes.
10    Q.  So it -- it's using the term "voltage
11 control" synonymous with how you were using the
12 term "voltage writing"?
13    A.  Yes.
14    Q.  What is a voltage control active matrix
15 type?
16    A.  We're -- we're restricting ourselves to
17 OLED technology; is that correct?
18    Q.  Sure.  Why don't we start there.
19    A.  Okay.
20       May I pull up one of the patents here?
21    Q.  Yes.
22       Is there a particular patent you want to
23 pull up?  We can mark it as an exhibit.
24    A.  Let me -- it's in one of them, and I'm
25 not sure which one.  Let me take a quick look.

---

34

1     Q.  I might be able to help you out.
2       MR. FRISCH:  Why don't we pull up tab 4
3  and mark that as Exhibit 4.
4       (Exhibit 4 was marked for identification
5       and is attached to the transcript.)
6     A.  Okay.
7     Q.  And, Mr. Flasck, do you recognize
8  Exhibit 4 as a copy of the '615 patent?
9     A.  Yes.
10    Q.  If we go to the last figure, I believe
11 it is Fig. 23 of the '615 patent, is this the
12 figure you were looking for?
13    A.  Yes.  That's -- that's a 2T1C old art
14 circuit.
15    Q.  And I believe you were going to use this
16 figure to explain to me what is meant by voltage
17 control circuit.
18    A.  Yes.
19       A voltage controlled or a voltage rating
20 circuit, the -- a voltage, referring to this Fig.
21 23, a -- a voltage is -- is provided on the -- on
22 the data line, the DLp line.  Tr 111 is turned on.
23 It transfers that voltage to node N111, which is
24 connected to the gate of the drive transistor and
25 the -- and a capacitor, Cp, so that the -- that

---

35

1  the capaci- -- and then the Tr 111 is turned off
2  so that the -- that the voltage across Cp, across
3  the storage capacitor, is determined directly by
4  the voltage that was applied on DL sub p.  So it
5  is a voltage that's being written onto the gate
6  and stored on the gate of the drive transistor Tr
7  112.
8       Now, a transistor like that will -- with
9  a constant source gate voltage, will provide a --
10 in principle, a constant current.  The problem is
11 that the -- because of the history of -- the
12 history of the -- the -- the history that the
13 device has undergone, the threshold voltage and
14 the channel conductance of TR 111 may change so
15 that two adjacent pixels may have seen different
16 histories; therefore, they're trans -- therefore,
17 their threshold voltage and their channel
18 resistance may have changed.  And simply storing
19 the same charge on the gate of those two
20 transistors may well rely in different currents
21 flowing through the drive transistors and,
22 therefore, through the OEL device or the OLED
23 device and causing different -- different
24 brightnesses.
25    Q.  So in this type of circuit, a voltage is

---

36

1  provided on the line DLp through transistor 111 on
2  to the gate of transistor 112; is that correct?
3     A.  Yes.
4     Q.  Does any charge or current flow from
5  that DLp line to the gate of transistor 112 during
6  that process?
7     A.  Depending what you mean by "to the gate
8  of."  The -- there's a voltage that's applied.
9  The Vpix voltage up on top goes down the DLp line.
10 And there is some current that flows through
11 Tr 111 to node N111, and it -- it goes to two
12 places.  One is to charge up the -- the C sub p,
13 the storage capacitor.  And that's -- again,
14 typically for these circuits, that's -- the
15 capacitance is on the order of a half a pF, a half
16 a picofarad to maybe one picofarad, in that range.
17       The other -- there will be some charge
18 that's stored on the -- or put on the gate of
19 transistor Tr 112, and that's because of the
20 capacitance between the gate and the channel
21 region.
22       But, typically, that -- that capacitance
23 between the gate and the channel region is much,
24 much smaller than the storage capacitor.
25       Now, maybe by an order, two orders,

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

37

1 maybe three orders of magnitude, depending on the
2 design and the process used.
3    Q.   So despite the fact that some current
4 might flow from that DLp line, this is still known
5 as a voltage control-type device because the image
6 signal is coming in as a voltage; is that right?
7    A.   The image signal is coming in as a
8 voltage and the -- that voltage is directly stored
9 on the gate of the drive transistor, yes.
10   Q.   One of the ways that the '042 patent
11 tries to solve the problems we've been discussing
12 is to use a current written or current-controlled
13 circuit instead of a voltage-controlled circuit;
14 right?
15   A.   Yes.
16   Q.   And the '042 patent discloses a
17 three-transistor, one-capacitor current-controlled
18 circuit; right?
19   A.   I believe many of the embodiments
20 typified if -- for instance, in -- in Figs. 11
21 and -- 11 and 12, those are three-transistor,
22 one-capacitor current-written devices.
23   Q.   When you say Figs. 11 and 12, you're
24 talking about Figs. 11 and 12 of the '615 patent?
25   A.   Yes.

38

1    Q.   And -- just to be clear, my question
2 was about the '042 patent.
3    A.   Oh.
4    Q.   The '042 patent --
5    A.   I'm sorry.  I'm sorry.  Let me --
6    Q.   And, actually, why don't we mark that
7 now.
8         MR. FRISCH:  If we can pull up what was
9    previously marked as tab 3 and mark that as
10   Exhibit 3.
11        REMOTE TECHNICIAN:  I believe this will
12   be Exhibit 5, Counsel.
13        MR. FRISCH:  I'm sorry.  Exhibit 5.
14   Thank you.
15        (Exhibit 5 was marked for identification
16        and is attached to the transcript.)
17 BY MR. FRISCH:
18   Q.   Mr. Flasck, do you recognize what's been
19 marked as Exhibit 5 as a copy of the '042 patent?
20   A.   Yes.
21   Q.   And going back to my previous questions,
22 the '042 patent, one of the ways it tries to solve
23 the problem we've been discussing is to use a
24 current-controlled circuit; right?
25   A.   Yes.

39

1    Q.   And, in fact, it uses a
2 three-transistor, one-capacitor circuit; right?
3    A.   Yes.
4         MR. TSUEI:  Objection, form.
5    A.   The -- the drawings in Figs. 6, 7 and 8
6 are all one-capacitor, three-transistor -- or
7 three-transistor, one-capacitor current-written
8 circuits.
9    Q.   What is the difference between a
10 voltage-controlled circuit and a
11 current-controlled circuit?
12   A.   The general difference is that the --
13 the image data is supplied by a current rather
14 than by a voltage.
15        If, for instance, you look at Fig. 7,
16 you see that by configuring the three transistors
17 in a particular way, there is a -- the V low is on
18 top.  It's on the Z line.  And the IDAT is -- is
19 being pulled out of the -- pulled out of a drain
20 line by a -- by a data driver or a peripheral data
21 driver.  And by pulling a particular IDAT level
22 that corresponds to a -- to a image signal, there
23 will be that IDAT -- in this particular
24 configuration, there will be that particular IDAT
25 current flowing through the -- through line Z1

40

1 that goes through transistor 23.  If you look at
2 Fig. 7, it turns -- it turns west and goes through
3 transistor 21 to the data line and then up the
4 data line.
5         Now, during that process, you're forcing
6 a -- a current to be drawn through the drive
7 transistor 23.  And that results in a -- a
8 particular voltage being generated between the
9 source and the gate of 23.  The "source" being the
10 lower electrode closest to the -- closest to the
11 OLED device.  So that when you're drawing that
12 current corresponding to a image signal, there
13 will be a voltage developed across capacitor 24,
14 which is the -- which is a voltage between -- it
15 doesn't have a node here, but it will be the
16 voltage between the gate and the source of drive
17 transistor 23.
18        So that then the -- then the transistors
19 are reconfigured so that the charge across 24 is
20 trapped and remains the voltage between the source
21 and gate.
22        And then when -- during the writing
23 process, in Fig. 8, when the Z line is taken high,
24 that same voltage is across the source and gate so
25 that the same current flows through the transistor

Transcript of Richard A. Flasck
Conducted on January 19, 2022

41

1   23 and, therefore, flows through the OLED
2   light-emitting element down to VSS.
3       So the writing is done in a -- by a
4   current which -- and as a secondary operation,
5   traps a voltage across the -- across the
6   capacitor, which then makes the capacity -- makes
7   the drive transistor replicate that -- that same
8   voltage that was originally being written.
9       And that's -- this is one -- this is a
10  typical embodiment of -- not the only embodiment,
11  but this is a typical embodiment of a -- of a
12  current-written device.
13      Q.  So looking at two circuits, how does one
14  determine if it's voltage controlled or current
15  controlled?
16      A.  Well, there are certainly hints based on
17  just the structure.  But it also helps to look at
18  the -- the timing diagrams for the -- you know,
19  for the various transistors.
20      But I would say the -- the voltage
21  written -- the voltage-written or voltage-
22  controlled OLED devices are -- they're obsolete,
23  they are passe.  I don't think anybody uses --
24  uses that anymore.
25      Basically, the -- I believe all

42

1   commercial OLED devices use some form of
2   current -- current writing or current control.
3       And, generally, the current control uses
4   at least three -- I've seen current-controlled
5   circuits at the pixel use four and five and even
6   six transistors.  But a good -- a good -- a
7   good -- one good hint, just looking at the
8   structure, is if there are -- if there are two --
9   if there are more than two transistors and if
10  there's a capacitor between the source and the
11  gate, those are two indicators that you're
12  probably looking at a -- at a current-controlled
13  circuit even without looking at the timing
14  diagrams.
15      Q.  But what it ultimately comes down to is
16  whether the data is coming in as a voltage or a
17  current; right?
18      A.  Yes.
19      Q.  If it's coming in as a voltage, it's a
20  voltage-controlled circuit, and if it's coming in
21  as a current, it's a current-controlled circuit?
22      A.  Yes.
23      Q.  If we look at claim 1 of the '042
24  patent, claim 1 is specifically claiming a
25  current-controlled device; correct?

43

1       A.  It says that the current lines are --
2   the current lines -- in the first part of the
3   selection period and supplies a designating
4   current, using a current value corresponding to a
5   image signal.
6       So that, to me, says that it's a -- it's
7   a current-written device.
8       Q.  Okay.  I want to go back to your
9   corrected declaration at paragraph 27.
10      And in this paragraph, you talk about
11  the fact that the '042 patent addresses problems
12  with active-matrix OLED displays; right?
13      A.  Yes.
14      Q.  What is an active-matrix OLED display?
15      A.  Well, "active matrix" refers to the
16  configuration where there are circuit elements at
17  the pixel that are not light-emitting elements.
18  We're talking about, for instance, transistors and
19  capacitors, switches, charge -- charge storage
20  elements.  And each of those -- each -- each of
21  the pixel circuits manages the incoming
22  information, stores the incoming information I --
23  during one writing period, and then traps that
24  information and -- and makes the -- makes the
25  electro-optic element active, you know, certain

44

1   state, even after the -- even after the, if you
2   will, selection period moves on to other -- to
3   other pixel circuits.
4       That particular pixel circuit that's
5   been written keeps that information and forces the
6   OLED, or the emission element, to continue -- to
7   continue emitting at a certain level, even when
8   it's not being actively addressed by the -- by the
9   data lines.
10      So "active matrix" means there's a
11  matrix, generally a two-dimensional matrix.  And
12  at the -- at the intersection of the rows and
13  columns, you have pixels.  And at -- in the region
14  of those pixels, you have -- you have nonlinear
15  and/or storage devices that -- that capture
16  information and, even during the times when it's
17  not being addressed, cause the -- cause the light
18  emission element at that pixel to respond
19  correctly.
20      Q.  Thank you.
21      Let me break that down with a couple of
22  follow-up questions.
23      So you talked about a two-dimensional
24  matrix.  By that, do you mean just a number of
25  rows and columns?

---

**Page 45**

1      A.  Let's see.
2           Yeah.  If you look at Fig. 1 of the --
3   of the '042, you'll see in the big lower square
4   there are four pixels, if you will, that are
5   representative of a two-dimensional matrix.  You
6   see dot, dot, dots, you know, vertically and
7   horizontally, which means that's replicated.
8   There aren't just four pixels.  There are more
9   than four.  So you are talking about rows and
10  columns.  So, you know, yes, this is a typical way
11  of -- of structuring a -- a two-dimensional active
12  matrix of writing.
13      Q.  In looking at Fig. 1, I think you said
14  it -- it identifies four pixels and then
15  explicitly shows that it has other pixels kind of
16  represented by the dot, dot, dot; right?
17      A.  Yes.
18      Q.  So there's two rows and two columns
19  being shown, and the first row has a pixel that I
20  believe's been labeled P1, 1, and the second
21  pixel's been labeled P1, n; right?
22      A.  Yes.
23      Q.  And then there's the second row with two
24  pixels.  The first pixel on the left has been
25  labeled Pm, 1, and then the second pixel on the

---

**Page 46**

1   right has been labeled Pm, n; right?
2       A.  Yes.  In this -- in this embodiment,
3   there are multiple rows and columns, yes.
4       Q.  And then each row of pixels is addressed
5   by a scan line, and they're shown here as X1
6   through Xm?
7       A.  Yes.  In this embodiment, each -- each
8   row is addressed by the scan -- the selection scan
9   driver and the voltage supply driver.
10      Q.  And then each column is connected to a
11  current line in this particular embodiment, Y1
12  through Yn; right?
13      A.  Yes, for this embodiment, that's --
14  that's how it's structured.
15      Q.  Now, a second aspect of the alleged
16  invention of the '042 patent is its particular
17  driving method; right?
18      A.  In general, that's correct, yes.
19      Q.  In the alleged invention of the '042
20  patent, the driving circuit applies a reset
21  voltage to each of the current lines, and then it
22  follows up with a designating current on each of
23  those current lines; right?
24          MR. TSUEI:  Objection, form.
25      A.  One second.

---

**Page 47**

1           Yes, in -- in claim 1 it talks about the
2   data -- the data line -- the data driving circuit
3   applies a reset voltage, and after that it -- it
4   applies [sic] a designating current, yes.
5       Q.  What is the purpose of the reset
6   voltage?
7       A.  I think it's just to take all the pixels
8   to the same level when they start off -- when they
9   start applying programming voltages.
10          It's to -- it's to provide a definite
11  starting point, if you will, or a -- or a uniform
12  initial state, is my understanding.
13      Q.  The '042 patent talks about every pixel
14  being reset; right?
15      A.  I'm not sure that's a limitation of
16  the -- of the claim.  I would have to...
17          But, you know, that would certainly make
18  sense.
19      Q.  So after the reset voltage is applied to
20  each of the current lines, it's followed by the
21  corresponding designating current; right?
22      A.  Yes.
23      Q.  And that's because you first want to
24  reset the pixel, as you were just discussing, and
25  then you want to apply some sort of image data to

---

**Page 48**

1   that pixel through the designating current; right?
2       A.  Yeah.  The designating current
3   corresponds to an image signal, yeah.
4       Q.  Okay.  So -- so each column of pixels is
5   going to have its own current line?
6       A.  Well, certainly the embodiment in
7   Fig. 1, that's -- that's how it's configured.
8       Q.  There are no embodiments in the patent
9   where each column does not have its own current
10  line; right?
11      A.  Again, I -- I was asked to opine on
12  construction, not on -- not on validity,
13  invalidity or infringement, non-infringement.  So
14  I -- I -- I haven't looked at that particular
15  question.
16          But as -- to my knowledge, all of the --
17  to the best of my knowledge, all of the
18  embodiments in the '042 show one -- you know, one
19  data line per column.
20      Q.  And you're using the current -- the term
21  "data line" synonymous with "current line"; right?
22      A.  Oh.  I'm sorry.  Yes.
23      Q.  If we continue looking at claim 1 of the
24  '042 patent -- I want to walk through that claim
25  for a moment.

Transcript of Richard A. Flasck
Conducted on January 19, 2022

13 (49 to 52)

49

1    Are you there?
2    A.  In a second.
3    All right.
4    Q.  Okay.  Claim 1 of the '042 patent is
5  directed to a display device; right?
6    A.  Yes.
7    Q.  And a display device is the entire
8  display, including the matrix of pixels that we've
9  been discussing?
10    A.  A display device includes the matrix of
11  pixels, yes.
12    Q.  And claim 1 requires the display device
13  comprise a -- a number of different elements;
14  right?
15    A.  Yes.
16    Q.  And first it requires that it comprise a
17  plurality of selection scan lines?
18    A.  Yes.
19    Q.  And the selection scan lines are what
20  are used to select the rows of pixels?
21    A.  Yes.
22    Generally, in -- in the -- certainly in
23  the embodiments that we've seen, the selection
24  scan lines select -- selection scan lines select
25  rows of pixels.

50

1    Q.  And how about in the claim, claim 1, do
2  they select rows of pixels, in your understanding?
3    A.  Okay.  The -- two, three, four...
4    The fifth limitation says, "A plurality
5  of pixel circuits which are connected to said
6  plurality of selection scan lines and -- and
7  plurality of current lines."
8    It doesn't -- there is no particular
9  structure or one-to-one correspondence between the
10  pixels and the selection lines or -- or -- or
11  current lines.
12    So I think -- again, I -- I think that
13  the claim language may be broader than the -- or
14  is broader than the particular embodiments that
15  we've been looking at.  But certainly in the
16  embodiments we've been looking at, there is a scan
17  line that has many pixel circuits attached to it.
18    Q.  If you go -- go to the next limitation.
19    The display device has to comprise "a
20  plurality of current lines."
21    Right?
22    A.  I'm sorry.  Where are we now?
23    Q.  I'm back at -- looking at the claim.
24  I'm on the second element --
25    A.  Oh.

51

1    Q.  -- "a plurality of current lines"?
2    A.  Yes.
3    Q.  And so -- just to clean up the question,
4  so the display device also has to comprise a
5  plurality of current lines?
6    A.  Yes.
7    Q.  And the current lines are what we talked
8  about earlier, each of which is going to have that
9  recent voltage followed by the designating
10  current; right?
11    A.  That's how the -- that's how the
12  embodiments work.  And I believe that's what's
13  outlined in the -- in claim 1 later on.
14    Q.  And then the next limitation is that the
15  display device has to comprise a selection scan
16  driver; right?
17    A.  Yes.
18    Q.  And the selection scan driver is going
19  to sequentially select the plurality of selection
20  scan lines in each selection period?
21    A.  Yes.
22    Q.  That's to update the display frame by
23  frame?
24    MR. TSUEI:  Objection, form.
25    A.  That's to -- that's to allow data to be

52

1  written to -- to the pixels or to the pixel
2  circuits.
3    Q.  And the reason you're writing the data
4  to the pixel circuits is to create a frame time's
5  worth of image; right?
6    A.  I think, in general, that's correct,
7  yes.
8    Q.  And that's why it sequentially selects
9  the scan lines; right?
10    So that it can update the scan lines one
11  at a time until it finishes a frame?
12    A.  It says it sequentially selects a
13  plurality of selection scan lines in each
14  selection period.
15    Q.  But it's going to update that plurality
16  of selection scan lines sequentially until it
17  finishes a frame's worth of data?
18    A.  I don't think there's a limitation in
19  the claim saying that it does that until there's a
20  frame's worth of data, but that would certainly be
21  reasonable in -- in the -- in some of the
22  embodiments that we've seen in -- in the
23  specification.
24    Q.  And, generally, based on your
25  understanding of how these types of displays work,

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

53

1  they work frame by frame and they update the data
2  sequentially for each set of pixels until you have
3  an entire frame of data; right?
4      A.  I believe most displays load information
5  into each pixel.  And when they're done with a --
6  loading a full frame worth of pixels, they start
7  over again.
8         I know that there may be -- at least in
9  the past, historically, there have been some
10 exceptions to that when you're dealing with
11 interlaced frames.  But, in general, I -- I
12 believe that's -- that's the case.
13     Q.  And then the next limitation is the
14 display device has to have a data driving circuit?
15     A.  Yes.
16     Q.  And it's the data driving circuit that
17 applies the reset voltage?
18     A.  Yes.
19     Q.  And it also supplies the designating
20 current; right?
21     A.  Yes.
22     Q.  And the designating current, according
23 to the claim, is supplied in a second part of the
24 selection period; is that right?
25     A.  Yes.

---

54

1      Q.  And the claim splits up the selection
2  period into two parts.  The first part is when the
3  reset voltage is applied, and the second part is
4  when the designating current is applied; right?
5      A.  Yes.
6      Q.  And then the next limitation of the
7  claim is a plurality of pixel circuits; right?
8      A.  Yes.
9      Q.  And the plurality of pixel circuits are
10 connected to the selection scan lines?
11     A.  The -- it says, "A plurality of pixel
12 circuits which are connected to said plurality of
13 scan line -- of selection scan lines," yes.
14     Q.  And the plurality of pixel circuits are
15 also connected to the current lines; correct?
16     A.  Again, it says, "A plurality of pixel
17 circuits which are," dot, dot, dot, "connected
18 to," dot, dot, dot, and "said plurality of
19 connected lines."
20     Q.  And so the -- the pixel circuit and the
21 selection scan line, those are two different
22 elements of the claim; right?
23     A.  The plurality of scan lines and the
24 plurality of pixel circuits are two different
25 limitations in -- in this claim.

---

55

1      Q.  And they're two different elements of
2  the display device that are -- that is being
3  claimed; right?
4      A.  Let's see.  One second.
5         THE WITNESS:  Sorry.  Could you read
6  back the question.
7      Q.  Let me re-ask it.  Maybe I can break it
8  down a little bit more.
9         So the first limitation we discussed as
10 being part of a display device was a plurality of
11 selection scan lines; right?
12     A.  Yes.
13     Q.  And in the fifth limitation that we've
14 been looking at, you have to have a plurality of
15 pixel circuits; right?
16     A.  Yes.
17     Q.  And the plurality of pixel circuits are
18 connected to the plurality of selection scans;
19 right?
20     A.  Yes, that's what the claim says.
21     Q.  And so the plurality of pixel circuits
22 are distinct from the plurality of selection scan
23 lines; right?
24         MR. TSUEI:  Objection, form.
25     A.  That was -- well, I can't find it right

---

56

1  now, but somewhere in my report I express that --
2  the opinion that pixel circuits comprise the scan
3  lines, and I give support for that.  I think that
4  may be the one area where the citation was
5  missing, but I can't find it right now.
6         So with -- with that caveat, I would say
7  that, you know, the -- the pixel circuits in the
8  scan lines are -- are separate pieces, but in some
9  context, in one of the patents, there's a claim
10 that the one comprises the other.
11     Q.  But that's not the particular claim
12 we're looking at here; right?
13     A.  I don't believe so.
14     Q.  And if the scan line has to connect to
15 the pixel circuit, it couldn't also then be inside
16 the pixel circuit; right?
17         MR. TSUEI:  Objection, form.
18     A.  Just a second.
19         Well, I can't find it right now in the
20 report.  There was some ambiguity in the written
21 specification about whether one was included in
22 the other.  But the way that the -- you know, the
23 way that this claim was structured, they are
24 separate limitations.
25     Q.  And, similarly, the current lines are

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

15 (57 to 60)

57

1  separate limitations from the plurality of pixel
2  circuits; right?
3      A.  Yes.
4      Q.  And so the current lines are not formed
5  within the pixel circuits; right?
6          MR. TSUEI:  Objection, form.
7      A.  I believe -- wait a second.
8      I have -- have opined on current lines.
9  Let's go and look at that.
10     Yeah, I -- I -- again, my -- I believe
11  the current lines is a plain and ordinary meaning
12  that is, you know, lines through which a current
13  flows.  So I don't -- I don't see where there's
14  any particular limitation as to where, you know,
15  a current line has to be placed in relation to the
16  pixel.
17     Q.  According to the claim, though, as we
18  discussed, the current line has to be connected to
19  the pixel; right?
20     A.  The current line has to be connected to
21  the pixel, yes.
22     Q.  And it's a separate limitation of the
23  claim from the pixel circuit; right?
24     A.  Well, the limitation is a plurality of
25  pixel circuits which are connected to said

58

1  plurality of selection scan lines and said
2  plurality of current lines.
3          So the plurality -- the plurality of
4  pixel circuits has to be connected to the
5  plurality of current lines.
6      Q.  And the plurality of current lines was
7  set out separately in the second limitation of the
8  claim; right?
9      A.  It was.
10     Q.  Okay.  And so the claim does specify
11  that the pixel circuits are connected to the
12  current lines and that the current lines are not
13  part of the pixel circuit; right?
14     A.  Again, that's not clear to me.  It's --
15  there are current lines.  There are pixel
16  circuits.  And they're -- the current lines are
17  connected to pixel circuits.  Whether the generic
18  term "current line" is -- you know, is limited to
19  lines outside the pixel circuit, I don't know.
20  Certainly, you know, those -- those current lines
21  are connected to the pixel circuits.
22     Q.  So you don't -- your opinion is that the
23  fact that it says the current lines are connected
24  to the pixel circuits doesn't tell you whether or
25  not the current lines are a separate element from

59

1  the pixel circuits?
2      A.  It says, "The plurality of pixel
3  circuits which are connected to said plurality of
4  current lines."
5      Q.  And so I just want to make sure I
6  understand your opinions here.
7          Your opinion is that the plurality of
8  pixel circuits can include current lines within
9  them that are then connected to the pixel circuits
10  themselves?
11         MR. TSUEI:  Objection, form.
12     A.  I think the general term "current line"
13  can apply to different lines at different places
14  that -- that conduct current.  And I'm looking at
15  this from a claim construction point of view.
16         There could be current lines that are
17  not part of the pixel circuit, and there could be
18  current lines that are part of the pixel circuit.
19     Q.  Let me ask this a different way.
20         The claim tells you what signals are
21  applied to the current lines; right?
22     A.  Yes.
23     Q.  And -- and those are the ones we talked
24  about earlier, the reset voltage and the
25  designating current; right?

60

1      A.  Yes.
2      Q.  So the claim is not talking about any
3  current lines, it's talking about particular lines
4  that carry those two signals; right?
5      A.  Yes.
6      Q.  And those particular lines would be
7  connected to the pixel circuits; they would not be
8  part of the pixel circuits; right?
9          MR. TSUEI:  Objection, form.
10     A.  Well, let's -- let's look -- okay.
11  Let's look at Fig. 7 in the '042.
12         We have a vertical line on the left-hand
13  side with an arrow on it that says IDAT, and
14  that's -- that's indicating current flowing
15  through line YJ.  And that's certainly -- that's
16  certainly a designating current flowing through
17  line YJ, which is a -- which is a -- what are we
18  calling it? -- current line.
19         But, also, the line between going off
20  the right side -- well, actually, both.  But let's
21  look at the line going off the right side of
22  transistor 21, going to the node between the OLED
23  and the capacitor on the right-hand edge of that
24  particular pixel.  That line is also a line
25  carrying the designating current and would be, you

Transcript of Richard A. Flasck
Conducted on January 19, 2022

16 (61 to 64)

61

1  know, carrying the -- yeah, carrying the
2  designating current.
3        So that particular line, I believe, is
4  inside the pixel circuit, which is called DIJ.
5  And it is a -- it's a line that's conducting
6  current.  And it's conducting the designating
7  current.  And it is inside the pixel.
8        So, you know, in the broadest sense
9  of -- of constructing current lines, I believe
10  that -- that particular element, as well as the
11  element going from transistor 21 to the column
12  drive -- column line YI, those two could also be
13  considered current lines.
14     Q.  So you think those two could also be
15  considered current lines under the broadest
16  possible construction of the claim?
17     A.  Yes.
18     Q.  To be clear, the lines that you pointed
19  to, nowhere in the patent, in the '042 patent,
20  does it label those lines as current lines; right?
21     A.  I do not believe so.
22     Q.  And, in fact, the vertical line you
23  talked about before as YJ, that is what the patent
24  calls the current line; right?
25     A.  Well, it uses the term "current line,"

62

1  and, you know, that is -- that is a line connected
2  to the -- to the column drivers, the data drivers,
3  and it does -- it does go vertically through the
4  matrix.  And it does -- and it does call that line
5  a -- a current line.
6     Q.  So to be clear, the '042 patent
7  consistently calls the line labeled as YJ the
8  current line; right?
9     A.  I would have to go back and check every
10  instance, but I believe that's the case.
11        MR. FRISCH:  Why don't we take a break
12  here.
13        THE WITNESS:  Okay.  Ten minutes?
14        MR. FRISCH:  Sure.  Ten minutes would be
15  great.
16        THE WITNESS:  Okay.
17        MR. FRISCH:  Let's wait for them to take
18  us off the record.
19        THE VIDEOGRAPHER:  Off record, 2:35.
20        (Recess in proceedings.)
21        THE VIDEOGRAPHER:  On record, 2:54.
22  BY MR. FRISCH:
23     Q.  Mr. Flasck, before we took the break, we
24  were talking about Fig. 7 of the '042 patent.  Do
25  you recall?

63

1     A.  Yes.
2     Q.  We were also talking about the
3  construction of the term "current lines"?
4     A.  Yes.
5     Q.  And if you look at your corrected
6  declaration on page 20, Solas's proposed
7  construction for that term is "plain and ordinary
8  meaning, i.e., lines through which a current
9  flows."
10        Right?
11     A.  Yes.
12     Q.  Are there any lines shown in Fig. 7 that
13  would not meet Solas's proposed construction for
14  the term "current lines"?
15     A.  Well, there probably are.
16        For instance, the -- the line going from
17  the gate of transistor 21 to the horizontal line
18  XI, that's a selection line.  There would -- there
19  would be no substantial current flowing through
20  that line.
21     Q.  When you say "no substantial current,"
22  would there be any current?
23     A.  Well, just about any time there's a
24  voltage across something, there's some current.
25  It may be minuscule, depending on the actual

64

1  configuration, but the current flowing through
2  that line would be negligible.
3     Q.  So you don't believe that Solas's
4  construction intends to include lines that have
5  negligible current then; right?
6        MR. TSUEI:  Objection to form.
7     A.  I believe that the -- my opinion is that
8  the, you know, lines through which a current
9  flows, that current has to be -- has to be of such
10  a magnitude that it -- that it performs some
11  function or that it affects, you know, the
12  operation of the circuit.
13        If it's a negligible current that
14  doesn't perform a function or affect the operation
15  of the circuit, then I would -- I would not
16  consider that a -- that line a -- if it never has
17  a non-negligible current flowing through it, I
18  would not consider it a -- a current line.
19     Q.  If we go back to claim 1 of the '042
20  patent, the selection scan lines are used to
21  select the plurality of pixels such that signals
22  can be written to them; right?
23     A.  Yes.
24     Q.  And so the selection scan lines would be
25  connected to the gates of the transistors to turn

65

1  them on or off; right?
2      A.  Yes.  In these configurations, yes, I
3  believe that's true.
4      Q.  I want to move on now to the 6 --
5      A.  Let me say:  Specifically, the -- the
6  one that I pointed out, I believe it was, what,
7  TR -- let me go back to it.
8          Yeah, the -- the gate line connecting
9  to -- to transistor 21, you know, there -- there
10  may be other lines connected to other gates
11  that -- you know, that do -- where there -- you
12  know, any -- any line connected from a node to a
13  gate directly is going to have a negligible
14  current flowing through it.
15          So I -- I would agree with your
16  statement, yes.
17      Q.  If -- if we can move on now for a moment
18  back to the '615 patent.  And we can pull up a
19  copy of that, if that's helpful.  That was
20  Exhibit 4.
21          The '615 patent was trying to solve the
22  same problem that we discussed with respect to the
23  '042 patent; right?
24      A.  One second.
25          Yes.  In my column 30 I say, "The

66

1  current flowing through such devices is commonly
2  controlled by gate voltage -- gate voltage on a
3  drive transistor.  However, the relationship
4  between the gate voltage and the current may
5  change, 'depending on the usage, drive history and
6  the like' and, in particular, the minimum
7  'threshold voltage' on the gate necessary to
8  permit current flow may shift."
9          So the -- the problems are similar, yes.
10  Getting a consistent brightness and having to deal
11  with -- you know, with a shift in -- in this case
12  in particular, threshold voltage.
13      Q.  And the '615 patent was again saying
14  that was a problem that was in voltage-controlled
15  systems; right?
16      A.  Yes.
17      Q.  And, in fact, we actually looked at a
18  prior art figure in the '615 patent that showed
19  the voltage-controlled system earlier; right?
20      A.  Yes.
21      Q.  And one of the ways that the '615
22  patent's alleged invention tries to solve that
23  problem, just like in the '042 patent, is to use a
24  current-controlled circuit; right?
25          MR. TSUEI:  Objection, form.

67

1      A.  In general, it is a current control
2  circuit, yes.
3      Q.  And, in fact, the '615 patent uses a
4  very similar three-transistor, one-capacitor
5  structure to the one that we looked at in the '042
6  patent; right?
7      A.  It does use a -- in the embodiments
8  described in the '615 patent, it does use a three
9  transistor, one capacitor.  I don't believe it's
10  limited to that, but that's what the embodiments
11  show.
12      Q.  And if we look at claim 11 of the '615
13  patent, that claim is directed to a
14  current-controlled system; right?
15      A.  It's -- yes.
16      Q.  And like the '042 patent, the '615
17  patent is also directed to an active matrix
18  display?
19      A.  Yes, it has -- it has a plurality of
20  display pixels, and it has -- it has, yeah,
21  nonlinear elements and storage elements, so yes.
22      Q.  Is part of the driving method -- or --
23  scratch that.  Let me start over.
24          As -- another part of the '615's alleged
25  invention is a use of a particular drive method;

68

1  right?
2      A.  Yes.
3      Q.  And that particular drive method uses
4  four separate periods?
5      A.  At least in some of the embodiments, I
6  believe, it uses four different periods.
7      Q.  For example, we take a look at Fig. 2,
8  we see those four periods; right?
9      A.  Yes.
10      Q.  And the first period that identifies is
11  a precharge operation time period, Tpre?
12      A.  Yes.
13      Q.  And during that time period, a precharge
14  voltage is applied to each of the data lines in
15  the display; right?
16      A.  I believe in this embodiment, yes.
17      Q.  And the claims also require that, during
18  the precharge period, precharge voltage be applied
19  to each of the data lines?
20      A.  Just a second.
21      Q.  And the particular claim I'm talking
22  about is claim 11, just so we're on the same page.
23      A.  Right.  One -- hmm.
24          Well, one of my copies has disappeared,
25  so let me go back and forth on one copy of the

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

**69**

1  patent.
2       Yeah, the final limitation in claim 11
3  says, "With respect to each of the display pixels,
4  the data driver applies a precharge voltage
5  exceeding a threshold voltage [sic]."
6       Q.  So to be clear, claim 11 requires that
7  the data driver apply a precharge voltage to each
8  of the data lines; right?
9       A.  Yes.  Well --
10      Q.  If we look --
11      A.  -- data line.  Yes, yes.
12      Q.  I'm sorry.  I missed -- I missed the end
13  of that answer.
14      A.  It says -- all I was doing was reading
15  it.  "Wherein, with respect to each of the display
16  pixels, the data driver applies a precharge
17  voltage exceeding a threshold value of the drive
18  transistor to the data line."
19      That's what it says.
20      Q.  If we go back to Fig. 2, the second time
21  period is listed as a voltage correction operation
22  time period.
23      A.  Okay.
24      Q.  Sorry.  Let me ask that again because
25  I -- I was on the wrong figure.

**70**

1       If we go back to Fig. 2, the second
2  period is shown as a threshold correction
3  operation time period, Tth; right?
4       A.  Yes.
5       Q.  And what happens during the threshold
6  correction operation time period, Tth?
7       A.  Basically, the -- in this embodiment
8  the -- the source to drain is -- is shorted out so
9  that the source-to-drain voltage droops to the
10 threshold voltage of the tran--- of the drive
11 transistor.
12      You can see that in the -- the second
13 from the bottom timeline.
14      Q.  Thank you.
15      And then the third period is a writing
16 operation time period, Twr.
17      A.  Yes.
18      Q.  And during the writing operation time
19 period, a gradation sequence signal's applied to
20 each of the data lines; right?
21      A.  A -- I don't know what you mean by "each
22 of the data lines."
23      During the -- the -- a -- during the
24 right period a -- a -- I believe they refer to it
25 as a gradation.  In this -- in this one it's not

**71**

1  called a designating current.  What's it called?
2  A gradation current or --
3       Q.  I believe claim 11 uses the term
4  "gradation sequence signal."
5       A.  Yeah.  Okay.
6       Q.  And so there are a number of data lines
7  in the display unit; right?
8       A.  Generally, that would be the case, yes.
9       Q.  And each data line will get a gradation
10 sequence signal to provide image data to the
11 pixels that are connected to that data line;
12 right?
13      A.  Generally, that's correct, yes.
14      Q.  And so in the first operation state,
15 each data line will get a precharge voltage, and
16 then in the third operation state each data line
17 will get a particular gradation sequence signal;
18 right?
19      A.  Just a second.
20      Yes.
21      Q.  And both of those signals will be
22 supplied by the same data line so that you can
23 first put a precharge voltage on pixels that are
24 connected to the data line and then you can put
25 image data on the pixel circuits that are

**72**

1  connected to the data line; right?
2       A.  Okay.
3       Yes.  Data lines are lines through which
4  data is supplied, and that would -- that would
5  apply to -- to this situation, yes.
6       Q.  And the data that's applied, according
7  to claim 11, is both the precharge voltage and the
8  image data; right?
9       A.  Again, the -- my opinion regarding the
10 construction of data lines is plain and ordinary
11 meaning, with an alternative of lines to which the
12 data driver supplies gradation sequence signals
13 and applies a precharge voltage.
14      Q.  And so -- actually, let me ask you a
15 quick question.
16      Where are you reading that from?
17      That's from your corrected declaration?
18      A.  Yes.  Page 30.  In the box.
19      Q.  Thank you.
20      Okay.  And so it's -- it's "Plain and
21 ordinary meaning, i.e., lines through which data
22 supplied," whereas you said, "Alternatively,
23 'lines to which the data driver supplies gradation
24 sequence signals and applies a precharge
25 voltage.'"

73

1      Right?
2      A.  Yes.
3      Q.  And what's meant by the "alternative
4  construction" is that each of the data lines will
5  carry both a gradation sequence signal and a
6  precharge voltage; right?
7      **A.  This is a claim construction.  I'm**
8  **constructing data lines -- I'm construing data**
9  **lines to be what we just read.  Whether each data**
10  **line or each line must provide those circuits --**
11  **or provide the -- each line must receive or**
12  **transmit those signals is a separate question that**
13  **has to do with claim construction.**
14      **Okay.  One of the limitations is a data**
15  **driver which supplies the gradation sequence**
16  **signals to the data lines.**
17      **My interpretation of that is that the**
18  **data lines all should receive the -- the gradation**
19  **sequence signals and the precharge voltage at some**
20  **point in time.**
21      Q.  And, actually, let's -- let's take a
22  look at claim 11 specifically.  If we can pull
23  that up, claim 11 of the '615 patent.
24      Okay.  Are you there?
25      A.  Yes.

74

1      Q.  Okay.  Thank you.
2      And claim 11, again, is directed to a
3  display unit; right?
4      A.  Yes.
5      Q.  And as we talked about in the '042
6  patent, a display unit is the entire display,
7  including the -- the matrix of pixels?
8      A.  Yes.
9      **It doesn't specify matrix of pixels in**
10  **the claim as such, but, yes, that would be a**
11  **reasonable expectation, yeah.**
12      Q.  And if we go to the first limitation,
13  the display unit has to comprise a plurality of
14  display pixels; right?
15      A.  Yes.
16      Q.  And each of those includes a light
17  emission element and a light emission drive
18  circuit?
19      A.  Yes.
20      Q.  A light emission element could be, for
21  instance, an -- an OLED; right?
22      A.  Yes.
23      **I don't believe it's limited to OLEDs in**
24  **the patent.  In fact, it mentions LEDs, and -- and**
25  **it at least implies inorganic electroluminescent**

75

1  devices, but certainly an OLED would be a type
2  of -- a type of light emission element.
3      Q.  And the light emission drive circuit,
4  according to claim 11, also has an electric charge
5  accumulating section for accumulating electric
6  charges?
7      A.  Yes.
8      **It says, "A light emission drive circuit**
9  **having an electric charge accumulation section for**
10  **accumulating electric charges."**
11      Q.  Okay.  And -- and "an electric charge
12  accumulating section for accumulating electric
13  charges," that is, for instance, a storage
14  element?
15      A.  Could be.
16      Q.  A capacitor would be an example of that?
17      A.  Yeah.  Capacitor's a -- is a possible
18  candidate for that OLED.
19      Q.  And then --
20      **A.  I would say -- I would add, though, that**
21  **if you look at claim 2, just -- I looked at that**
22  **just to kind of inform myself.  It says -- one of**
23  **the limitations on line 10 -- column 47, line 10,**
24  **is an electric accumulation section includes a**
25  **capacitance -- capacitance element.**

76

1      **And even if a capacitor's used, it**
2  **doesn't necessarily -- there -- it -- it includes**
3  **it, so there may be other elements besides your**
4  **capacitor even in that particular embodiment.**
5      Q.  And then the claim goes on to require a
6  number of different sections; right?
7      A.  Yes.
8      Q.  And one of those is a light emission
9  control section?
10      A.  Yes.
11      Q.  And another one of those is a writing
12  control section?
13      If it helps, I'm looking at around
14  line 34 to 35 in column 48.
15      **A.  Yes.  Yeah.  That's a writing control**
16  **section.  Thank you.**
17      Q.  And if you go down a few lines, it also
18  requires a voltage control section; right?
19      A.  Yes.
20      Q.  And if we take a look first at that
21  light emission control section, it says, "A light
22  emission control section for generating a light
23  emission drive current having a predetermined
24  current value in accordance with the electric
25  charges accumulated in the electric charge

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

Page 77

1  accumulating section and supplying that light
2  emission drive current to the light emission
3  element."
4      Did I read that correctly?
5      A.  Yes.
6      Q.  And can you explain in less technical
7  terms what that means?
8      A.  Okay.  Again, if -- again, in forming my
9  opinion, I go back -- I looked again at claim 2.
10 And at -- starting at about line 12, it says, "A
11 light emission control section including a drive
12 transistor, in which a first and second side of
13 the current path," et cetera, et cetera.
14     So, again, the light emission control
15 section includes a drive transistor.  It may
16 include other things, but I would expect, you
17 know, that it would include a drive transistor.
18     So the drive transistor being the heart
19 of it is the element that -- that provides the
20 current during the emission portion of the -- of
21 the frame.  It supplies that drive current to the
22 OLED device itself.  And the magnitude of that
23 current is determined by the charge accumulated in
24 the electric accumulation section, which includes
25 a capacitor.

---

Page 78

1      Q.  And based on your analysis of claim 2
2  in -- in light of claim 11, is it your opinion
3  that with respect to claim 11, the write control
4  section should at least include a selection
5  transistor?
6      A.  Claim 11 doesn't require a transistor
7  for the -- I'm sorry.  Ask the question again.
8      Q.  Well, I'm -- I'm wondering, based on the
9  analysis you provided, does the writing control
10 section of claim 11 require at least a selection
11 transistor?
12     A.  I don't believe claim 11 requires a
13 selection transistor for the writing control
14 section.
15     It may be possible to implement a
16 writing control section based on something other
17 than a transistor.  Yeah.  Again, maybe a diode
18 configuration or something else.  But certainly in
19 the -- in the embodiments, it shows the writing
20 control section includes a selection transistor,
21 so that's certainly one way of doing it.
22     Q.  In fact, in every embodiment, the
23 writing control section is shown as a single
24 selection transistor; right?
25     A.  I would say the writing control section

---

Page 79

1  includes a single selection transistor in -- but
2  those are embodiments, not in -- I wouldn't want
3  to import that as a limitation into the claim.
4      Q.  Okay.  My -- my question is slightly
5  different, though.
6      In -- in all of the embodiments of the
7  specification, the writing -- excuse me.  Make
8  sure I get my terminology here right.  Let me
9  start over.
10     So in -- in all of the embodiments of
11 the claim or of the specification, the writing
12 control section is shown as a single selection
13 transistor; right?
14     MR. TSUEI:  Objection, form.
15     A.  I think in all of the embodiments the
16 writing control section includes the transistor
17 T12 plus the associated connections to it.
18     Q.  And by "associated connections," you
19 just mean the wires that are coming out of the
20 transistor?
21     A.  In -- in -- in these embodiments, that's
22 true, yes.
23     Q.  And -- and there's no embodiment in the
24 specification of the '615 patent where the writing
25 control section is anything more than a single

---

Page 80

1  selection transistor and its connections?
2      A.  Again, I believe in the -- in the
3  preferred embodiment shown, they show the
4  selection transistor and -- and that's all.  But,
5  you know, I know there are -- there are
6  configurations where it would be more than a
7  single selection transistor.
8      Q.  But there are no such configurations
9  discussed in the specification of the '615 patent;
10 right?
11     A.  That's correct.
12     Q.  And to be clear, claim 2, if you look at
13 around line 23 of column 47, it says, "A writing
14 control section includes a selection transistor."
15     Right?
16     A.  Yes.
17     Q.  And that's similar to the language that
18 you pointed to in row 12 of column 47 that says,
19 "A light emission control section includes a drive
20 transistor."
21     Right?
22     A.  Oh, I'm sorry.  I thought you were
23 pointing to the same one.
24     But I -- I was -- I was pointing to --
25 let's see.  Column 47, line 23, "The writing

Transcript of Richard A. Flasck
Conducted on January 19, 2022

21 (81 to 84)

81

1  control section includes a selection transistor."
2  So it's -- it's envisioning an embodiment similar
3  to the -- to the ones that, you know -- that are
4  shown in the specification.  And it says it
5  includes a selection transistor.  It doesn't
6  preclude anything else.  But it says it includes
7  at least a selection transistor.
8      Q.  And earlier when we were talking about
9  the light emission control section, you pointed
10 to -- to row 12 of column 47, where it says, "A
11 light emission control section includes a drive
12 transistor."
13     Right?
14     A.  Yes.
15     Q.  And you pointed to that as evidence for
16 the fact that the light emission control section
17 in claim 11 should include a drive transistor;
18 right?
19     A.  It -- in claim 11, it could -- based on
20 the section of claim 11 that we were looking at,
21 it could include a drive transistor.  But later on
22 in claim 11, line -- line 57-ish, it specifies
23 that the -- "a precharge voltage exceeding a
24 threshold voltage [sic] of the drive transistor."
25     So claim 11, I believe, because of that,

82

1  does require a drive transistor.  It may include
2  other things other than the drive transistor, but
3  it does require a drive transistor in the light
4  emission control section.
5      Q.  If we look back at claim 11 and move on
6  to the second limitation, claim 11 requires that
7  the display unit comprise selection lines; right?
8      A.  Yes.
9      Q.  And the selection lines control -- well,
10 let me -- let me start again.
11     The -- the entire limitation says that
12 "selection lines in which writing control signals
13 for controlling the operation state of the writing
14 control sections of the display pixels are
15 applied."
16     Right?
17     A.  Yes.
18     Q.  And so the claim requires that specific
19 writing control signals be supplied from the
20 selection line to the pixel circuit; right?
21     A.  Yes.
22     Q.  And then the next limitation of the
23 claim is that the display unit must comprise hold
24 lines; right?
25     A.  Yes.

83

1      Q.  And the hold lines are separate and
2  apart from the selection lines that we just
3  discussed; right?
4          MR. TSUEI:  Objection, form.
5      A.  Yeah.
6      Q.  And -- I'm sorry.  Can you just repeat
7  your answer.  I'm not sure if I heard it.
8      A.  Sure.  Just a second.
9          Well, those seem to be two separate
10 elements.  So selection lines and hold lines.
11     Q.  And the limitation says that it's "hold
12 lines in which voltage control signals for
13 controlling the operation state of the voltage
14 control sections of the display pixels are
15 applied."
16     Right?
17     A.  That's what it says.
18     Q.  Why are they called hold lines?
19     A.  Because the -- in these -- in the
20 embo-- certainly in the embodiments that -- that
21 are in the patent of when -- when the -- let me
22 call it a -- a hold transistor is activated, the
23 charge is trapped on the -- across the storage
24 capacitor or the charge is trapped on the gate of
25 the drive transistor.

84

1          Again, if you'll look at claim 2,
2  line 29, it says, "The voltage control section
3  includes a hold transistor, in which one end,"
4  et cetera, et cetera.
5          So, you know, it -- in the -- in the
6  embodiments, the voltage control section includes
7  a hold transistor.  It could include other things.
8  And in claim 11, it does not specify that the
9  voltage control section requires a transistor.
10         Again, in principle, I could imagine
11 that it could be implemented with some other
12 component, some arrangement of diodes and whatnot.
13         But -- but certainly in the embodiments
14 shown in the patent, the -- the voltage control
15 section includes a hold transistor.
16     Q.  And if we look back up earlier in the
17 claim, where it talks about that voltage control
18 section, it says that it's a voltage control
19 section for controlling a drive voltage for making
20 the light emission control section perform the
21 operation.
22     Do you see that?
23     A.  What -- what line did you start on
24 there?
25     Q.  So I'm starting on line 37 of column 48.

Transcript of Richard A. Flasck

22 (85 to 88)

Conducted on January 19, 2022

---

85

1    A.  Yeah.
2    Q.  And I was starting with the words "and a
3  voltage control section..."
4       Do you see that?
5    A.  I -- yes, I see it.
6       Okay.  Let me read it again.
7       Yes.  I see it.
8    Q.  And -- okay.  And it says -- just to be
9  clear, it says, "A voltage control section for
10 controlling a drive voltage for making the light
11 emission control section perform the operation."
12      Right?
13   A.  Yes.
14   Q.  Does the voltage control section connote
15 any specific structure to a person of ordinary
16 skill in the art?
17      MR. TSUEI:  Objection as to form.
18   A.  It certainly -- I mean, the one that
19 obviously comes to mind is a hold transistor as
20 shown in the -- as shown in the embodiments of the
21 patent.
22      Are there other possibilities?  I
23 believe there are, but I'm -- I am sitting in the
24 middle of a deposition.  I'm not going to start
25 inventing circuits or subcircuits, but there

---

86

1  probably are other circuits that use other
2  nonlinear devices that could accomplish that.  But
3  certainly a -- a hold transistor is -- is one
4  obvious choice.
5    Q.  But you don't think it's the only one
6  required for a voltage control section; right?
7    A.  I believe that -- I believe that you can
8  come up with another -- another circuit that does
9  not use a hold transistor but that would perform
10 the same function.
11      But, again, sitting in the middle of a
12 deposition, I -- I'm hesitant to -- you know, to
13 try to do a circuit design.
14      And, again, even if a hold transistor is
15 used, there can be other elements in the voltage
16 control section besides a hold transistor or
17 besides the other nonlinear devices that may be --
18 may be used.
19   Q.  So is it your opinion that for claim 11
20 the voltage control section is defined by its
21 function?
22      MR. TSUEI:  Objection, form.
23   A.  I don't think it's defined by a
24 function.  The function is -- well, let me see
25 where -- where are we again?

---

87

1    Q.  We're at column 48, line 37.
2    A.  Yeah.
3       Yeah, it -- it -- it states the purpose
4  of the -- of the section.  It -- it doesn't go
5  into any particular detailed structure of it.  But
6  one detailed structure that the -- you know, that
7  is explicitly put forward in the patent is the --
8  is the selection transistor and the associated
9  stuff that may be around the selection transistor.
10   Q.  All right.
11   A.  Sir, I'm sorry.  You were talking about
12 the voltage control section.
13   Q.  Yes.
14   A.  Yeah.  Okay.  Yeah.
15      I'm sorry, when I said -- not the
16 selection transistor, the hold transistor, yeah.
17   Q.  But similarly for the writing control
18 section, you don't think the writing control
19 section is limited to a selection transistor;
20 right?
21   A.  That's correct.
22   Q.  And -- and, in your view, writing
23 control section doesn't connote any particular
24 structure to a person of ordinary skill in the
25 art?

---

88

1    A.  Again, to a person of ordinary skill in
2  the art, you know, a -- the use of a selection
3  transistor would be the first thing that sprung to
4  mind.  I'm just saying that it's -- it's not clear
5  that another circuit that did not use a selection
6  transistor could not be implemented, based on
7  claim 11.
8    Q.  Okay.  And the -- the next limitation
9  that we haven't discussed yet in claim 11 is data
10 lines.  Do you see that?
11   A.  Yes.
12   Q.  And so the display unit has to comprise
13 data lines to which the gradation sequence signal
14 are supplied; right?
15   A.  Yes.
16   Q.  And that's identified as a separate
17 limitation from the plurality of display pixels
18 that are identified in limitation 1; right?
19   A.  Yes.
20   Q.  And then the next limitation is "a
21 selection driver which applies the writing control
22 signals in the selection lines."
23      Right?
24   A.  Yes.
25   Q.  And then if we keep going, the next

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

23 (89 to 92)

89

1  limitation is "a hold driver which applies the
2  voltage control signals in the hold lines"?
3      A.  Yes.
4      Q.  And then the next limitation is "a data
5  driver which supplies the gradation sequence
6  signals to the data lines"?
7      A.  Yes.
8      Q.  And what, in your understanding, is the
9  difference between those three drivers, the
10 selection driver, the hold driver, and the data
11 driver?
12     A.  Okay.
13         The -- in principle, the data driver
14 supplies data, the gradation sequence signals.
15 The hold driver is a signal which traps the
16 voltage on the -- on the drive transistor gate.
17 And the selection driver is the driver which
18 allows a -- the write control -- well, it's the --
19 it's the selection driver which activates the --
20 the write control -- selection driver applies the
21 write control signals to the selection lines.  So
22 it's -- it's a driver that activates the selection
23 lines.
24         In the embodiments it's -- let's see.
25 It's shown somewhere here.  I've seen it before.

90

1  Let's see if I can -- maybe it's -- maybe it's not
2  in this one.
3         But if you look at Fig. 21, the -- you
4  know, the data driver is -- is the -- is
5  represented by the SDR, which provides the --
6  provides the voltages to the data line.  The --
7  not shown is the select line driver, which
8  supplies the -- the signal to the Ssel horizontal
9  line.  And the hold driver is a driver that's not
10 shown that supplies the signal to the Shld line.
11 So you have those three different drivers.
12     Q.  Thank you.  That was helpful.
13         I want to move now out of the patent
14 itself and back to your corrected declaration for
15 a moment.
16         And if we could go to page 13 of
17 Exhibit 2.
18     A.  Okay.
19     Q.  And this is the beginning of your
20 section on disputed terms for the '042 patent;
21 right?
22     A.  For the '615 patent?
23     Q.  For the '042 patent.
24         It's -- on page 13, you have section
25 VII, and that's the Disputed Terms for '042

91

1  Patent; right?
2      A.  Oh.  I'm sorry.  Yes.
3      Q.  Okay.  And the first term that you
4  discuss is the term "the selection period."
5         Right?
6      A.  Yes.
7      Q.  And you note that that comes from '042
8  patent, claim 1?
9      A.  Yep.  Let me pull up the '042 again.
10         Yes.
11     Q.  And one of the items that you take issue
12 with, with respect to defendant's proposed
13 construction, is its use of the term "interval";
14 right?
15     A.  Yes.
16     Q.  And, in your opinion, a period is
17 different than an interval?
18     A.  Yes.
19     Q.  And actually in paragraph 42, you say,
20 "Defendant's proposed use of 'interval' is
21 inappropriate, since a interval simply specifies a
22 difference between two times (e.g., T1 to T2)
23 without specifying the specific values of T1 and
24 T2, or the relationship between T1 and T2 and the
25 rest of the signal and voltage times."

92

1         Right?
2      A.  Yes.
3      Q.  And you note in that paragraph that, in
4  your opinion, the intrinsic record, including
5  Fig. 4 and its related description, confirms that
6  the selection period is a period and not an
7  interval; right?
8      A.  I believe it's in there somewhere.
9      Q.  I'm looking at the first line of
10 paragraph 42, if that helps.
11     A.  Yeah.  Yes.
12         For example, the specification explains,
13 referring to claim 4, that the period in which the
14 selection driver -- the selection scan driver, 5,
15 selects the selection role, et cetera, et cetera.
16 Yes.
17     Q.  But just to clarify, you're not saying
18 that the term is limited to a particular
19 embodiment of the patent; right?
20     A.  The term "selection period" is -- is --
21 is not limited to a particular embodiment.
22     Q.  You're applying what a person of
23 ordinary skill in the art would commonly
24 understand the term "period" to mean; right?
25     A.  Yes.

Transcript of Richard A. Flasck
Conducted on January 19, 2022

93

1      Q.  And, in your opinion, it would be
2  commonly understood to mean something different
3  than "interval"; right?
4      A.  Yes.
5      Q.  How would the term "duration" relate to
6  the term "interval"?
7      A.  "Duration" has the same flavor as
8  "interval;" that is, the difference between two
9  times rather than a -- rather than a definite
10 chunk of time with a definite starting point and
11 ending point.
12     Q.  Are there differences, in your opinion,
13 between the term "duration" and "interval"?
14     MR. TSUEI:  Objection as to form.
15     A.  Just a second.
16     Yeah, I think "duration" and "interval"
17 have very close to the same meaning.  It's -- it's
18 T1 minus T2 rather than a block of time from T1 to
19 T2.
20     Q.  And you don't cite any dictionary
21 definitions in support of your opinions for this
22 particular term; right?
23     A.  I believe that's correct.  I don't -- I
24 don't -- I don't provide any dictionary
25 definitions.

94

1      Q.  Did you look at any dictionary
2  definitions when you were providing your opinion
3  with respect to this particular term?
4      A.  No.
5      I relied on my -- my general knowledge
6  and experience to understand that a period is a
7  definite block of time between two -- two points
8  in time, like the Jurassic period; whereas, an
9  interval or duration is -- is a -- is a difference
10 between two -- it's T1 minus T2, not a block of
11 time from T1 to T2.
12     So I was relying on my general knowledge
13 rather than any particular dictionary definition.
14     Q.  And you understand that the parties have
15 provided -- produced dictionaries to one another
16 in this matter; right?
17     A.  Yes.
18     Q.  And did you consider those dictionaries
19 when you put together your corrected declaration?
20     A.  I don't recall.
21     This -- this opinion was -- was
22 essentially formed on my understanding of what a
23 period was rather than an interval.
24     MR. FRISCH:  And if we can pull up what
25 was previously marked as tab 7 and mark it as

95

1  Exhibit 6.
2      (Exhibit 6 was marked for identification
3      and is attached to the transcript.)
4      A.  We have to use the small screen here.  I
5  don't think I preloaded the definitions.
6      Q.  Okay.  Do you have Exhibit 6 now in
7  front of you?
8      A.  Is that what's on the screen, on the --
9  on the small screen here, on Zoom?
10     Q.  Yes.  Yes.
11     A.  I see -- yes, I see "along" on Zoom.
12     Q.  Okay.  And do you understand that this
13 is a set of dictionary definitions from
14 Dictionary.com that were produced by Solas in this
15 matter?
16     A.  That looks familiar.  I -- I'll take
17 your word for it.
18     Q.  Okay.  And if we go to the second page,
19 do you see that it defines the term "period"?
20     A.  Yes.
21     Q.  And if we look at the definition for
22 "period," the first definition is "a rather large
23 interval of time that is meaningful in the life of
24 a person, in history, et cetera, because of its
25 particular characteristics."

96

1      Right?
2      A.  Yes.
3      Q.  So this definition of "period" defines
4  it using the term "interval."
5      Correct?
6      A.  Yes.
7      Q.  And the definition does not include
8  anything specifying the values of T1 and T2, does
9  it?
10     MR. TSUEI:  Objection as to form.
11     A.  I guess my understanding is more along
12 the -- the second definition, any specified
13 division or portion of time.
14     But you're right, it's -- it simply says
15 a rather large interval of time that is meaningful
16 in the life of a person.
17     MR. FRISCH:  And can we pull up what was
18 previously marked as tab 8 and mark it as
19 Exhibit 7.
20     (Exhibit 7 was marked for identification
21     and is attached to the transcript.)
22     Q.  And do you recognize Exhibit 7 as a copy
23 of the -- or select portions out of the Concise
24 Oxford English Dictionary that was produced by
25 Solas in this matter?

97

1    A.  Yes.
2    Q.  If you go to page 3 of Exhibit 7, it is
3 the definition of the term "period" on it;
4 correct?
5        MR. FRISCH:  And perhaps we can zoom in.
6    A.  Oh, yeah.
7        I'm sorry.  The -- the -- the collection
8 of faces is -- was covering it.  One second.  Let
9 me move the view thing there.
10       Yes.  Okay.
11   Q.  And if you look at the fifth definition
12 of "period," which is supplying -- it says -- for
13 physics, it's defined the term as "the interval of
14 time between successive occurrences of the same
15 state in an oscillatory or cyclic phenomenon."
16       Right?
17   A.  Yes.
18   Q.  So it has defined the term "period," at
19 least as to physics, to also use -- as also using
20 the word "interval."
21       Right?
22   A.  Yes.
23   Q.  In fact, if we look at the sixth
24 definition, that definition of "period" is being
25 supplied in terms of mathematics, and it says,

98

1 "The interval between successive equal values of a
2 periodic function."
3       Right?
4    A.  Yes.
5    Q.  And so, again, it has provided another
6 definition of the term "period" where it defines
7 the term using the word "interval."
8       Right?
9    A.  Yes.
10       MR. FRISCH:  And if we can pull up what
11 was previously marked as tab 9.  If we can
12 make that Exhibit 8.
13       (Exhibit 8 was marked for identification
14        and is attached to the transcript.)
15   Q.  Do you recognize Exhibit 8 as a copy of
16 select portions from the Microsoft Encarta College
17 Dictionary that was produced in this matter by
18 defendants?
19   A.  Yes.
20   Q.  And if we go down to page 5 of this
21 document, do you see that it has a definition for
22 the term "period"?
23   A.  Yes.
24   Q.  And if we look at the very first
25 definition, it says that it is "an interval of

99

1 time."
2       Right?
3    A.  Yes.
4    Q.  And, in fact, if you look at the next
5 definition, it's an interval of time that is
6 identified by what happens or exists during it;
7 right?
8    A.  That's what it says.
9    Q.  And if we go down to the ninth
10 definition, it is "the interval between the points
11 at which the values of a periodic function are
12 equal."
13       Right?
14   A.  Yes.
15   Q.  So this dictionary has at least three
16 definitions for the word "period" that also use
17 the term "interval."
18       Right?
19   A.  Yes, it does.
20   Q.  So does looking at these various
21 dictionaries impact your opinion at all as to
22 whether the use of the term "interval" is
23 inappropriate when defining the term "period"?
24   A.  I would say in the context of the patent
25 that "period" means the block of time between two

100

1 specific time events, T1 and T2.  That is not how
2 I understood, just personally, the word
3 "interval," that the word "interval" would mean
4 that.
5        I interpreted the word "interval" as
6 meaning T1 minus T2, independent of where T1 and
7 T2 were.  So I can certainly see where if one were
8 to ascribe to the word "interval" a definite block
9 of time between T1 and T2, that it would be
10 appropriate.
11   Q.  And if we look at Samsung's proposed
12 construction that you've listed on page 13,
13 Samsung's proposed construction is, "The time
14 interval during which the ON voltage is applied to
15 one selection scan line."
16       Right?
17   A.  I'm sorry.  Where are you now?
18   Q.  Page 13 of your corrected declaration.
19   A.  Oh.  And what were you reading?
20   Q.  So we're on page 13 of your corrected
21 declaration.  I was looking at the box that you've
22 identified as Samsung's proposed construction.
23   A.  Yes.  Yes.
24   Q.  And do you see there that it's "The time
25 interval during which the ON voltage is applied to

101

1  one selection scan line"?
2      A.  Yes.
3      Q.  Doesn't defendant's construction then
4  identify T1 as when the ON voltage is applied and
5  T2 is when the ON voltage is no longer applied?
6      MR. TSUEI:  Objection as to form.
7      A.  If you -- if you take the definition of
8  "interval" as being the block of time between two
9  definite time points, T1 and T2, then my
10 understanding of -- of what -- the difference
11 between period and interval was incorrect.  And,
12 you know, we could -- you could say that the --
13 that the selection period was the interval during
14 which the -- a plurality of pixel circuits is
15 selected.
16     So I'm saying that based on the -- based
17 on the dictionary definitions and based on the
18 fact that you seem to be implying that "interval"
19 can mean the specific block of time between T1 and
20 T2, then I would -- then I would consider
21 "interval" to perhaps not be inappropriate.
22     Q.  And if we look at Solas's proposed
23 construction on page 13, it's 'time period during
24 which a plurality of pixel circuits is selected."
25     Right?

102

1      A.  Correct.
2      Q.  And, in fact, it doesn't actually
3  provide a definition for "period."  It just uses
4  the term "period" again in its construction;
5  right?
6      A.  It uses the term "period."
7      Q.  In your opinion, does Solas's proposed
8  construction identify specific values of T1 and T2
9  and a relationship between them?
10     A.  Yes.  That was my understanding of what
11 "period" meant.
12     Q.  So you think that's baked into the term
13 "period," which is in Solas's proposed
14 construction?
15     A.  Yes.
16     In the context of, you know, the
17 Jurassic period was from this point in time to
18 that point in time.  The Cretaceous period was
19 from this point in time to that period in time.
20 It wasn't a -- it wasn't a length of time.  It was
21 the block of time between two particular -- two
22 particular times.  That was -- that was the
23 perspective with which I was coming at "period."
24     Q.  If we move on to paragraph 43 and
25 paragraph 44 of your corrected declaration --

103

1  these are on pages 14 and 15 -- can you explain
2  the opinion that you're providing in those two
3  paragraphs?
4      A.  Okay.  Give me a second.
5      Okay.  By including -- in Samsung's
6  proposed construction, by including the term "ON
7  voltage" and being applied to one selection line,
8  I see there are two problems with that.
9      First of all, the -- the -- the patent
10 defines "ON voltage" as being a high voltage.  And
11 that would be appropriate if, as in the preferred
12 embodiment, NMOS-type devices were used.  However,
13 it -- it is contemplated in -- in the '042 that
14 PMOS devices can also be used.  And in PMOS
15 devices -- in an implementation using PMOS
16 devices, then the -- then the voltage for applying
17 to selection lines is not a high voltage, an ON
18 voltage as specified in -- in the -- in the
19 specification part that -- that Samsung is using,
20 but the selection voltage would be a low voltage
21 if PMOS devices were being used.
22     So I believe the -- the term "ON
23 voltage" is not applicable to the broadest
24 interpretation of the claims, which would include
25 PMOS-type transistors.

104

1      The -- the second problem that I see is
2  that the voltages apply to one selection scan
3  line.  The -- if we go back to the -- if we go
4  back to claim 1, the -- one, two -- third
5  limitation is, "A selection scan driver which
6  sequentially selects said plurality of selection
7  scan lines in each scan period."
8      So it need not be selecting one scan
9  line in a period.  It could be selecting more than
10 one scan line in a period.  So I believe that's --
11 that's another limitation that was imported
12 that -- inappropriately.
13     Q.  I want to talk about the first one you
14 identified, where you were talking about the ON
15 voltage.
16     A.  Yeah.
17     Q.  Okay?
18     A.  Uh-huh.
19     Q.  Is it your opinion that PMOS transistors
20 don't have an ON voltage?
21     MR. TSUEI:  Objection, form.
22     A.  There is a voltage at which the
23 transistor would turn on, but it's not the ON
24 voltage that -- that is described in the preferred
25 embodiments of the specification and used in

105

1   Samsung's proposed construction.
2       Q.   As a person of ordinary skill in the art
3   would normally understood -- stand the term "ON
4   voltage," does a PMOS transistor have an ON
5   voltage?
6       A.   Yes, but it's not the voltage that's
7   described in the -- in the preferred embodiment.
8       Q.   Where in Samsung's proposed construction
9   does it say that it's limiting the ON voltage to
10  what you've identified in the preferred
11  embodiment?
12      A.   Well, it uses the term "ON voltage."
13  And ON voltage is -- is specifically defined in
14  the specification as being a high voltage.
15      Q.   So your opinion is that ON voltage is
16  explicitly defined in the specification?
17      A.   Yes.
18           If you look at paragraph -- my paragraph
19  44, it says -- starting at line -- one, two,
20  three, four, five -- end of line five, paragraph
21  44, "The 'ON voltage' of the '042 patent --
22  patent's preferred embodiment is described by the
23  '042 patent as: 'a high-level (ON level) ON
24  voltage VON (much higher than the reference
25  voltage VSS) as a selection signal...'" and that

106

1   is -- that would be inappropriate to use for PMOS.
2       Q.   What is it about what you just read that
3   you think defines ON level as being solely for
4   NMOS?
5           MR. TSUEI:  Objection as to form.
6       A.   Okay.  It says the "high level ON level
7   ON voltage VON" parens, and it's in the parens,
8   "(much higher than the reference voltage VSS.)"
9           VSS is the low voltage in the -- in the
10  system.  So it's saying that VON is higher than
11  the lowest voltage in the system.  And that would
12  not then work for PMOS.
13      Q.   So --
14      A.   Because PMOS --
15      Q.   My apologies.  I didn't mean to cut you
16  off.
17      A.   Because a PMOS transistor becomes
18  conductive when the gate voltage is low, not high,
19  when it is close to VSS.
20      Q.   So, in your opinion, by including ON
21  level in parenthesis, the patent is explicitly
22  defining ON level as high level?
23      A.   Yes.
24      Q.   If you can pull open a copy of the '615
25  patent, which is Exhibit 4.  And let's go to

107

1   column 17.
2           Let me know when you're there.
3       A.   I'm there.
4       Q.   Do you see in column 17, line 9, where
5   it says, "a selection transistor," and then in
6   parenthesis, it says "(writing control means)"?
7       A.   Yes.
8       Q.   So is the '615 patent explicitly
9   defining selection transistor as write control
10  means?
11      A.   I don't think the -- the claim's limited
12  to that.  And I guess my answer would be no.
13      Q.   Well, I'm not asking about the
14  particular claims.  I'm just asking about the
15  specification.
16           So your opinion is that in column 17,
17  when it says "a selection transistor" and then
18  puts in parenthesis, "(writing control means),"
19  that it's not defining the write control means as
20  a selection transistor?
21      A.   Yeah, I don't think it's acting as -- I
22  don't think the inventors were acting as their own
23  lexicographers with that.
24           I think a POSITA would understand what
25  was meant by "a selection transistor (writing

108

1   control means)."
2       Q.   And if you go down to line 13, when it
3   says, "a gate terminal," and then in parenthesis,
4   it says "(a control terminal)," you don't think
5   that a person of ordinary skill in the art would
6   understand them to be defining a control terminal
7   as a gate terminal?
8       A.   No.
9       Q.   If we go down to line 17, where it says,
10  "holding transistor" and in parens "(voltage
11  control means)," you don't think it's defining
12  "voltage control means" as holding transistor?
13      A.   No.  I think it's -- I don't think
14  they're acting as their own lexicographer, if
15  that's what you're asking.
16      Q.   And if we go down to line 23, where it
17  says "drive transistor," and then in parentheses
18  it says "(light emission control means)," you
19  don't think that they're acting as their own
20  lexicographer to define light emission control
21  means as a drive transistor?
22      A.   Give me a second.
23           I'm sorry.  I -- where were we?  I --
24      Q.   Column 17 of the '615 patent, line 23.
25      A.   Okay.

Transcript of Richard A. Flasck
Conducted on January 19, 2022

109

1    Yeah, I don't believe that that, in
2  itself, means that they're acting as their
3  lexicographer.
4    Q.  But if we go back to your declaration,
5  your corrected declaration, Exhibit 2, if we go
6  back to paragraphs 43 and 44, in the '042 patent,
7  you think they are acting as their own
8  lexicographer when they say "a high level" and
9  then in parentheses "(ON level)"?
10    MR. TSUEI:  Objection, misstates
11  testimony, form.
12    A.  That's -- it's -- you know, it's pretty
13  clear that they're talking about a -- you know, a
14  high voltage.  And a POSITA would understand that,
15  you know, that's -- that's referring to, you know,
16  NMOS transistors.
17    Q.  In your opinion, a person of ordinary
18  skill in the art would understand that to be a
19  definition they're applying to the entire patent
20  and not just for that preferred embodiment?
21    A.  That preferred embodiment uses VON, and
22  it defines VON or ON -- ON voltage in the
23  specification, and that -- that terminology was --
24  you know, was imported into Samsung's proposed
25  construction.  So I think, in that context,

110

1  it's -- it's inappropriate that it -- it would --
2  it would read out the PMOS and a PMOS
3  implementation.
4    Q.  To be clear, though, Samsung's proposed
5  construction does not say the time interval during
6  which a high-level voltage is applied; right?
7    A.  Well, according to the patent again,
8  it -- it equates -- Samsung uses the term "ON
9  voltage" and in the patent it says, quote, "a high
10  level (ON-level) ON voltage VON." So it uses the
11  term "ON voltage VON," which is higher than the
12  reference voltage VSS.  A -- so I think that's --
13  I think that's pretty -- pretty clear.
14    I -- my interpretation, I think, is the
15  same as a POSITA's, would be that they're talking
16  about the ON voltage as being a reference -- being
17  higher than the reference voltage VSS.
18    Q.  Your understanding is that it's
19  inappropriate to limit the claims to a preferred
20  embodiment; right?
21    A.  Yes.
22    Q.  So why is it that you are interpreting
23  Samsung's proposed construction as limited to a
24  particular embodiment?
25    A.  I don't think I am.

111

1    Q.  Well, you're interpreting Samsung's
2  proposed construction when it says the time
3  interval during which the ON voltage is supplied
4  to one selection scan line to be focused only on
5  the embodiment where NMOS transistors are being
6  used; right?
7    A.  I'm sorry.  Maybe I didn't understand
8  the question.
9    They're using the term ON -- ON voltage
10  in their proposed construction.  And if we use
11  that def-- that ON voltage and the definition
12  supplied by the patent, then it reads out a PMOS
13  implementation.  I don't know how else to explain
14  it.  That's -- that's what a POSITA would
15  understand.  That's my understanding.
16    Q.  Just to close the loop on this, so, in
17  your opinion, in this particular instance that you
18  pointed to in paragraph 44, where it has put "ON
19  level" in parentheses, that is expressed
20  lexicography, but the examples we looked at from
21  the '615 patent that use parentheses, those are
22  not expressed lexicography?
23    Is that right?
24    MR. TSUEI:  Objection as to form.
25    A.  What I'm saying is that I don't believe

112

1  the claims are limited to NMOS, and they should
2  include PMOS.
3    I believe Samsung's proposed
4  construction, which uses the term "ON voltage,"
5  the "ON voltage" means a high-level voltage, and
6  that would preclude implementation with PMOS.
7    I don't know how else to explain it to
8  you.
9    Q.  Okay.  But -- but outside of the
10  preferred embodiment we've been looking at, a
11  person of ordinary skill in the art would
12  understand the "ON voltage" to apply to PMOS or
13  NMOS; right?
14    A.  They would understand the voltage
15  necessary to turn on the transistor, the term
16  that -- the term that Samsung has used is "ON
17  voltage," which is, within the context of the
18  patent, understood to mean a high voltage, so it
19  would read out the PMOS implementation.
20    Q.  If Samsung's construction instead read
21  "at the time interval during which a voltage is
22  applied to turn on the pixels to one selection
23  scan line," would that fix the issue, in your
24  mind?
25    MR. TSUEI:  Objection, form, incomplete

113

1    hypothetical.
2    **A.   I -- certainly replacing the words "ON**
3    **voltage" with something else more appropriate**
4    **would go toward fixing the problems, but the**
5    **hypothetical you -- you just stated here, I**
6    **can't -- I can't analyze on the spot.  I'd have**
7    **to -- I'd have to think about it.**
8        Q.   If we look at Solas's proposed
9    construction, it says, "Time period during which a
10   plurality of pixel circuits is selected."
11       What is your understanding of what it
12   means for it to be selected?
13   **A.   It means that there is a -- there's more**
14   **than one pixel circuit that is, let me call it,**
15   **ready to receive the -- the signals from the data**
16   **driver, that is, the VPRE or the -- what are they?**
17   **-- gradation voltage.**
18       THE WITNESS:  Is now a good time to take
19   a break?
20       MR. FRISCH:  Yeah.  Why don't we take a
21   break for lunch here.
22       THE WITNESS:  Okay.
23       MR. FRISCH:  Let's wait for us to go off
24   the record.
25       THE VIDEOGRAPHER:  Off record, 4:16.

114

1    (Luncheon Recess.)
2    THE VIDEOGRAPHER:  On record, 4:51.
3    BY MR. FRISCH:
4    Q.   Welcome back, Mr. Flasck.
5    **A.   Hi.**
6    Q.   During any of the breaks we've taken
7    today, did you discuss your deposition testimony
8    with anyone?
9    **A.   No.**
10   Q.   Before the lunch break, do you recall
11   that we were discussing your claims with respect
12   to the term "the selection period" in the '042
13   patent?
14   **A.   Yes.**
15   Q.   Okay.  I want to continue discussing
16   those opinions.
17       In particular, if you can go down to
18   paragraph 45 of your corrected declaration,
19   Exhibit 2.  And let me know when you're there.
20   **A.   I'm there.**
21   Q.   And I believe paragraph 45 talks about
22   the second of two issues that you had raised
23   before the break, which is your opinion that a
24   selection period would not be understood to be
25   limited to selecting pixels in a single selection

115

1    scan line; is that right?
2    **A.   Yes.**
3    Q.   And your opinion is based in part
4    because you say that where the '042 discusses a
5    selection period which is limited to a single row,
6    it's careful to say so; is that correct?
7    **A.   Yes.**
8    Q.   And then you actually provide a number
9    of examples of that; right?
10   **A.   Yes.**
11   Q.   So you do agree that the '042 patent
12   uses the term "selection period" in a number of
13   instances when it's talking about selecting a
14   single line; right?
15   **A.   Yes.**
16   Q.   Are you aware of any instances in the
17   specification where the '042 patent uses the term
18   "selection period" but it's not referring to a
19   single line?
20   **A.   Looking at column 2, line 38.**
21   Q.   Okay.
22   **A.   It's a -- I want to make sure that the**
23   **citation is correct.**
24       **One second.**
25       **Okay.  Column 3, line 7, says "a**

116

1    **selection scan driver which sequentially selects**
2    **the plurality of selection scan lines in each**
3    **selection period."**
4        **So it is in the specification, I**
5    **believe, as well as in the claims, that there are**
6    **situations where the selection scan driver selects**
7    **more than one selection scan line in each**
8    **selection period.**
9    Q.   The line you just pointed to, that's in
10   the brief summary of the invention; right?
11   **A.   Yes.**
12   Q.   And if you look at the brief summary of
13   the invention, in many instances it's -- it has
14   the same language as the claim language; right?
15   **A.   I would have to verify that, but it**
16   **sounds like it's probably true.**
17   Q.   If we look at the detailed description
18   of the invention where the embodiments are
19   discussed --
20   **A.   Okay.**
21   Q.   -- do any of the embodiments use the
22   term "selection period" to discuss selecting more
23   than one row?
24   **A.   I don't believe it's used anywhere else.**
25   Q.   When you say you don't believe it's used

Transcript of Richard A. Flasck
Conducted on January 19, 2022

117

1  anywhere else, the term "selection period" is
2  used, but you don't believe it's used with respect
3  to those embodiments to discuss selecting more
4  than one scan line; right?
5      **A.  I believe the words plurality of -- I**
6  **believe the words that I quoted in my -- in my**
7  **declaration are only used at that spot and, I**
8  **believe, in the claims.  And I'd have to check the**
9  **claims.  But it's very similar, if not identical.**
10     **Anyway, yes, I -- I don't recall those**
11 **words being used anywhere else in the -- in the**
12 **written description.**
13     Q.  If we look at Fig. 4 of the '042 patent,
14 Fig. 4 shows a timing diagram that includes a
15 number of different scan lines, X1 through XM;
16 right?
17     **A.  Just a second.  I apologize.  My**
18 **computer is -- okay.  Fig. 4.**
19     Q.  Yes.
20     In Fig. 4 it shows a timing diagram that
21 includes a number of different scan lines, X1
22 through XM; right?
23     **A.  Yes.**
24     Q.  And, for instance, row 1 is voltage of
25 selection scan line X1, and row 3 is voltage of

118

1  selection scan line X2; right?
2      **A.  Yes.**
3      Q.  And at the top of the figure, there are
4  a number of labels, the uppermost of which is TSC,
5  and then following -- going down in vertical
6  order, TSE, and then TNSE and then TR; right?
7      **A.  Yes.**
8      Q.  And TSE, the label that says TSE, that
9  is a label that's being used for the selection
10 period; right?
11     **A.  Yes.**
12     Q.  And the first label at the top of the
13 page that says TSE, that's meant to show the
14 selection period of selection scan line X1; right?
15     **A.  Yes.**
16     Q.  And then if you go to the third row,
17 where it says voltage of selection scan line X2,
18 it has its own TSE label; right?
19     **A.  Yes.**
20     Q.  And that's meant to show the selection
21 period for the scan line X2; right?
22     **A.  Yes.**
23     Q.  And so at least in this embodiment, in
24 Fig. 4, it separately labels the selection periods
25 for each row; right?

119

1      **A.  Yes.**
2      Q.  And none of these selection periods that
3  are shown here for scan line X1, X2 or X3 overlap
4  one another; right?
5      **A.  That is correct.**
6      Q.  In fact, Fig. 4 shows sequentially
7  selecting each row one at a time, starting with
8  X1, then X2, then X3; right?
9      **A.  Yes, that's the implication of this,**
10 **yes.**
11     Q.  Now, Solas's proposed construction that
12 you've provided in your corrected -- corrected
13 declaration is time period during which a
14 plurality of pixel circuits is selected.
15     And I want to still focus on Fig. 4.  If
16 we were to look at the time period that's first
17 marked TSE for scan line X1, and we were to look
18 at the time period that is TSE for scan line X2,
19 in your opinion, would the sequential selection of
20 those two scan lines be one selection period under
21 Solas's construction?
22     **A.  In this particular embodiment with this**
23 **timing diagram, I would say that in each selection**
24 **period there were multiple -- there were multiple**
25 **pixel circuits -- let me get back to my**

120

1  **construction here.**
2      **Okay.  I believe in each of those TSEs**
3  **shown in Fig. 4, that is a time period during**
4  **which a plurality of pixel circuits is selected.**
5      **I don't think that the -- Solas's**
6  **construction requires overlapping periods, if**
7  **that's what you're asking.**
8      Q.  So how, under Solas's construction, do
9  you know when a selection period begins and ends?
10     **A.  When the -- in this particular**
11 **configuration, this particular embodiment, it**
12 **would be when the voltage of the selection scan**
13 **line -- when it transitions up, that would be the**
14 **beginning of the period, and when it transitions**
15 **down, that would be the end of the period.**
16     Q.  But I thought, looking at Fig. 4, you
17 were just saying that you could go beyond that in
18 a selection period.
19     In this instance, scan line X1 could go
20 from VOFF to VON and then back down from VON to
21 VOFF, but that was not the end of the selection
22 period.
23     **A.  No.**
24     **In this configuration, in this**
25 **embodiment, I believe that is the -- when the**

121

1 voltage selection of the scan line X1 transitions
2 from high to low, that is the end of the selection
3 period.
4    Q.  Okay.  Well, I'm a bit confused, so
5 maybe you can help me work through it.
6        I think before, you said Solas's
7 construction does not require that the selection
8 lines have overlapping periods to be within a
9 single selection period; right?
10    A.  Yes.
11    Q.  So how do I know, then, when the
12 selection period begins and ends?
13    A.  Well, there is a selection period that
14 begins when a voltage selection scan line, X1,
15 goes from VOFF to VON.  That particular selection
16 period ends when the voltage of selection scan
17 line X1 goes from VON to VOFF.
18        There are other selection periods, but
19 that particular selection period begins with the
20 transition to high and it ends on the transition
21 to low.
22        (Telephonic Interruption.)
23    Q.  With respect to the claim, claim 1, it
24 says, "A selection scan driver which sequentially
25 selects said plurality of selection scan lines in

122

1 each selection period."
2        So with respect to that claim
3 limitation, how do I know, if I'm looking at a
4 circuit, when the selection period begins and
5 ends?
6        MR. TSUEI:  Objection, form.
7    A.  I guess in the broadest context, a
8 selection period would end when there were no --
9 in this -- again, in this embodiment, a selection
10 period would end when there were no selection
11 lines at the VON voltage.
12    Q.  What about when scan line X1 goes off,
13 scan line X2 is simultaneously going on; right?
14    A.  Yes.  Very close, yes.
15    Q.  Okay.  Very close.
16        There would be some time difference in
17 between the two?
18    A.  Pardon me?
19    Q.  Well, you said "very close."  So
20 there -- there will be some small time difference
21 between when scan line X1 goes off and scan line
22 X2 goes on?
23    A.  From this timing diagram, I can't really
24 tell whether an overlap would be -- you know,
25 would be allowed or whether there was some dead

123

1 space that was required between the two pulses.
2 But, essentially, it's -- it's close to being
3 simultaneous.
4    Q.  And wouldn't you expect that -- for
5 instance, in the embodiment of Fig. 4, when you
6 have loaded your image on to the last row that you
7 would start again at the first row?
8    A.  That depends on the -- on the -- on the
9 driver configuration and on the signal source.
10 Many times there's a -- there can be some time lag
11 between frames.
12    Q.  Well, if we look at row 1 in Fig. 4, it
13 actually shows you that at the end of the frame it
14 starts again with scan line X1; right?
15    A.  Yes, it does show that.
16    Q.  So does the selection period in Fig. 4
17 never end?
18        MR. TSUEI:  Objection, form.
19    A.  Again -- but, you know, my
20 interpretation of Fig. 4 would be that -- that
21 there are multiple selection periods, and each
22 selection period ends when there's a -- when that
23 particular row transitions -- the scan line for
24 that particular row transitions from on to off.
25        MR. FRISCH:  Ms. Hensley, do I have the

124

1 ability to draw on Fig. 4 for a moment?
2        REMOTE TECHNICIAN:  I can provide that.
3 Just a moment.
4        MR. FRISCH:  Great.  Thank you.
5        REMOTE TECHNICIAN:  All right.  You only
6 need to click on the document to pick up
7 control.
8        MR. FRISCH:  Okay.
9 BY MR. FRISCH:
10    Q.  Mr. Flasck, you can see Fig. 4 on the
11 screen; right?
12    A.  Yes.  It's on my laptop.  It's a little
13 small, but I can see it.
14    Q.  Okay.  Well, I'm going to do my best to
15 annotate here with my computer mouse, but it might
16 be a little difficult.  But let's see if we can
17 work through this.
18        So I'm going to mark two vertical lines
19 in red, and I'm meaning to mark these the exact
20 same place, where the vertical lines currently
21 read TSE at the top of the figure.  I am doing a
22 somewhat poor job of it.  But can you tell where
23 I'm trying to mark there?
24    A.  I think you're trying to mark the
25 leading edge and the falling edge of a voltage

Transcript of Richard A. Flasck
Conducted on January 19, 2022

125

1 wave form on scan line X1.
2      Q.  That's right.
3         And maybe I can try one more time and
4 make it a little bit clearer here.  Let me erase
5 this.
6      **A.  That's all right.**
7         **I mean, if you're saying it's the**
8 **leading edge and the falling edge, that's**
9 **understandable to me.**
10      Q.  Sure.
11         I just want to make a record here, so I
12 think it's a little bit cleaner the way I've drawn
13 it now.
14         Can you see that?
15      **A.  Yes.**
16      Q.  Okay.  Now, in your opinion, is that a
17 selection period, as Solas has construed it, for
18 claim 11 of the '042 patent?
19      **A.  Yes.**
20      Q.  Okay.  And I'm going to put a 1 next to
21 this one.
22         Now, if I use the same line on the left
23 but I draw a new vertical line coming up off of
24 the falling edge of scan line X2 -- do you see
25 that?

126

1      **A.  Yes.**
2      Q.  I'm going to put a horizontal arrow to
3 try to indicate that time period.  I'm going to
4 put a 2 over it.
5         Do you see that?
6      **A.  Yes.**
7      Q.  Now, in your opinion, under Solas's
8 construction of selection period, as it's used in
9 claim 11, is that a selection period?
10      **A.  I would say that in this embodiment, in**
11 **applying the -- Solas's proposed construction,**
12 **that would be two selection time periods.**
13      Q.  And how do you know that?
14      **A.  Well, because in the first -- on the**
15 **first line, when the -- when the voltage goes**
16 **high, there is one plurality of pixel circuits**
17 **that are selected, that is, the pixel circuits in**
18 **the first row.  Then when that comes down, the**
19 **falling edge of that one, those -- those selected**
20 **pixels are deselected at that point.  And at that**
21 **point in time, the voltage on scan line X2 goes**
22 **up; and you are, therefore, in this embodiment,**
23 **selecting another set of plurality -- another**
24 **plurality of pixel circuits.**
25         **So that's -- it's selecting a different**

127

1      **plurality of pixel circuits, and I would call -- I**
2 **would call that a -- a second selection period.**
3         MR. FRISCH:  Okay.  And is it possible,
4      Ms. Hensley, to mark this as an exhibit,
5      Exhibit 9?
6         REMOTE TECHNICIAN:  Certainly.  Just a
7      moment.
8         (Exhibit 9 was marked for identification
9         and is attached to the transcript.)
10         REMOTE TECHNICIAN:  All right.  This has
11      been saved as Exhibit 9.
12         MR. FRISCH:  Okay.  Thank you.
13 BY MR. FRISCH:
14      Q.  Mr. Flasck, I want to move on to
15 paragraph 47 of your corrected declaration,
16 Exhibit 2.
17         Now, in paragraph 47, you -- you are
18 citing to a specific patent that shares at least
19 one named inventor with the '042 patent.  And the
20 patent you're pointing to is U.S. Patent
21 No. 7,944,414; right?
22      **A.  Yes.**
23      Q.  And, in your opinion, the '414 patent
24 supports the idea that multiple rows can be
25 selected at one time during a selection period;

128

1 right?
2      **A.  Yes.**
3      Q.  Okay.  How did you find the '414 patent?
4      **A.  How did I find it?**
5      Q.  Yes.
6      **A.  I don't recall.**
7      Q.  Did you search for it yourself?
8      **A.  Again, I started looking at -- at these**
9 **patents a couple years ago.  I -- I did some**
10 **search on my own.  In other cases, you know, prior**
11 **art or possible prior art was supplied to me.  I**
12 **don't recall how -- how I became aware of the**
13 **'414.**
14      Q.  Did you read the entirety of the '414
15 patent?
16      **A.  Sure.  I -- I scanned -- I scanned**
17 **the -- the patent.  I didn't parse the patent**
18 **sentence by sentence, but I looked at it all.**
19      Q.  So scanning the patent, are you able to
20 be confident that it's using "selection period" in
21 the way that you say it has in paragraph 47 of
22 your corrected declaration?
23      **A.  That was -- that's my understanding, and**
24 **it's still my understanding today.**
25         MR. FRISCH:  Let's take out a copy of

Transcript of Richard A. Flasck
Conducted on January 19, 2022

129

1  the '414 patent.  It's previously marked as
2  tab 10.  And if we can mark it as Exhibit 10.
3      (Exhibit 10 was marked for
4      identification and is attached to the
5      transcript.)
6  **A.  Okay.  See, I did not preload that on**
7  **my...**
8      Q.  If it helps, the exhibits are being
9  dropped into the chat window, so you're -- you're
10  happy to look at it on the screen, but you can
11  also download a copy if that helps you any.
12  **A.  I would have to download it on to my**
13  **desktop computer.  Let me -- let me -- let me take**
14  **30 seconds and see if I can...**
15      **No, I don't have it -- I don't have it**
16  **preloaded here, so let's -- let's do the best we**
17  **can with...**
18      Q.  Okay.  I'll try to lead you through
19  here.  So we can take it one step at a time and
20  you can see where I'm -- what I'm calling out.
21  **A.  All right.**
22      **Actually, can -- can somebody just**
23  **e-mail me a -- a copy of this thing so I can look**
24  **at it on the big screen?**
25      Q.  If counsel for RAK Law wants to e-mail

130

1  you a copy, a clean copy, I have no problem with
2  that.
3      MR. TSUEI:  Sure.  I'm happy to do so,
4  Mr. Flasck.
5      THE WITNESS:  Okay.  Yeah, I -- I -- the
6  copy here is just -- it's too small to read,
7  I'm afraid.
8      MR. TSUEI:  Sure.
9      So, Mr. Flasck, for the record, I'm
10  sending you a copy of Flasck 10, which I've
11  downloaded from the chat box in the Zoom
12  window.  You should be receiving it shortly.
13      THE WITNESS:  Okay.
14  BY MR. FRISCH:
15      Q.  You can just let me know when you've got
16  the copy and you're able to look at it.
17  **A.  Okay.  It looks like it came through.**
18  **It looks like it has been opened.**
19      **Okay.  I have it.  Thank you.**
20      Q.  No problem.
21      And to be clear, so you have a copy of
22  U.S. Patent 7,944,414; right?
23  **A.  Yes.**
24      Q.  And if we look at the front page, it
25  has -- has listed as the first inventor Tomoyuki

131

1  Shirasaki, who's one of the named inventors of the
2  '042 patent; right?
3  **A.  Yes.**
4      Q.  Okay.  And do you know what the problem
5  was that the '414 patent was trying to solve?
6      Actually, why don't I direct you to --
7  **A.  Yeah, I don't -- I don't -- I don't**
8  **recall right off -- right offhand.**
9      Q.  Okay.  Let me direct you to a specific
10  part of the '414 patent.  If we go to column 4,
11  line 61.
12  **A.  Okay.  Yeah.**
13      Q.  That -- that portion of the patent is in
14  the background of the invention section; right?
15  **A.  Yes.  Column 4, line 61.**
16      Q.  Okay.  And if you can read column 4,
17  line 61, through column 5, line 2 -- you can read
18  it to yourself.  You don't have to read it out
19  loud.
20  **A.  Okay.  All right.  One second.**
21      **Okay.  I read it.**
22      Q.  So one of the problems that the '414
23  patent was trying to solve was an issue that when
24  the number of scan lines arranged on the display
25  panels increased and the selection period of each

132

1  scan line is set short, there's no longer
2  sufficient time to perform a write operation for
3  each line; correct?
4  **A.  Yes.**
5      Q.  And this is particularly true where the
6  value of a gradation current is small; right?
7  **A.  Yes.**
8      Q.  And in that particular paragraph that
9  you read, it starts out at column 4, line 61, by
10  saying, "Additionally, when the number of scan
11  lines arranged on the display panel is increased
12  and the selection period (i.e., a write time) of
13  each scanning line is set short..."
14      And then it continues; right?
15  **A.  Yes.**
16      Q.  And so at least in that portion, when
17  it's talking about the problem, it's talking about
18  a selection period for one scan line; right?
19  **A.  Yes.**
20      Q.  Now, the alleged invention of the '414
21  patent was to find a way to select multiple scan
22  lines at the same time; right?
23  **A.  I believe so.**
24      Q.  And to some degree, that's why you're
25  pointing at the '414 patent to support your

Transcript of Richard A. Flasck
Conducted on January 19, 2022

34 (133 to 136)

133

1  opinions in this matter; right?
2      A.  Yes.
3      Q.  And the figures of the '414 patent
4  demonstrate how multiple scan lines could be
5  selected at once; right?
6      A.  Yes.
7      Q.  For example, if we look at Fig. 2, it
8  shows how multiple scan lines could be connected
9  to one shift block; right?
10     A.  One second.
11         Yes.
12     Q.  And if we look at Fig. 8, it shows how
13  one scanning line can snake from -- from one row
14  of pixels to the next row of pixels; right?
15     A.  Yes.
16     Q.  Okay.  Neither of the two methods we
17  just looked at in Fig. 2 or Fig. 8 are discussed
18  in the '042 patent; right?
19     A.  That's correct.
20     Q.  Okay.  Now, if we look at the face of
21  the '042 patent for a second -- so if we go back
22  to Exhibit 5 and we look at the face of the '042
23  patent.  Let me know when you're there.
24     A.  I'm there.
25     Q.  The earliest for an application priority

134

1  date for that patent is January 16th, 2004; right?
2      A.  Correct.
3      Q.  And if we go back to the '414 patent,
4  which is Exhibit 10, and we look at the face of
5  that patent, the earliest foreign filing date for
6  that patent is May 28th, 2004; right?
7      A.  It says "Foreign Application Priority
8  Data," and the earliest date is May 28th, 2004.
9      Q.  So that's after the earliest foreign
10  filing date for the '042 patent; right?
11     A.  Yes.
12         I'm not -- I'm not a lawyer, so I'm not
13  exactly sure what the dates mean, but -- but
14  May 28th, 2004, is indeed after January 16th,
15  2004.
16     Q.  So I know you're not a lawyer, but that
17  would suggest to you that the '414 patent
18  invention came after the '042 patent invention;
19  right?
20         MR. TSUEI:  Objection, form.
21     A.  Again, I'll -- I'm not a lawyer.  I'll
22  take your word for it.
23     Q.  You didn't compare these dates when you
24  were providing your declaration; right?
25     A.  No.

135

1      Q.  Now, if we assume that the '414 patent
2  invention came after the '042 patent invention,
3  given that part of the invention of the '414
4  patent was to include the selection of multiple
5  scan lines at the same time, wouldn't that suggest
6  that that was not part of the invention of the
7  '042 patent?
8          MR. TSUEI:  Objection, form, calls for a
9  legal conclusion.
10     A.  Well, the '0 -- '042 patent, the claims
11  are a combination of various limitations, and all
12  of the limitations within a claim have to be in
13  the prior art if you're going to talk about -- I
14  don't know -- invalidity or something.  I'm not
15  opining on invalidity.  I'm just using this as an
16  example of multiple scan lines being selected at
17  the same time.
18         And, you know, which -- which has
19  priority over the other was not -- in terms of
20  invalidity consideration, was not a -- a -- was
21  not a high priority for me because there are other
22  limitations in the '042 claims that -- that may
23  make it unique over -- over any claims in the
24  '414, even though the '414 does disclose multiple
25  scan lines being activated at the same time.

136

1      Q.  To be clear, Mr. Flasck, I'm -- I'm not
2  talking about invalidity in any way.  I'm trying
3  to keep my questions limited to your claim
4  construction opinion.
5          You cite the '414 patent in your
6  declaration as support for how the inventors used
7  the term "selection period."
8          Right?
9      A.  Just a second.
10         Yes, that's a fair characterization.
11  Yes.
12     Q.  And we just talked about that one of the
13  inventions of the '414 patent was selecting
14  multiple lines in a selection period; right?
15     A.  No.
16     Q.  You don't believe that one of the
17  inventive aspects of the '414 patent was selecting
18  multiple scan lines in a selection period?
19         MR. TSUEI:  Objection, form.
20     A.  That is -- that is one -- that is one
21  possibility, but a claim is valid -- a claim is an
22  invention because of the combination of
23  limitations in it.  Just because one limitation in
24  the -- in the '042 was disclosed in -- possibly
25  was disclosed in the '414 does not mean that that

Transcript of Richard A. Flasck
Conducted on January 19, 2022

35 (137 to 140)

137

1  claim is invalid.  And the invention is the
2  combination of limitations, not a specific
3  limitation.
4      I mean, selecting two lines at a time or
5  more than one line at a time goes back to the
6  1980s.  I did that back in -- back in the mid
7  1980s.  That, in and of itself, is not an
8  invention.
9      Q.  Based on what you put in your
10  declaration, you believe that how the inventors
11  used the term "selection period" in the '414
12  patent is relevant to how it's being used in the
13  '042 patent; correct?
14      A.  Yes.
15      Q.  Okay.  And you think it's appropriate to
16  look at a different patent, albeit with some
17  shared inventors, to determine how terms should be
18  construed in the '042 patent?
19      A.  I think that's one piece of information
20  that can inform an opinion.
21      Q.  Even if part of the alleged invention of
22  the '414 patent was specific to this aspect of
23  selection period?
24      MR. TSUEI:  Objection, form.
25      A.  There are many aspects of the '042

138

1  patent.  For instance, a drive transistor.  The
2  drive transistor in and of itself is not -- is not
3  an invention of the '042 patent.  Was used, you
4  know, for years before.  It's a combination of
5  the -- of the limitations that's the invention.
6      Q.  Mr. Flasck, I would appreciate if you'd
7  keep it limited to claim -- your -- your answers
8  limited to claim construction.  I'm -- I'm not
9  talking about invalidity or -- any opinions on
10  that matter.
11      A.  Well, you keep asking about what -- what
12  is an invention.
13      Q.  So, perhaps, you're not understanding my
14  question.  Let me -- let me take a few steps back.
15      Why is it that you think it's
16  appropriate to look at how the term "selection
17  period" is used in the '414 patent to determine
18  how this -- the term "selection period" is used in
19  the '042 patent?
20      A.  The term "selection period" was used in
21  the '414 patent before it was used in the -- I'm
22  sorry.  The term was used in the '414 patent by
23  the same inventor, by at least one common
24  inventor.  So in the industry, it indicates that
25  the term "selection period" is not limited to

139

1  selecting one scan line, but it -- it can refer to
2  selecting multiple scan lines.
3      Q.  Even though the '414 patent has a later
4  priority date?
5      MR. TSUEI:  Objection, form.
6      A.  Yes.
7      Q.  And so, in your mind, there's no way
8  that the inventors would change how they use a
9  term from one patent to another?
10      MR. TSUEI:  Objection, misstates
11  testimony.
12      A.  They could.
13      I'm just saying that the term "selection
14  period," you know, is -- it's used, it's out
15  there, and even one of the inventors of the -- of
16  the '042 patent used it in a manner where multiple
17  scan lines were activated or were turned on or
18  whatever at the same time.
19      Q.  Let's go back to your corrected
20  declaration, and we'll go to page 17.  I want to
21  look at subheading B, where you talk about the
22  term "sequentially selects said plurality of
23  selection scan lines in each selection period."
24  Do you see that?
25      A.  Yes.

140

1      Q.  Solas's proposed construction is plain
2  and ordinary meaning?
3      A.  Yes.
4      Q.  What do you understand plain and
5  ordinary meaning of that term to be?
6      A.  It means what it says, "Sequentially
7  selects said plurality of selection scan lines in
8  each selection period."
9      Q.  And I note that on the next page of your
10  declaration you have a number of definitions for
11  certain terms.
12      For instance, in paragraph 50, you have
13  definitions for the term "sequential."
14  Right?
15      A.  Yes.
16      Q.  And are you suggesting that the plain
17  and ordinary meaning of the term uses one of those
18  definitions?
19      A.  Yes.
20      Q.  Is there one in particular that you
21  believe is appropriate?
22      A.  I think -- I think -- I think any of
23  the -- any of the quoted synonyms or definitions
24  would work.
25      Q.  Okay.  Let's go to the next term that

Transcript of Richard A. Flasck
Conducted on January 19, 2022

141

1  you discuss, starting at the bottom of page 18.
2  That's the term "designating current."
3      Right?
4      A.  Yes.
5      Q.  And Solas's proposed construction is
6  "plain and ordinary meaning, i.e., current
7  designating a value corresponding to an image
8  signal"?
9      A.  I'm sorry.  Was there a question?
10     Q.  Well, I -- that's correct, that Solas's
11 proposed construction is "plain and ordinary
12 meaning, i.e., current designating a value
13 corresponding to an image signal"?
14     A.  Yes.
15     Q.  And what is your understanding of what
16 it means to designate a value corresponding to an
17 image signal?
18     A.  The designated -- designating current is
19 the current that maps on to or corresponds to the
20 image signal.
21     Q.  In paragraph 53 you disagree with
22 defendant's construction that the designating
23 current must be set to a constant value; right?
24     A.  Yes.
25     Q.  And if we look at the third line of

142

1  paragraph 53, you say, "To the contrary, the
2  specification never describes the designating
3  current as set to a constant value during the
4  first reset portion."
5      Right?
6      A.  Yes.
7      Q.  No designating current is applied during
8  the first reset portion; right?
9      A.  One second.
10     Okay.  If we look at Fig. 9, it is true
11 that during the first reset portion, there is no
12 designating current.  That is -- in Fig. 9, that's
13 called the current of CTj.  However, during the
14 selection period TSE, the timing diagram, shows
15 that the designating current, C -- CTj, is not a
16 constant but, in fact, it asymptotically
17 approaches a given value.  There's a rounded
18 corner there.
19     So even in this case, it is not a
20 constant value even during the -- it's not a
21 constant value during the TSE, and it's not even a
22 constant value in the second portion of the TSE
23 after the Tr portion of it.
24     And I found nothing -- nothing in the
25 written description that would require the -- that

143

1  current to be a constant value.
2      Q.  Okay.  Well, I would appreciate it if
3  you could try to limit your answers more towards
4  the question I was asking.
5      So we could look at Fig. 9.  That --
6  that -- that's fine.  But in your declaration, you
7  say, "The specification never describes the
8  designating current as set to a constant value
9  during the first reset portion."
10     But you agree, right, that there is no
11 designating current applied during the reset
12 portion?
13     Right?
14     MR. TSUEI:  Objection as to form.
15     A.  In this -- in this embodiment, in this
16 configuration, there is no -- there is no
17 designating current provided during the reset
18 portion.
19     Q.  Well, in fact, it's not just this
20 embodiment; right?
21     If we look at claim 1 of the '042
22 patent, it specifically talks about a selection
23 period having a first part, where you apply a
24 reset voltage, and a second part, where you apply
25 a designated current; right?

144

1      A.  Yes.
2      Q.  Okay.  And it -- even as it sits in
3  claim 1 of the '042 patent, there is no
4  designating current applied during the first reset
5  portion; right?
6      A.  Yes.
7      Q.  So you wouldn't expect a designating
8  current to be set at a constant value during the
9  reset portion because it's not set to any value at
10 the reset portion; right?
11     A.  Yes.
12     Q.  Now, you go on in paragraph 53 of your
13 declaration, the fifth line, and you say, "Claim 1
14 itself describes that the 'designating current'
15 changes and is a value corresponding to an image
16 signal."
17     Do you see that?
18     A.  Yes.
19     Q.  Where in claim 1 does it describe the
20 designating current as changing?
21     A.  I guess I'm saying that it -- it
22 changes from zero to the -- the designated current
23 value required to correspond to an image signal.
24     Q.  So you were saying it changes from not
25 being applied to being applied during the second

Transcript of Richard A. Flasck
Conducted on January 19, 2022

37 (145 to 148)

145

1  part of the solution period?
2      A.  Yes.
3      Q.  Now, let's go back to Fig. 9 that you
4  were discussing.
5          And let me know when you're there.
6      A.  I'm there.
7      Q.  Okay.  And you were pointing to, I
8  believe -- let me know if I'm correct, but you
9  were pointing to the fifth row of Fig. 9, the
10 current of CTj; right?
11     A.  Yes.
12     Q.  Okay.  And the -- that row that says
13 "Current of CTj," what does that show?
14     A.  That shows the designating current
15 supplied by the drive circuit to the data line.
16     Q.  And you note in your declaration, and I
17 think you were noting a moment ago, that that line
18 is shown as asymptotically approaching a stable
19 value during the selection period; right?
20     A.  Well, you can look at -- it has -- it
21 has three different lines, and they all -- they
22 all start off as a slope and then tend to
23 asymptotically approach some value.
24         Now, if you look at the -- in Fig. 9,
25 the first -- you know, the first line, if you

146

1  will, or the first row, it's almost like a wedge.
2  I mean, it's a -- it approaches a stable value but
3  slowly.  The second one, it approaches it maybe a
4  little more quickly.  The third one, it's
5  intermediate.  So these seem to be approaching
6  a -- a stable value, but they're certainly not
7  constant -- they're not constant.
8      Q.  Okay.  And so the claim, as we just
9  looked at, when it talks about designating
10 current, it's talking about the current that's
11 supplied during that second part of TSE that's
12 labeled at the top of Fig. 9; right?
13     A.  Yes.
14     Q.  Okay.  And I think you were just kind of
15 talking about three humps in the -- in row 5 of
16 current CTj, and we're looking at the second of
17 those; right?
18     A.  That's the tallest one, yes.
19     Q.  Okay.  And in that one, in -- in the
20 tallest one, it asymptotically approaches a stable
21 value; right?
22     A.  Yes.
23     Q.  And that stable value is a constant
24 value; right?
25     A.  No.

147

1          I mean, that -- that stable value
2  changes from moment -- that -- the value changes
3  from moment to moment on that line, but it also is
4  not -- it's -- it's -- even if you're talking
5  about from line to line, it's certainly not
6  constant from line to line.  A -- a constant
7  voltage [sic] would -- you know, would have a flat
8  top.  It wouldn't have a -- wouldn't have a curved
9  top like that.
10     Q.  Well, first, are we looking at a voltage
11 or a current in this row?
12     A.  I'm sorry.  We're looking at the
13 current.  If I said "voltage," I meant current.
14     Q.  Now, I was saying:  Once it reaches what
15 you call the stable value on that particular line,
16 it's a constant current from that point until the
17 end of the selection period; right?
18     A.  Depending on, you know, how quickly it
19 reaches that.  It could be a constant value for
20 the remainder of that period, but we see, for
21 instance, in the -- in the first -- in the first
22 row, if you will, the one before the big -- the
23 tall one, that one -- the current change is
24 basically almost throughout the whole period.
25     Q.  But I want to focus on the tallest one

148

1  because that's what we talked about, was what the
2  claim is focused on.
3          So in the tallest one, right, it has a
4  cur -- an asymptotic curve, as you called it, and
5  then hits a stable value; right?
6      A.  It asymptotically approaches a value.
7  That value is not a constant value.
8      Q.  Why is it that you think that value is
9  not a constant value?
10     A.  "Constant" means independent of time.
11         You can see that during the pulse,
12 during the selection period it is -- it is not the
13 same.  It's smaller at the beginning of the
14 selection period and it rises.  And the -- the
15 fact it asymptotically approaches some value does
16 not mean that it's a constant current value.
17         If you mean constant from row to row,
18 then it's clearly not constant from row to row
19 because there's -- there are -- there's other
20 information coming in.
21     Q.  Mr. Flasck, my question had nothing to
22 do with row to row.  I didn't say anything about
23 row to row.  And I was very specifically looking
24 at the tallest of the three humps we've been
25 discussing in row 5 on Fig. 9 that's labeled

Transcript of Richard A. Flasck
Conducted on January 19, 2022

149

1  current of CTj. And I specifically asked for the
2  time point when it hits the stable value to the
3  time point at the end of the selection period. At
4  that point it stays constant; right?
5      **A.  I believe it asymptotically approaches a**
6  **value.  That means that it never reaches a stable**
7  **or constant value.  It gets closer and closer the**
8  **longer you wait, but it never reaches a constant**
9  **value.**
10     Q.  What causes the asymptotic aspect of the
11 curve?
12     **A.  I don't believe the patent goes into**
13 **that.  It could be -- could come from a number of**
14 **sources.**
15         **There's -- there's some problems with**
16 **active matrix displays where -- where changing**
17 **currents -- where large changes in current at a**
18 **high frequency, like a step function, can cause --**
19 **can cause electromagnetic interference.  And**
20 **sometimes you -- you put a rising -- you put a**
21 **curved edge on the -- on the rise or the fall to**
22 **eliminate some EMI, so electromagnetic**
23 **interference.**
24         **It could be caused by parasitic**
25 **capacitance.**

150

1         **It could be caused by the rise time of**
2  **the drive transistors in the column driver.**
3         **It could come from a number of sources.**
4         **I -- you know, it could be a way of --**
5  **of avoiding ringing so that you get closer to**
6  **the -- the current that -- that you want.**
7         **I think the -- the patent is silent on**
8  **that.  There's a number of possibilities.  But my**
9  **only -- in the claim construction, my thought is**
10 **that Samsung's construction's clearly not correct**
11 **because a constant value would have a flat top and**
12 **as- -- a sloping asymptotic approach is not a**
13 **constant value.**
14     Q.  Is it possible that the current is set
15 to a constant value to come out of the drive
16 circuitry but that it takes time to reach that
17 value?
18     **A.  I don't know what you mean by that.**
19     **This is the -- this is the current**
20 **coming out of the -- CT is the -- is the current**
21 **at the connector terminal between the data**
22 **driver -- the peripheral data driver and the data**
23 **lines.**
24     Q.  And if the current coming out of that
25 driver is set to a constant voltage, would you

151

1  expect it to go straight to that constant voltage
2  or would it take -- let me start over.
3         We're talking about a current.  If you
4  were to look at the current source driver and you
5  were to set a constant current to come out of that
6  current source driver, would you expect that it
7  would go straight to that constant current or that
8  it might take some time to reach that constant
9  current?
10     **A.  Depends on the strength of the driver.**
11     **If you wanted it to have a flat top, if**
12 **you wanted it to be a constant current, you could**
13 **make a constant current.**
14     Q.  But if the driver is not strong enough,
15 it may take some time for that current to get to
16 the set current value; right?
17     **A.  That would be -- you know, that would be**
18 **one possible cause for a rounding on the rising**
19 **edge.  That's true.**
20     Q.  I'm going to move now to page 20 of your
21 corrected declaration.  I want to talk about the
22 term "current lines."
23         Do you see where you start your opinion
24 on page 20?
25     **A.  Yes.**

152

1      Q.  Now, Solas's proposed construction is
2  "Plain and ordinary meaning, i.e., lines through
3  which a current flows."
4         Right?
5      **A.  Yes.**
6         THE WITNESS:  We've been going for a
7  little over an hour now.  Can we have a
8  five-minute break --
9         MR. FRISCH:  Sure.
10        THE WITNESS:  -- before we start this?
11        MR. FRISCH:  Yes.
12        Why don't we go off the record.
13        THE WITNESS:  Okay.  See you in about
14 five.
15        THE VIDEOGRAPHER:  Off the record at
16 5:55.
17        MR. FRISCH:  Okay.  Thank you.
18        (Recess in Proceedings.)
19        THE VIDEOGRAPHER:  On record, 6:00.
20 BY MR. FRISCH:
21     Q.  Mr. Flasck, I'd like to go back to
22 page 20 of your corrected declaration and take a
23 look at your opinions that discuss the term
24 "current lines."  Okay?
25     **A.  Okay.**

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

153

1    Q.  Now, you explained earlier in the
2  deposition that you opined on a number of the same
3  terms from the '042 patent in a previous HP
4  declaration; right?
5    **A.  Yes.**
6    Q.  And in that declaration, you supported
7  Solas's proposed construction as well; right?
8    **A.  Yes.**
9    Q.  Now, in this matter, Solas's proposed
10  construction is "plain and ordinary meaning, i.e.,
11  lines through which a current flows."
12    Right?
13    **A.  Yes.**
14    Q.  But in the HP declaration, in the HP
15  matter, Solas's proposed construction was
16  "conductive lines for carrying current."
17    Right?
18    **A.  I believe that's correct.  Let me go --**
19    Q.  If you look at paragraph 56 of your
20  corrected declaration, that might help.
21    **A.  Yes.**
22    Q.  Now, the language of the asserted
23  claims, the '042 patent has not changed since you
24  put in your HP declaration; right?
25    **A.  Yes.**

---

154

1    Q.  And the language of the specification of
2  the '042 patent has not changed since you put in
3  your HP declaration; right?
4    **A.  Yes.**
5    **I'm sorry.  I'm sorry.  What was the**
6  **question?**
7    Q.  The language of the specification of the
8  '042 patent --
9    **A.  Oh.**
10    Q.  -- has not changed --
11    **A.  Yes.**
12    Q.  -- since you put in your HP declaration;
13  right?
14    **A.  Yes.**
15    Q.  So your change in construction is not
16  based on any change to the patent itself; right?
17    **A.  Correct.**
18    Q.  So your change in construction is based
19  on an argument that Samsung made, as you say, in a
20  different context involving different patents;
21  right?
22    **A.  I was asked to consider the current**
23  **Solas-proposed construction.  And part of that**
24  **consideration was based on -- as I said in**
25  **argument, that was a Samsung argument that was**

---

155

1  **presented to me in perhaps another context.**
2    Q.  You say in -- in paragraph 56, the line
3  that ends -- or that flips over from page 20 to
4  21, you say, "I understand that Samsung argued
5  in a different context and involving different
6  patents," and then you continue; right?
7    **A.  Yes.**
8    Q.  And so you've changed your construction
9  based on Samsung's argument from another matter?
10    **A.  I was asked to reconsider the -- or to**
11  **consider the new proposed construction based --**
12  **based on perhaps motivation of Samsung's argument,**
13  **but also on the basis of was my prior position**
14  **requiring conductive lines for carrying current**
15  **redundant.  So those were two considerations.**
16    Q.  What Samsung matter were you
17  considering?  What other Samsung matter were you
18  considering?
19    **A.  I'm not -- I don't know what the details**
20  **are of that, of that other context.**
21    Q.  So you don't know which case you're
22  discussing when you say "different context"?
23    **A.  That's correct.**
24    Q.  And do you know what the different
25  patents that you reference are?

---

156

1    **A.  No.  I was just told that they were**
2  **different patents.**
3    Q.  And so you don't know what the claims of
4  those patents look like; right?
5    **A.  That's correct.**
6    Q.  And so you don't know how Samsung was
7  applying those claims to its products, for
8  instance; right?
9    **A.  That's also correct.**
10    Q.  How did you find out about this other
11  case and this other argument?
12    MR. TSUEI:  I'll instruct the witness to
13    be careful to not reveal the content of
14    attorney-client communications and attorney
15    work product.
16    And with that said, and without
17    revealing such information, Mr. Flasck, you
18    may answer the question.
19    **A.  I was informed that by RAK Law.**
20    Q.  And I assume, then, you were provided
21  some facts about that other case that you
22  considered in forming the opinions you've
23  provided, for example, in paragraph 56 of your
24  corrected declaration; right?
25    MR. TSUEI:  Objection as to form.

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

40 (157 to 160)

157

1    A.  All the information that I was provided
2  is -- is laid out in my declaration here.
3    Q.  Okay. So there are no facts that you
4  considered other than what is here in your
5  declaration in paragraph 56?
6    A.  Sorry. Ask that question again.
7    Q.  I -- I just want to confirm: So there
8  are no facts that were told to you that you
9  considered in providing your opinion other than
10  what's set forth here in paragraph 56 of your
11  corrected declaration?
12    A.  I was not given any further facts
13  regarding the Samsung argument in that different
14  context involving different patents, that's
15  correct.
16    Q.  You didn't consider any transcripts from
17  that case; right?
18    A.  No.
19    Q.  You didn't look at any expert reports
20  from that case?
21    A.  No.
22    Q.  You didn't look at any claim
23  construction orders from that case; right?
24    A.  No.
25    Q.  I want to go down to your opinion at

158

1  paragraph 57, which is on page 21 of your
2  corrected declaration.
3      Am I correct that in paragraph 57 you're
4  discussing a number of elements of defendant's
5  construction that you think are unnecessary
6  because they're superfluous to what else is in the
7  claims?
8    A.  Yes.
9    Q.  So, for example, you don't think it's
10  necessary to include pixel circuits as part of the
11  construction of current lines, but you agree that
12  claim 1 already requires that each current line is
13  connected to a plurality of pixel circuits; right?
14    A.  I'm -- I'm offering an opinion on the
15  proper construction of "current lines." What
16  additional limitations or connections or
17  requirements are put on current lines in the
18  claims is a separate matter.
19    Q.  Well -- but the reason that you're
20  saying they're unnecessary to include a definitive
21  construction is because they're already in the
22  claim; right?
23    A.  That is also true.
24    Q.  And you say it's unnecessary to include
25  data-driving circuits in the construction. And,

159

1  again, that's because the claim already talks
2  about data-driving circuits; right?
3    A.  Primarily it's unnecessary because the
4  term "current lines" is a plain and ordinary
5  meaning that any POSITA would understand.
6      Current lines are lines through which a
7  current flows. It's -- it's a simple -- it's a
8  simple concept. It's a simple structure. It
9  doesn't need a lot of elaboration. A POSITA would
10  understand what a current line is.
11      And in addition to just the generally
12  known understanding of what a current line is,
13  it's not necessary in construction to in -- it's
14  not unnecessary -- it's not necessary in Samsung's
15  construction to add what's connected to the
16  current lines or what the purpose of the current
17  lines are or anything else.
18      I mean, the term stands on its own. A
19  current line is a -- it's a well-known thing. And
20  if you have to, you know, construct it, it's a
21  line that carries current.
22    Q.  Yeah, but I just want to make sure I'm
23  understanding your opinions correctly.
24      You're not -- you're not disputing that
25  other aspects of Samsung's proposed construction

160

1  are required by the claim, you just don't think
2  that they're required to be part of the
3  construction of current lines; right?
4    A.  That's correct.
5    Q.  All right. So you're not -- you're not
6  disputing that a -- you know, for instance, the
7  current lines carry both a designated current and
8  a reset voltage, you're just disputing whether
9  that needs to be in the construction of current
10  lines itself?
11      MR. TSUEI:  Objection as to form.
12    A.  I neither -- in the claim construction
13  here, I'm neither agreeing with nor disputing
14  whether it -- the current lines carry both a
15  designating current and a reset voltage.
16      I'm just saying that the term "current
17  line" is a well-known term. It's clear, plain and
18  ordinary. And, you know, again, what it does,
19  whether or not it -- it provides both a
20  designating current and a reset voltage doesn't
21  really impact on -- on what "current lines" means,
22  whether those requirements are in the claim or
23  not.
24    Q.  Well, we looked back at claim 1 of the
25  '042 patent. Claim 1 does talk about each of the

161

1 current lines carrying both a designated current
2 and a reset voltage; right?
3     A. One second.
4         Okay. It says, around paragraph 29,
5 around line 15, "A data driving circuit which
6 applies a reset voltage to said plurality of
7 current lines."
8         And it later on goes to say, "and
9 supplies a designating current having a current
10 value corresponding to an image signal of said
11 plurality of current lines."
12        So, yes, the -- the claim says that the
13 data driver applies the reset voltage and applies
14 the -- the designating current to the current
15 lines. Yes.
16    Q. Okay. So -- so -- just to be clear,
17 then, so you're not -- you're not disputing that
18 aspect of Samsung's proposed construction by --
19 or -- let me -- let me start over.
20        You're not disputing that that aspect of
21 Samsung's proposed construction is required by the
22 claim, but you don't think it's necessary to
23 include that in the construction of current lines;
24 is that correct?
25    A. Yes.

162

1    Q. I want to move on to the next term we
2 discuss in your declaration, starting on page 22.
3 The term is "pixel circuit."
4        If you can let me know when you're
5 there.
6     A. Okay. I'm there.
7    Q. If we go to paragraph 63, you say that
8 "Samsung's proposal carries an inherent ambiguity
9 which has the potential to be expanded beyond the
10 plain and ordinary meaning of 'pixel circuit' by
11 encompassing switches and storage elements outside
12 of what a POSITA would understand a, quote, 'pixel
13 circuit' to be."
14        Right?
15    A. Yes.
16    Q. Can you explain what you mean when you
17 say the proposal carries this ambiguity?
18    A. Sure.
19        Samsung's proposed construction is a
20 circuit that includes the switching and storage
21 elements used to drive a light emission element of
22 a pixel. And I explain in paragraph 62 -- let's
23 see which -- I reference Fig. 3.
24        I believe Samsung's construction is
25 broad enough to potentially include switches --

163

1 well, switches SJ, that is in Fig. 3, the switches
2 labeled 31 and 32, which are in the data driver
3 and not in the -- not in the pixel circuit.
4    Q. You think Solas's proposal does not
5 contain that ambiguity. That's how you ended
6 paragraph 63; right?
7    A. Yes.
8    Q. Now, how is it that Solas's proposal
9 gets rid of that ambiguity?
10        MR. TSUEI: Objection to form.
11    A. Well, I go with the plain and ordinary
12 meaning. A POSITA would understand what a -- you
13 know, what a pixel circuit is and the -- in the --
14 in the specification, if you look at Fig. 3, PI-1,
15 for instance, is the pixel or pixel circuit. And
16 that includes DJ -- DIJ and EIJ. DIJ being the
17 drive circuit and EIJ being the emissive element.
18 So the -- so the pixel circuit is the combination
19 of DIJ and E -- maybe it's D1J and E1J. I can't
20 quite make it out.
21        But that's -- that's the pixel circuit
22 at that location. The pixel circuit does not --
23 does not extend up into the -- up into the data
24 drivers. So that's why I'm saying plain and
25 ordinary meaning.

164

1    Q. Now, you understand if this case goes to
2 trial and Solas's construction is accepted, at
3 some point the jury is going to be -- have to be
4 able to apply this construction; right?
5        MR. TSUEI: Objection, form.
6    A. Sure.
7        And I believe the plain and ordinary
8 meaning is -- is the right construction.
9    Q. And under the plain and ordinary meaning
10 construction, how does one know if a particular
11 transistor or storage element is part of a pixel
12 circuit or not part of a pixel circuit?
13    A. The -- the specification says that, you
14 know, the -- the pixel circuit is P -- P1J, for
15 instance, which is composed of D1J and E1J. It
16 does not include SJ or SJ plus 1.
17    Q. Okay. But assuming that the jury is
18 looking at another circuit, right, they won't be
19 necessarily looking at the circuit that's provided
20 in the '042 patent, how does one tell under
21 Solas's construction if a particular transistor or
22 a storage element is inside or outside the pixel
23 circuit?
24        MR. TSUEI: Objection, form, incomplete
25 hypothetical.

---

165

1      A.  I'm not sure how to answer that.
2          I mean, a POSITA would understand that a
3  pixel circuit are the -- are the switches and
4  storage elements in the pixel that are used to
5  drive the light emission element of a pixel.
6      Q.  And when you say "that are used to drive
7  the light emission element of a pixel," you are
8  not limiting yourself to the drive transistor;
9  right?
10     A.  No.
11     Q.  That would also include the selection
12  transistor, for example?
13     A.  Sure.  Yes.
14     Q.  It would also --
15     A.  I mean, it includes in the drawing
16  what -- you know, essentially what the -- in
17  this -- in this embodiment, what D1J is.  It would
18  include the drive transistor, the capacitor, the
19  holding transistor, the selection transistor,
20  IN -- IN, the wiring connecting them all.
21     Q.  And if you had other transistors working
22  in concert with these three transistors, for
23  example, one that initializes the voltage on one
24  side of the capacitor, CS, would that also be part
25  of the pixel circuit?

---

166

1      A.  Oh, sure.  Like I said, this is -- this
2  is a -- these are fairly straightforward T3-1C
3  configurations.  Three transistors, one capacitor.
4  It's quite common to have even more than that,
5  four or five, even six transistors, and a couple
6  of capacitors in the pixel circuit.  So those
7  would all be included.  It's just that in this
8  embodiment, that's what I -- that's what I was
9  talking about.
10     Q.  So if you had a seven-transistor
11  circuit, that would also -- all those transistors
12  would be part of the pixel circuit?
13     A.  If -- sure, if that was -- if that was
14  the circuit that -- that was used to drive a
15  light -- light emission element in the pixel.
16     Q.  Okay.  I want to switch to another term
17  for a moment.  Just give me one moment.
18         Okay.  If we can turn to page 37 of your
19  corrected declaration.
20     A.  Okay.
21     Q.  And on page 37, you're addressing a term
22  from the '615 patent; right?
23     A.  Yes.
24     Q.  And that's the term "light emission
25  control section."

---

167

1          Right?
2      A.  Yeah.
3      Q.  Apologies.  I want to -- give me one
4  moment.  I brought you to the wrong page.  I
5  apologize.
6          Let's go back to page 33.
7          Are you there?
8      A.  Yes.
9      Q.  Okay.  My apologies.
10         This is the term that I wanted to
11  discuss, the term "light emission drive circuit."
12         Do you see that?
13     A.  Yes.
14     Q.  And the opinions that you've provided
15  are that you disagree with defendant's
16  construction; right?
17     A.  Yes.
18     Q.  And -- now, in paragraph 85, you note
19  that Samsung's proposed construction for the term
20  "light emission drive circuit" in the '615 patent
21  is the same as its construction for the term
22  "pixel circuit" that we were just discussing in
23  the '042 patent; right?
24     A.  Yes.
25     Q.  And then you go on to note that you do

---

168

1  not see any basis for assigning the exact same
2  construction to two different terms from two
3  different patents which share inventors and
4  initial signee, who presumably chose the words and
5  phrases they did, at least for some reason than no
6  reason at all; right?
7      A.  That's what it says, yes.
8      Q.  Can you explain what you meant by that?
9      A.  Well, as it says, the -- in one patent,
10  the same construction is used for pixel circuit
11  and in -- in this case, it's used for the light
12  emission drive circuit.
13         The light emission drive circuit is --
14  is, in my view, part of the pixel circuit, but
15  it's -- but it's not the whole pixel circuit.  So
16  I don't understand why the same inventors would
17  use the same -- or understand that Samsung's
18  proposal would be correct for two different
19  elements.
20     Q.  I think you said you -- your
21  understanding would be that the light emission
22  drive circuit would be part but not all of a pixel
23  circuit; is that correct?
24     A.  Yes.
25     Q.  What -- what part of the pixel circuit

Transcript of Richard A. Flasck
Conducted on January 19, 2022

169

1 is not in the light emission drive circuit, to
2 your understanding?
3     MR. TSUEI:  Objection, form.
4     **A.  Okay.  Just a second.**
5     **I'll -- I'll take back that last part.**
6     **It's -- there are two different patents, two**
7 **different terms.  Not sure why Samsung's proposed**
8 **construction would apply to both terms.**
9     **But in the -- in the '615, the light**
10 **emission drive circuit has the electric charge**
11 **accumulation section and the light emission**
12 **control section and other things.**
13     **So, yeah, I'll -- I'll -- let me revise**
14 **my comment on the -- on what is included in what.**
15     **But it's just a -- it's just a fact that**
16 **you have two different terms that -- that Samsung**
17 **is using the same construction for.**
18     Q.  Okay.  So it's -- it's because you don't
19 see a basis to assign the same -- the same
20 construction to two different terms that are used
21 in -- in different patents because you'd expect
22 that the applicants chose their words carefully.
23 Is that a fair summary?
24     **A.  Yes.**
25     Q.  And would you similarly expect that if

170

1 the same inventor used different words across the
2 claim of the same patent, those words would also
3 have different meanings?
4     Right?
5     **A.  That's certainly possible.**
6     Q.  Is -- that would be what you would
7 expect; right?
8     MR. TSUEI:  Objection, form.
9     **A.  The same terms used in the same patent**
10 **but in different claims, in principle aren't**
11 **identical, but I think one can -- one can use that**
12 **in conjunction with the written specifications to**
13 **inform an opinion about what -- what the proper**
14 **construction is.**
15     Q.  And perhaps -- I apologize.  Maybe my --
16 my question was unclear.
17     If you had different terms used in the
18 same patent, you wouldn't expect those terms to
19 have the same meaning; right?
20     **A.  Oh.**
21     **That's, in general, true.**
22     **And certainly in the claims, I would**
23 **expect different terms to mean different things,**
24 **yes.**
25     Q.  Because applicants are usually precise

171

1 in their wording; right?
2     **A.  They should be.**
3     Q.  Now, I want to go to another term here.
4 If we can go to page 31 of your corrected
5 declaration.
6     Do you see where you start talking about
7 exceeding a threshold value?
8     **A.  Yes.**
9     Q.  Solas has proposed the construction
10 plain and ordinary meaning, i.e., has an absolute
11 value larger than that of a threshold value;
12 right?
13     **A.  Yes.**
14     Q.  Now I want to take a look at claim 11 of
15 the '042 patent or -- my apologies.
16     I want to take a look at claim 11 of the
17 '615 patent.
18     **A.  I'm sorry.  Where -- where are we now?**
19     Q.  Yes.  If you could take a look at
20 claim 11 of the '615 patent, Exhibit 4.
21     **A.  Yes.**
22     Q.  Now, claim 11 requires during the
23 precharge time period that, quote, "The data
24 driver applies a precharge voltage exceeding a
25 threshold -- threshold value of the drive

172

1 transistor of the data line."
2     Right?
3     **A.  Yes.**
4     Q.  And the term "exceeding a threshold
5 value" that we were looking at in your declaration
6 comes out of this portion of the claim that we
7 were just looking at; right?
8     **A.  Yes.**
9     Q.  Now, if we look at claim 1 of the '042
10 patent, is that a claim that you've considered in
11 providing your opinions?
12     **A.  Claim 1 of the '042?**
13     Q.  Oh.  I apologize.  That's my fault.  I
14 want to take a look at claim 1 of the '615 patent.
15     **A.  Oh, all right.**
16     Q.  Is claim 1 of the '615 patent a claim
17 that you considered in providing your opinions in
18 your corrected declaration?
19     **A.  I looked at it.  I did not focus on it.**
20     Q.  Now, if we take a look at -- at claim 1
21 and we go to the first of the two wherein clauses,
22 starting at around line 32 of column 46 -- do you
23 see that?
24     **A.  Yes.**
25     Q.  And it includes a limitation starting

Transcript of Richard A. Flasck
Conducted on January 19, 2022

44 (173 to 176)

173

1  around line 35, where it says, "A voltage having
2  an absolute value that is larger than an absolute
3  value of a threshold voltage."
4      Right?
5      A. Yes.
6      Q. And that's the same comparison that we
7  were just looking at in claim 11; right?
8      A. I'm sorry. That's the same what?
9      Q. Comparison that we were looking at in
10 claim 11.
11     A. Yes. It's -- it's comparing voltage to
12 a -- well, yes.
13     Q. It's -- it's comparing the precharge
14 voltage to a threshold voltage; right?
15     A. Yes.
16     Q. Now, in claim 1, the applicants
17 specifically use the words "absolute value."
18     Right?
19     A. Yes.
20     Q. And they specifically said that you have
21 to have a voltage having absolute value that's
22 larger than the absolute value of the threshold
23 voltage of the drive transistor; right?
24     A. Yes.
25     Q. Now, in claim 11, the applicants did not

174

1  choose to use the term "absolute value."
2      Right?
3      A. Yes.
4      Q. In fact, they just used the term
5  exceeds, as we've discussed; right?
6      A. The term that they used is "exceeding."
7      Q. And as -- as we were just discussing,
8  you would expect that if the applicants used two
9  different words among the claims, that those would
10 be given different meanings; right?
11     MR. TSUEI: Objection, form.
12     A. It would have been better had they used
13 the same wording. I agree with that.
14     Q. Well, you previously noted, with respect
15 to the last term we discussed, that you expect
16 applicants are precise in their language; right?
17     A. Well, I said they should be precise in
18 their language.
19     Q. And so you don't put any value on the
20 fact that the applicants used "absolute value" in
21 term 1 but then used a different term in
22 claim 3 -- or claim 11?
23     MR. TSUEI: Objection, form.
24     A. I think my interpretation -- my
25 understanding of it, and a POSITA's understanding,

175

1  would be that those two are -- those two wordings
2  are essentially equivalent.
3      Q. And what is the understanding based on?
4      A. The understanding would be based on the
5  fact that both PMOS and NMOS transistors could be
6  used in these circuits and that the -- the common
7  understanding that the -- the threshold voltage
8  for PMOS is negative and it's a negative going
9  system, so that exceeding -- when using PMOS,
10 would be exceeding in a negative direction,
11 whereas exceeding when using NMOS would be
12 exceeding in the positive direction.
13     Q. So to be clear, you have to read
14 "exceeding" differently in claim 11, depending on
15 whether you're looking at PMOS or NMOS?
16     A. "Exceeding" means going beyond a certain
17 point. And I think it's -- it's understandable
18 and consistent going beyond the negative threshold
19 voltage for PMOS and going beyond the positive
20 threshold voltage for NMOS.
21     Q. When you say "going beyond the negative
22 voltage in PMOS," you mean having a lower voltage;
23 right?
24     A. Exceeding it in a -- in the negative
25 direction, yes, having a lower voltage.

176

1      Q. Exceeding it in the negative direction
2  is the same as having a lower voltage; right?
3      A. Yes.
4      Q. And in NMOS, you think that it has to
5  exceed in the positive direction, meaning it has
6  to have a larger voltage; right?
7      A. Yes.
8      Q. Now, in your understanding, does every
9  claim have to read on every embodiment in the
10 patent?
11     A. Does every claim have to read on every
12 embodiment?
13     Q. Yes.
14     A. No.
15     Q. So is it possible that claim 11 only
16 reads on the NMOS embodiments?
17     MR. TSUEI: Objection as to form.
18     A. I don't believe that to be the case, but
19 it is true that every claim need not read on every
20 embodiment.
21     Q. So it's possible that claim 11 could be
22 directed to the NMOS embodiments; right?
23     A. I do not believe that to be the case;
24 but, you know, it is true that every claim need
25 not read on every embodiment.

177

1    Q.  You can't rule that out, though, can
2  you?
3    A.  I think my understanding would be, and a
4  POSITA's understanding would be, that this claim
5  reads on both NMOS and PMOS.
6    Q.  Which is based on what?
7       MR. TSUEI:  Objection, asked and
8  answered.
9    A.  My opinion -- it's based on my
10  understanding of the technology and my
11  understanding of what a POSITA would understand
12  regarding the technology.
13    Q.  What is it about the technology that
14  leads you to believe that that's how a POSITA
15  would read this?
16    A.  I'm sorry.  What was the question?
17    Q.  What is it about the technology and your
18  understanding of the technology that leads you to
19  believe that a person of ordinary skill in the art
20  would read Claim 11 to cover PMOS?
21    A.  Oh, because the -- the '615 patent says
22  that PMOS is covered in -- in column 46, starting
23  in line 4, "In the display unit according to the
24  present embodiment, any of the hold transistors,"
25  et cetera, et cetera, "are of an n-channel

178

1  amorphous silicon.  However, it may be a
2  polysilicon thin film transistor or all of -- all
3  of them may be n-channel types or all of them may
4  be p-channel types.  In the case where all are
5  p-channel types, the only necessary -- it's only
6  necessary that high and low on the on level and
7  off level of the signals are inversed."
8       And so it -- it reiterates a common
9  understanding of POSITAs, that you can substitute
10  PMOS for NMOS.  And when you do that, you have to
11  invert the polarities.  And in that case, the
12  POSITA would understand that this invention could
13  be implemented with PMOS.
14       And if so, then it would be a natural
15  understanding that exceeding, and in -- in claim
16  11 would be for NMOS exceeding in the positive
17  direction and for PMOS exceeding in the negative
18  direction.  Otherwise, the circuit wouldn't work.
19    Q.  When you say "the circuit wouldn't
20  work," it wouldn't work for PMOS; right?
21       It would still work for NMOS; right?
22    A.  If you limited "exceeding" to exceeding
23  in a positive direction, then it would only work
24  for NMOS.
25    Q.  Now, in support of your position, you

179

1  cite to column 23, line 64, of the '615 patent,
2  and that's in paragraph 80 of your corrected
3  declaration; right?
4    A.  Sorry.  Which -- which paragraph were we
5  talking about?  82?
6    Q.  No.  In paragraph 80 of your
7  declaration.
8    A.  80.  Okay.
9    Q.  Let me start over.
10       Let's go to paragraph 80.  And let me
11  know if you're there.
12    A.  Okay.  I'm there.
13    Q.  In the second-to-last sentence of
14  paragraph 80, you say, "This is how the term is
15  explained throughout the '615 patent and the
16  specification."
17       Right?
18    A.  Yes.
19    Q.  And the -- term you're talking about
20  is "exceeding a threshold value."
21       Right?
22    A.  Yes.
23    Q.  Okay.  And then you have an excerpt from
24  the '615 patent below paragraph 80; right?
25    A.  Yes.

180

1    Q.  Does the excerpt you provided use the
2  term "exceeding a threshold value" anywhere
3  therein?
4    A.  No, it doesn't say "exceeding a
5  threshold value" in that paragraph.
6    Q.  So why is it that you believe that
7  paragraph supports Solas's construction for
8  exceeding a threshold there?
9    A.  Oh.
10       Well, it says that -- that the Tr13 is
11  that the VPRE13 is higher than the threshold
12  voltage V threshold 13 in -- again, in parens;
13  "Namely, the absolute value of it is larger than"
14  -- I believe they left out the word that -- "of
15  the threshold voltage VTr13."
16       So they're -- they're saying that --
17  that VPR13, the absolute value of -- of VPR13 is
18  larger than the absolute value of the threshold
19  voltage VTr13.
20       And my reading of that, and a POSITA's
21  reading of that, would be that the -- that the
22  VPRE exceeds the threshold voltage in the positive
23  direction for NMOS and the negative direction for
24  PMOS.
25    Q.  And to be clear, that paragraph doesn't

Transcript of Richard A. Flasck
Conducted on January 19, 2022

46 (181 to 184)

181

1  use exceeding a threshold value.  It uses the
2  words "higher than a threshold voltage"?
3      **A.  Yes.**
4      Q.  Are you equating the word "exceeds" with
5  "higher"?
6      **A.  No.**
7          **I think it goes on to explain, "Namely,**
8  **the absolute value thereof is larger than the**
9  **absolute value of the threshold voltage VTH13."**
10     Q.  I guess I'm trying to figure out,
11 though, why you think that that is saying what
12 "exceeds" means.
13     **A.  It means it's -- it's further away from**
14 **zero.  VPRE is further away from zero than V**
15 **threshold, in either the negative direction or the**
16 **positive direction.  That's what a POSITA would**
17 **understand to mean.  That's what I understand**
18 **it to mean.**
19         **If this were only -- if this were only**
20 **drawn to NMOS, then they wouldn't have to have any**
21 **explanation about absolute values.  They could**
22 **just -- if it was only drawn to NMOS, then they**
23 **could just say, you know, a prevoltage is higher**
24 **than the threshold voltage.  But they don't say**
25 **that.  They go on to explain about the absolute**

182

1  **values to bring in both the possibility of PMOS**
2  **and -- NMOS and PMOS.**
3      Q.  So if they wanted to talk about PMOS and
4  NMOS, they would talk about absolute value; right?
5      **A.  That's one way of doing it.**
6      Q.  But if they wanted to talk about just
7  NMOS, they would, for instance, say that the
8  precharge voltage is higher than the threshold
9  voltage?
10         MR. TSUEI:  Objection, calls for
11 speculation.
12     **A.  If they were only talking about NMOS,**
13 **then they could simply say the VPRE is larger than**
14 **the threshold voltage.  The precharge -- if they**
15 **were only talking about NMOS, they could simply**
16 **say the pre- -- the precharge voltage is larger**
17 **than the threshold voltage.**
18     Q.  And "larger," you mean a higher voltage?
19     **A.  Yes.**
20     Q.  And so if the patent had said that,
21 would you then agree that the claim was directed
22 at NMOS?
23     **A.  If the patent had said the -- that the**
24 **precharge voltage was higher than the threshold**
25 **voltage, then I don't see how it would work with**

183

1  **PMOS.  So I would say that it effectively was**
2  **limited to NMOS.**
3      Q.  If I give you a hypothetical:  You have
4  an NMOS transistor with a threshold voltage of 1
5  and I have a precharge voltage of negative 2,
6  would that precharge voltage exceed the threshold
7  voltage?
8      **A.  No.**
9      Q.  Now, if I look back at Solas's proposed
10 construction, which says has an absolute value
11 larger than that of a threshold value, doesn't
12 negative 2 have an absolute value that's larger
13 than 1?
14     **A.  The absolute value of negative 2 is**
15 **larger than 1.**
16     Q.  Does that present an issue with Solas's
17 proposed construction?
18         MR. TSUEI:  Objection, form.
19     **A.  Give me a second here.**
20         **Yes, that would be a problem.**
21     Q.  I apologize.  I'm just looking through
22 my outline for a moment.
23         I wanted to go back to paragraph 31 of
24 your corrected declaration for a moment.  This is
25 on page 10.  If you can let me know when you're

184

1  there.
2      **A.  Yes, I'm there.**
3      Q.  If we look at paragraph 31, you talk
4  about a light emission drive circuit that can
5  apply a current control type or current drive type
6  of light emission element emitting light at a
7  predetermined luminance gradation sequence; right?
8      **A.  Yes.**
9      Q.  The current control type of light
10 emission element you're discussing there, what is
11 that?
12     **A.  What is the -- are you asking what is**
13 **the light emission element?**
14     Q.  Yes.
15         You -- you talk about a current control
16 type or current drive type of light emission
17 element, and I -- I just want to know what that
18 is.
19     **A.  Okay.**
20         **I'm referring to a type of light**
21 **emission -- emission element where the -- where**
22 **the luminance is proportional to the current**
23 **flowing through it.  That would be like an LED or**
24 **an OLED or a -- an EL element.**
25     Q.  And so when you say "current control

Transcript of Richard A. Flasck
Conducted on January 19, 2022

47 (185 to 188)

---

185

1  type" or "current drive type," you mean that the
2  light emission is in some way related to the
3  amount of current that's going through?
4      A.  Yes.
5      Q.  And so when you talk about current
6  control type here, that's not the same as when we
7  were talking about -- earlier about current
8  controlled circuits versus voltage controlled
9  circuits; right?
10     A.  That's correct.
11     Q.  In fact, both a current controlled
12  circuit and a voltage controlled circuit, they
13  could both have current control type of light
14  emission element; right?
15     A.  That's correct.
16     MR. FRISCH:  Why don't we take another
17  break here.
18     THE WITNESS:  Okay.  About ten minutes.
19     MR. FRISCH:  If you don't mind, I'm
20  actually going to suggest 15.
21     THE WITNESS:  Okay.
22     MR. FRISCH:  Thanks.
23     THE WITNESS:  Are we off the record?
24     MR. FRISCH:  He's going off.
25     THE VIDEOGRAPHER:  Off the record at

---

186

1  6:57.
2      (Recess in proceedings.)
3      THE VIDEOGRAPHER:  On record, 7:20.
4  BY MR. FRISCH:
5      Q.  Mr. Flasck, I would like to turn your
6  attention now to page 37 of your corrected
7  declaration, the term "light emission control
8  section."
9      A.  Okay.
10     Q.  If you'll let me know when you're there.
11     A.  Yes.
12     Q.  Now, you understand that this was a term
13  that the parties also proposed for construction in
14  the HP litigation that you referenced earlier;
15  right?
16     A.  Yes, I believe so.
17     Q.  And it was actually a term that the
18  parties had agreed on in construction; and the
19  agreed construction was "drive transistor"; right?
20     A.  Yes.
21     Q.  And that's the construction that Samsung
22  has proposed in this litigation; right?
23     A.  Well, they said it's indefinite and
24  their alternative was "drive transistor."
25     MR. FRISCH:  Can we pull up what was

---

187

1  previously marked as tab 12 and mark that as
2  Exhibit 11.
3      (Exhibit 11 was marked for
4      identification and is attached to the
5      transcript.)
6      Q.  Mr. Flasck, do you recognize Exhibit 11
7  as the Joint Claim Construction and Prehearing
8  Statement in this case?
9      A.  Yes.
10     Q.  And you understand that this is a
11  document that the parties filed that sets out
12  their positions on the various terms that are
13  being proposed for construction?
14     A.  Yes.
15     Q.  If we look down to page 3, towards the
16  top, there's a heading that says, "U.S. Patent
17  No. 7,663,615."
18     Right?
19     A.  Yes.
20     Q.  Okay.  And the term "light emission
21  control section" is the first term for the '615
22  patent?
23     A.  Yes.
24     Q.  And you see the two constructions,
25  there's one on the left and one on the right next

---

188

1  to "light emission control section"?
2      Right?
3      A.  Yes.
4      Q.  And the one on the right is defendant's
5  proposed construction; right?
6      A.  Yes.
7      Q.  And defendant's proposed construction is
8  just "drive transistor."
9      Right?
10     A.  Yes.
11     Q.  Okay.  So -- just to clarify, so
12  Samsung's proposed construction in this case is
13  the same construction that the parties agreed to
14  in the HP litigation; right?
15     A.  I believe that's right.
16     Q.  And you had included that agreed
17  construction in your HP declaration; right?
18     A.  Yes.
19     Q.  Okay.
20     MR. FRISCH:  And why don't -- just to
21  make things easier, why don't we mark a copy
22  of that declaration.  If we can bring in tab
23  6 and mark that as Exhibit 12.
24     (Exhibit 12 was marked for
25      identification and is attached to the

---

189

1       transcript.)
2  BY MR. FRISCH:
3     Q.  Mr. Flasck, do you have a copy of that
4  that that you've been looking to?
5     **A.  I'm sorry.  This is the -- what I'm**
6  **calling the HP declaration?  Yes.**
7     Q.  And -- and you recognize what's on the
8  screen as Exhibit 12 as being your declaration
9  from the HP declaration -- or the HP litigation;
10 right?
11    **A.  Yes.**
12    Q.  And you can feel free to -- to take a
13 look at your copy with respect to any of these
14 questions, but you would -- just going back to my
15 question I started with:  You incorporated that
16 agreed construction into your HP declaration;
17 right?
18    **A.  Yes.**
19    Q.  And that's actually on page 20 of the HP
20 declaration?
21    **A.  Yes.**
22    Q.  Okay.  And you signed your HP
23 declaration on page 48; right?
24    **A.  Yes.**
25    Q.  Okay.  And you signed that declaration

190

1  under penalty of perjury; right?  That's what it
2  says right above your signature.
3     **A.  Yes.**
4     Q.  And you understood when you submitted
5  that declaration that it might be relied upon by
6  the Court; right?
7     **A.  Yes.**
8     Q.  And you understand that the Court does
9  not have to accept a construction that has been
10 agreed to by the parties; right?
11    **A.  Yes.**
12    Q.  Now, you didn't say anywhere in your HP
13 declaration that you disagreed with that
14 construction; right?
15    **A.  That's correct.**
16       MR. TSUEI:  Objection as to form.
17    Q.  At the time you signed your HP
18 declaration, did you disagree that the proper
19 construction of light emission control section was
20 drive transistor?
21    **A.  I understood that that was an agreed-to**
22 **construction, and I -- I don't believe I offered**
23 **an opinion on that.  I just accepted that that was**
24 **an agreed construction.**
25    Q.  And so you didn't think it was

191

1  important, when you put together your HP
2  declaration, to think about the constructions that
3  the parties had agreed to and note whether or not
4  you disagreed with any of those constructions?
5       MR. TSUEI:  Objection to form.
6     **A.  Again, when -- when I'm presented with**
7  **an agreed construction, I generally don't delve**
8  **into it much more than that.**
9     Q.  Now, you opined on other terms from the
10 '615 patent in the HP declaration; right?
11    **A.  Yes, in both the -- in the HP dec- --**
12 **yes.**
13    Q.  And one of the terms, if you go down to
14 page 42 of the HP declaration, that you opined on
15 was the operation; right?
16    **A.  Yes.**
17    Q.  And the proposed construction that you
18 were advocating for was plain and ordinary
19 meaning, not indefinite.  Within the claim phrase,
20 quote, "A drive voltage for making the light
21 emission control section perform the operation,"
22 end quote; the term, quote, "the operation," end
23 quote, refers to, quote, "generating a light
24 emission drive current having a predetermined
25 current value in accordance with the electric

192

1  charges accumulated in the electric charge
2  accumulating section and supplying the light
3  emission drive current to the light emission
4  element," end quote.
5       Right?
6     **A.  Yes.**
7     Q.  And so as part of construing the term
8  "the operation," you were looking at the claim
9  phrase as it says here, "a drive voltage for
10 making the light emission control section perform
11 the operation."
12       Right?
13    **A.  I'm sorry.  Ask that question again.**
14    Q.  As part of your construction of the term
15 "the operation," you were looking at the phrase
16 from the claim "a drive voltage for making the
17 light emission control section perform the
18 operation"; right?
19    **A.  Yes.**
20    Q.  Am I correct that as part of putting
21 together your opinions for the construction, you
22 then would have been applying the term "drive
23 transistor" for "light emission control section"
24 to this claim phrase?
25       MR. TSUEI:  Objection, form.

Transcript of Richard A. Flasck
Conducted on January 19, 2022

49 (193 to 196)

193

1     A.  Sorry.  Are you asking my considerations
2  at the time that the HP declaration was made or
3  the -- the Samsung declaration was made?
4     Q.  So I -- I'm going to start over.
5        I'm talking about the HP declaration.
6  And I'm specifically talking about the proposed
7  construction on page 42.
8     A.  Okay.
9     Q.  And within that construction, Solas's
10 proposed construction, it talks about how you're
11 construing the term "the operation" within the
12 claim phrase, as -- as you say, a drive voltage
13 for making the light emission control section
14 perform the operation.
15       Do you see that?
16    A.  Yes.
17    Q.  So you were analyzing the claim phrase
18 as drive voltage for making the light emission
19 control section perform the operation?
20    A.  I don't think in my HP declaration that
21 when considering that term, "the operation," I
22 don't think I took into account whether the light
23 emission control section was restricted to a drive
24 transistor or if it were something other than that
25 or more than that.

194

1     Q.  To be clear, your Samsung declaration,
2  the declaration for this litigation that we're --
3  we're here for today, that's the first time that
4  you're noting that you previously accepted Solas's
5  construction but did not agree with it; right?
6        MR. TSUEI:  Objection, form, misstates
7     facts.
8     A.  I don't think I disagreed with Solas's
9  construction for the operation in the corrected
10 Samsung declaration.
11    Q.  Perhaps, I can be more clear.
12       I meant in the declaration in this
13 matter, this is the first time that you have
14 offered the opinion that you accepted the
15 construction of light emission control section to
16 mean drive transistor but that you did not agree
17 with it; right?
18    A.  Oh.  Okay.  We're no longer talking
19 about the operation.  We're talking about the
20 construction of the light emission control
21 section?
22    Q.  That's right.
23    A.  I don't believe that the light emission
24 control section was a disputed term in the HP time
25 period or for the HP declaration.  So in the HP

195

1  declaration, I did not object to the definition of
2  the light emission control section being drive
3  transistor.
4        So that this -- I was asked -- I -- in
5  the Samsung matter, it was a disputed term, so I
6  was asked to opine on that.  So this is the first
7  time that I have opined on my -- that I disagree
8  with Samsung's definition of "drive transistor."
9     Q.  And that's because, as you said in
10 paragraph 94 of your corrected declaration in this
11 matter, that you accepted, without agreeing, the
12 light emission control section meant drive
13 transistor?
14    A.  I'm sorry.  Paragraph 94?
15    Q.  Yes.  Your corrected declaration.
16    A.  A second.
17       Okay.  So I believe 94 -- paragraph 94
18 is correct.
19    Q.  And paragraph 94 says, "In that prior
20 litigation, I accepted, without agreeing, that
21 light emission control section meant drive
22 transistor."
23       Right?
24    A.  Yes.
25    Q.  And the "prior litigation" you're

196

1  referencing is the HP litigation?
2     A.  Yes.
3     Q.  Is there anything in your corrected
4  declaration that you're accepting but have not
5  agreed to?
6     A.  My corrected deposition contains all of
7  my opinions.
8     Q.  Well, I'm -- so I'm looking at your
9  corrected declaration for this matter, Exhibit 2,
10 and I just want to know:  Is there anything that
11 you put into this declaration that you're
12 accepting but have not agreed to?
13    A.  Oh.
14       No.  For -- the only -- the only
15 agreed-to terms are for the '615 patent, which is
16 gradation and the accepted constructions level,
17 and I agree with that.
18    Q.  In every embodiment that's described in
19 the '615 specification, the light emission control
20 section is shown as a drive transistor; correct?
21    A.  Just a second.
22       Yes.  That's correct.
23    Q.  Okay.  If you can turn to page 26 of
24 your corrected declaration.  I want to take a look
25 at the term "precharge voltage."  If you'll let me

Transcript of Richard A. Flasck
Conducted on January 19, 2022

197

1  know when you're there.
2    **A. Okay.**
3    Q.  And Solas's proposed construction is
4  plain and ordinary meaning; right?
5    **A. Yes.**
6    Q.  What is your understanding of what the
7  plain and ordinary meaning of precharge voltage
8  is?
9    **A. It is the voltage that the data driver**
10 **applies that exceeds the threshold voltage of the**
11 **drive transistor to the data line.**
12   Q.  If we look at claim 11 of the '615
13 patent -- if you can let me know when you have
14 that back in front of you.
15   **A. Okay.**
16   Q.  And if you look at the last "wherein"
17 clause of claim 11 -- and I'm starting at the end
18 of line 56, in column 48 -- claim 11 requires that
19 the data driver applies a precharge voltage
20 exceeding a threshold value of the drive
21 transistor to the data line and the light emission
22 drive circuit applies the precharge voltage
23 applied to the data line to the electric charge
24 accumulation section via the write control
25 section."

198

1      Right?
2    **A. Yes.**
3    Q.  Now, if we turn to Fig. 3A in the '615
4  patent, Fig. 3A shows an embodiment of the light
5  emission drive circuit; right?
6    **A. Yes.**
7    Q.  And it shows the operation of this
8  particular light emission drive circuit during the
9  precharge operation?
10   **A. Yes.**
11   Q.  And element DL that's labeled here,
12 that's the data line?
13   **A. Yes.**
14   Q.  And Fig. 3A shows a voltage that's
15 labeled VPRE being applied to the data line VL;
16 right?
17   **A. Yes.**
18   Q.  And VPRE is a precharge voltage; right?
19   **A. Yes.**
20   Q.  And that's what the PRE stands for;
21 right?  It's pre for precharge voltage?
22   **A. Yes.**
23   Q.  And this particular VPRE is connected to
24 one side of the capacitor, CS, through transistor
25 12; right?

199

1    A. Yes.
2      **I think in 3A, that's -- that's an**
3  **illustration of the application of the -- just a**
4  **second.  Yes.**
5    Q.  And that's the bottom side of the
6  capacitor, CS, at least as it's situated in this
7  particular circuit diagram; right?
8    **A. Yes.**
9    Q.  And it also shows a voltage VC at the
10 bottom of Fig. 3A; right?
11   **A. Yes.**
12   Q.  And VC is the voltage difference from
13 one side of the capacitor to the other; right?
14   **A. Yes.**
15   Q.  It's the voltage across the capacitor?
16   **A. Yes.**
17   Q.  And Fig. 3A shows that VC is equal to a
18 precharge voltage VPRE13; right?
19   **A. Yes.**
20   Q.  Then it notes that VPRE13 -- actually,
21 let me take a step back.
22      VPRE13 is the drive transistor's
23 precharge voltage; right?
24   **A. Yes.**
25   Q.  And when it says that VPRE13 is greater

200

1  than VTH13, the VTH13 is the threshold voltage of
2  that drive transistor 13; right?
3    **A. Yes.**
4    Q.  And as shown in Fig. 3A, the voltage
5  VPRE13 must exceed the threshold value of the
6  drive transistor, according to the equation here
7  at Fig. 3A; right?
8    **A. Yes.**
9    Q.  Now, you'd agree with me that the two
10 precharge voltages we've been talking about, VPRE
11 and VPRE13, they don't have the same value; right?
12   **A. Well, they have the same value**
13 **initially, when -- when it's applied.  If we look**
14 **at -- let's see.**
15      **If we look at -- there's probably a**
16 **better figure, but if we look at Fig. 2, that's**
17 **the -- the wave form for the -- for the voltage**
18 **across the capacitor.  It shows VPRE13, which is**
19 **the voltage across the capacitor.  And it starts**
20 **off at VPRE, the applied voltage on the -- on the**
21 **data line.  The -- the value of VR -- VPRE13 is**
22 **equal to VPRE, but then after that voltage is**
23 **applied and the transistor is shorting out, that**
24 **voltage VPR13 sags down to the threshold voltage**
25 **of the drive transistor.**

Transcript of Richard A. Flasck
Conducted on January 19, 2022

---

201

1    Q.  So VP --
2    A.  VP -- VPRE is the voltage that's
3  initially applied to the -- to the bottom node of
4  the capacitor.  And then in the subsequent
5  operation, the -- what's called here the threshold
6  correction operation period, the voltage across
7  the capacitor, which is VRP13 and starts off at
8  VPRE, sags down to the threshold voltage,
9  V threshold.
10    Q.  So the voltage that's ultimately stored
11 on a capacitor is not the same as VPRE; right?
12    A.  VPRE is the -- is the predetermined
13 voltage that's applied to the data line and
14 applied to the bottom -- the bottom node of the
15 capacitor in the precharge operation period.
16    Then in the -- so that at the end of the
17 precharge operation period, VPRE13 is equal to
18 VPRE.  VPRE was a fixed voltage that was
19 originally applied to the data line.
20    Then in the next period, the threshold
21 correction operation time period, the -- the VPRE
22 is -- is shut off, if you will.  The drive
23 transistor -- there's a -- it's shorting out.  And
24 that VPRE13, which is the voltage across the
25 capacitor, which is the same as the voltage from

202

1  the gate to the source, collapses down to the
2  threshold voltage of the drive transistor.
3    So VPRE is the -- is the cause, the
4  initial cause, and VPR13 is the reason -- is
5  initially VPRE, but then it -- then it sags down
6  during that correction operation time period to
7  V threshold.
8    So VPRE is the -- if you will, the
9  ultimate cause or the ultimate -- the -- the
10 initial voltage, which is the -- which is the
11 precharge voltage.
12    VPR13 is the voltage across the
13 capacitor, which is not fixed, and which sags down
14 to the threshold voltage.  It's the result of the
15 operation after the -- after the precharge voltage
16 is initially applied and then removed.
17    Q.  I want to go back to your original
18 declaration for a moment, which we had marked as
19 Exhibit 1.
20    You have a copy of your original
21 declaration on your computer that you've been
22 working off of; right?
23    A.  Yes.
24    Q.  And the copy that you have on your
25 computer is the one -- the copy of the declaration

203

1  you have on your computer is the one that you
2  approved of and signed?
3    A.  Talking about the HP declaration?
4    Q.  No.
5    I'm talking about the -- you submitted
6  two declarations in this matter, an original
7  declaration and a corrected declaration; right?
8    A.  Oh, I'm sorry.  Okay.  So we --
9    Q.  I want to talk about the original
10 declaration that was marked as Exhibit 1.
11    A.  Oh, the original declaration.  Okay.
12    Q.  And you have a copy of that declaration
13 on your computer that you've been looking at
14 throughout the deposition?
15    A.  Yes.
16    Q.  And that's a copy of the declaration
17 that you had approved and signed?
18    A.  Yes.
19    Q.  And I just want to go back to something
20 we talked about earlier.
21    If you look at the screen right now,
22 this is a page labeled Roman numeral II of the
23 copy of the declaration that I have.
24    Does your copy of the declaration have
25 this table of exhibits and abbreviations that's on

204

1  the screen?
2    A.  That's -- is that page 3?
3    Q.  It's page Roman numeral II.  It's page 3
4  of the PDF, but page Roman numeral II.
5    A.  No, I can't find the table of exhibits
6  in -- in the declaration that I have in front of
7  me.
8    Q.  And you don't remember ever seeing the
9  table of exhibits and abbreviations; right?
10    MR. TSUEI:  Objection as to form.
11    A.  I don't recall seeing it.
12    Q.  And, to your knowledge, the copy of your
13 declaration that you approved and signed didn't
14 have the table of exhibits and abbreviations;
15 right?
16    A.  I can go back and look, but on the copy
17 I have is labeled "final as sent claim
18 construction declaration," and it does not have
19 that table.
20    Q.  What do you mean when you say you can --
21 you can go back and look?
22    A.  I could, in principle, go back into my
23 files to see if there was some draft of the
24 declaration that -- that had that exhibits.  But
25 the -- unless there was a mistake in my files,

Transcript of Richard A. Flasck
Conducted on January 19, 2022

52 (205 to 208)

---

205

1  this is -- this is the one that -- that I signed
2  and was sent.
3      Q.  When you say "this is the one," you mean
4  the one that you're looking at without that table
5  of exhibits and abbreviations; right?
6      A.  Yes.
7          MR. FRISCH:  I have no further
8  questions.  Thank you.
9          MR. TSUEI:  Can we go off the record.
10         THE VIDEOGRAPHER:  Off record, 7:54.
11     (Recess in proceedings.)
12         THE VIDEOGRAPHER:  On record, 8:00.
13             EXAMINATION
14  BY MR. TSUEI:
15     Q.  Good evening, Mr. Flasck.
16     A.  Hi.
17     Q.  So thank you for bearing with us.  I
18  just have a couple of questions.
19         But before I begin, have you and I
20  spoken today during the deposition during any
21  break?
22     A.  No.
23     Q.  Okay.  I'd like to start with the term
24  that Mr. Frisch asked you about during his
25  examination, specifically "exceeding a threshold

---

206

1  value."
2          Do you recall discussing that term in
3  context of the '615 patent --
4      A.  Yes.
5      Q.  -- during Mr. Frisch's examination?
6      A.  Yes.
7      Q.  I'd like to share on the screen Flasck
8  Exhibit 2.
9          MR. TSUEI:  I'm sorry.  Jaimie, I can
10     share it myself.
11     Q.  So, Mr. Flasck, I've got in front of me
12  a page from your corrected declaration, beginning
13  at paragraph 8.  Are you with me?
14     A.  Yes.
15     Q.  During Mr. Frisch's examination, he
16  asked you a hypothetical involving a NMOS
17  transistor with a threshold value of 1 being
18  driven by a voltage of negative 2.
19         Do you recall that hypothetical?
20     A.  Yes.
21     Q.  Would a person of ordinary skill
22  ordinarily drive an NMOS transistor with a
23  positive threshold value with a negative voltage
24  value, say, of negative 5?
25     A.  No.

---

207

1          The -- a person of ordinary skill in the
2  art would drive an NMOS circuit with zero basic --
3  zero volts as VSS, as the low voltage.  Then the
4  threshold voltage would be some positive voltage
5  above zero.  And the -- the precharge voltage
6  would then be a voltage above that, further from
7  zero than that, so that all voltages in the
8  circuit would be above zero volts with a PMOS
9  circuit.
10         A POSITA would expect all the voltages
11  to be negative; that is, the -- high side
12  voltage, if you will, would be -- you know, would
13  be zero, and the threshold voltage would be a
14  negative number, and the precharge voltage would
15  then be a number that was more negative than
16  the -- than the threshold voltage.
17         So the precharge voltage would be more
18  negative than the -- than the threshold voltage.
19  It would be unusual to have -- to have a -- an
20  NMOS circuit with both positive and negative
21  voltages.  An NMOS circuit would generally have
22  voltages at zero and higher than zero.  And a PMOS
23  would generally have voltages zero and below zero.
24     Q.  Mr. Flasck, the description of NMOS and
25  PMOS transistors and how they are driven,

---

208

1  specifically with respect to their respective
2  categories of threshold voltages, would that
3  description of NMOS and PMOS transistors be what a
4  person of ordinary skill would have in mind when
5  looking at the claims of the '615 patent?
6      A.  Yes.
7          MR. TSUEI:  Object to form.
8      A.  Yes.
9      Q.  Would it be fair to say, then, that
10  where the claims of the patent, specifically
11  claim 11, has the phrase "exceeding a threshold
12  value," a person of ordinary skill would have in
13  mind both PMOS- and NMOS-type transistors as
14  being -- potentially being used to practice the
15  invention?
16         MR. TSUEI:  Objection to form.
17     A.  Yes.
18     Q.  Do you think it would be fair for -- I'm
19  sorry.  Strike that.
20         Do you think a person of ordinary skill
21  would have in mind the edge case that Mr. Frisch
22  presented to you during his examination regarding
23  NMOS transistor with a positive threshold being
24  driven by a negative voltage?
25         MR. TSUEI:  Objection to form.

---

209

1     A.  No.  No.
2     Q.  So let's back up and start with NMOS
3  transistors.
4        Is the threshold voltage of a NMOS
5  transistor, generally speaking, a positive value?
6     A.  Yes.
7     Q.  If the voltage being driven to that NMOS
8  transistor is below that positive threshold value,
9  does current flow easily through the transistor?
10    A.  No.
11    Q.  What happens when the voltage being
12  driven to the NMOS transistor with the positive
13  threshold is above the threshold value?
14       MR. FRISCH:  Objection to form.
15    A.  The transistor would begin conducting.
16    Q.  Would the inverse of those steps be true
17  for PMOS transistors?
18       MR. FRISCH:  Objection, form.
19    A.  Yes.
20    Q.  I'm sorry.  That was unclear.
21       Say you have a PMOS transistor, would
22  the threshold voltage of a PMOS transistor
23  generally be a negative value?
24    A.  Yes.
25    Q.  And if the voltage being driven to that

210

1  PMOS transistor with a negative threshold value is
2  above the threshold value, does current flow
3  easily through the transistor?
4        MR. FRISCH:  Objection, form.
5     A.  If you're asking if the gate is held at
6  a value between zero and the threshold, the
7  negative threshold value of the PMOS transistor,
8  no current would flow through the PMOS transistor.
9     Q.  And what would happen if the current
10  being driven to the PMOS transistor has a value
11  that is greater than that negative threshold value
12  in a negative direction?
13    A.  If a voltage is applied to the gate of
14  the PMOS transistor, which is more negative than
15  the threshold value of that PMOS transistor, then
16  that transistor would begin conducting.
17    Q.  The '615 patent, Mr. Flasck, to your
18  knowledge, does it ever discuss that species of
19  edge case that Mr. Frisch asked you about
20  involving an NMOS transistor with a positive
21  threshold being driven by a negative -- negative
22  voltage?
23       MR. FRISCH:  Objection, form.
24    A.  No.
25    Q.  Is that because a person of ordinary

211

1  skill in the art would understand that for the two
2  species of transistors we're discussing, there are
3  ordinary ranges of voltage being applied to those
4  transistors in normal operation?
5        So, for instance, for NMOS, the voltage
6  being driven to an NMOS transistor would be
7  between zero and the threshold voltage value?
8     A.  A person of ordinary skill in the art
9  would understand that generally, in NMOS circuits,
10  positive voltages would be used.
11       Does that answer the question?
12    Q.  It does.
13       One additional question, though,
14  Mr. Flasck.  Would the person of ordinary skill
15  ordinarily think that a circuit of the N type
16  would be driven by a negative voltage value?
17    A.  No.
18       In NMOS circuits, a person of ordinary
19  skill in the art would -- would assume that the
20  voltages were positive.
21    Q.  Would the person of ordinary skill,
22  starting with P-type transistors, make a similar
23  assumption about the directionality of the
24  voltages being driven to the P-type transistor?
25       MR. FRISCH:  Objection, form.

212

1     A.  In a PMOS circuit, a person of ordinary
2  skill in the art would assume that the voltages
3  were all negative.
4     Q.  So turning your attention back to your
5  proposed construction on the screen for the term
6  "exceeding a threshold value," your proposal is:
7  Has an absolute value larger than that of a
8  threshold value.
9        Do you see that?
10    A.  Yes.
11    Q.  That language comes directly from the
12  specification of the '615 patent; is that right?
13    A.  Yes.
14    Q.  So given our discussion regarding PMOS
15  and NMOS transistors over the past five minutes,
16  would you still agree that your proposed
17  construction here makes sense and wouldn't be
18  problematic?
19       MR. FRISCH:  Objection, form.
20    A.  Yes.
21    Q.  And why is that?
22    A.  Because if the circuit were NMOS, one
23  would expect all of -- a person of ordinary skill
24  in the art would expect all of the voltages to be
25  positive, in which case the precharge voltage

Transcript of Richard A. Flasck
Conducted on January 19, 2022

54 (213 to 216)

213

1   would -- the absolute value of the precharge
2   voltage would indeed exceed the absolute value of
3   the threshold voltage.
4        And if PMOS were used, again, the --
5   the -- the precharge voltage -- the absolute value
6   of the precharge voltage would again be larger
7   than the absolute value of the threshold voltage,
8   so that the -- the proposed construction would
9   work with the understanding that with PMOS you're
10  using negative voltages and with NMOS you're using
11  positive voltages.
12       Q.  Mr. Flasck, one of the first topics
13  Mr. Frisch talked to you about today was the
14  parties' competing constructions for the term
15  "selection period" in the '042 patent.
16       Do you recall, generally, that
17  discussion?
18       A.  Yes.
19       Q.  I'm going to share my screen now with a
20  relevant part of Flasck Exhibit 2.
21       Do you see the portion of your corrected
22  declaration on the screen, Mr. Flasck?
23       A.  Yes.
24       Q.  And you say, "Samsung's proposed
25  construction uses the phrase 'ON voltage'"?

214

1        A.  Yes.
2        Q.  Do any of the claims of the '042 patent
3   use the term "ON voltage"?
4        MR. FRISCH: Objection to form.
5        A.  No.
6        Q.  But the specification of the '042 patent
7   does use the term "ON voltage." Would that be
8   correct?
9        A.  Yes.
10       Q.  During the first part of your
11  deposition, when you were being examined by
12  Mr. Frisch, Mr. Frisch asked you whether or not
13  you believed the '042 patent inventors defined the
14  term "ON voltage."
15       Do you recall that discussion?
16       A.  Yes.
17       Q.  I'd like to turn your attention to
18  paragraph 43 of your declaration.  On screen is
19  the top of page 15 of your corrected declaration.
20       Do you see that?
21       A.  Yes.
22       Q.  I'm reading here, which is from column 9
23  of the '042 patent, the following sentence:  "The
24  selection scan driver 5 individually applies to
25  the selection scan lines X1 through XM, a

215

1   high-level (ON-level) ON voltage VON (much higher
2   than the reference voltage VSS)..."
3        A.  Yes.
4        Q.  Do you see that?
5        A.  Yes.
6        Q.  Can you -- can you tell me what this
7   portion of the '042 patent specification means?
8        A.  Yes.  It means that the -- that the
9   selection scan driver, when it selects a scan
10  line, drives the scan line gate -- scan line
11  transistor gate to a high -- to a high positive
12  voltage.
13       Q.  So does Samsung's proposed construction
14  use terminology from the '042 patent, specifically
15  the phrase "ON voltage"?
16       A.  Yes.
17       Q.  And does the '042 patent, at least with
18  respect to the embodiment, about which a portion
19  of the specification is on the screen, say that
20  VON is a voltage that is much higher than the
21  reference -- reference voltage VSS?
22       A.  Yes.
23       MR. FRISCH:  And I am just going to
24       object to the form of that question.  I
25       wasn't able to get it in before the answer.

216

1        Q.  Mr. Flasck, during Mr. Frisch's
2   questioning during your deposition earlier in the
3   day, I got the impression that Mr. Frisch was
4   saying or implying that the term "ON voltage," as
5   it's used in Samsung's proposed construction,
6   should not be so limiting as it's described in a
7   portion of the '042 specification shown on the
8   screen.
9        Did you -- do you share that perception?
10       MR. FRISCH:  Objection to form.
11       A.  I'm sorry.  Ask that question again.
12       Q.  I'll change the question.
13       If Samsung's expert or Samsung as a
14  party were to argue at some future point that the
15  term "ON voltage" means specifically a voltage
16  that is higher than a reference voltage in the
17  context of the patent, would you agree with that?
18       A.  The specification says that VON is much
19  higher than the reference voltage VSS.
20       Q.  If this definition of "ON voltage" were
21  accepted and Samsung's proposed construction of
22  the term "selection period," which uses the term
23  "ON voltage," were accepted by the Court, would
24  that read out the P-type embodiments discussed in
25  the '042 patent?

217

1      MR. FRISCH:  Objection, form.
2      A.  Yes.
3      Q.  Are you aware of any reason why those
4  P-type embodiments discussed in the '042
5  specification should be read out of the claims?
6      MR. FRISCH:  Objection to form.
7      A.  No.
8      Q.  So, Mr. Flasck, I apologize on the
9  record for what appears to be some confusion about
10  the, let's say, final version or corrected
11  versions of the declarations you submitted in --
12  in this case.
13      I have on screen Flasck Exhibit 2, which
14  is the corrected declaration.  This is the
15  declaration which Mr. Frisch has been asking you
16  questions on most -- for most of the day; is that
17  right?
18      A.  I believe so, yes.
19      Q.  And you've been asked questions about a
20  previous uncorrected version of your declaration
21  several times today.  Do you recall that?
22      A.  Yes.
23      Q.  Do the opinions expressed in this
24  corrected declaration, which is Exhibit 2 of your
25  deposition, differ materially in any way from the

218

1  opinions expressed in the previous uncorrected
2  versions of your claim construction declaration?
3      MR. FRISCH:  Objection to form.
4      A.  No.
5      Q.  And during the examination today by
6  Mr. Frisch, you were not made aware of any
7  material differences in the opinions expressed in
8  the corrected declaration vis-a-vis the previous
9  uncorrected declaration; is -- would that be fair
10  to say?
11      MR. FRISCH:  Objection, form.
12      A.  Yes.
13      Q.  Would it be fair to say, then, that the
14  corrected version of your declaration attaches an
15  updated version of your CV?
16      A.  Yes.
17      Q.  And also contains non-substantive
18  changes; would that be fair to say?
19      A.  I'm not sure what you mean by that.  I
20  don't think --
21      Q.  Are --
22      A.  -- that there are -- the only difference
23  I can see between -- yes, you're correct.
24      Q.  Do you recall talking about, with
25  Mr. Frisch, the absence or presence of an exhibit

219

1  list from the two versions of the declaration you
2  were shown today?
3      A.  Yes.
4      Q.  Does the absence or presence of that
5  exhibit list affect in any way whatsoever any of
6  the opinions regarding claim construction you've
7  given in this case?
8      A.  No.
9      Q.  I'd like to briefly show for you on
10  screen another term from the '042 patent, which is
11  the "sequentially selects said plurality of
12  selection scan lines in each selection period."
13      It begins at the bottom of page 17 of
14  your corrected declaration.  Are you with me,
15  Mr. Flasck?
16      A.  Yes.
17      Q.  So in the context of this term, one of
18  the topics you were asked about by Mr. Frisch was
19  the applicability and relevance of another patent
20  that shared some of the named inventors of the
21  '042 patent.  Do you recall that?
22      A.  Yes.
23      Q.  And you were asked questions on that
24  topic, also in reference to the previous related
25  term selection period, which I've scrolled up and

220

1  shown for you on screen.
2      Do you recall that?
3      A.  Yes.
4      Q.  Mr. Frisch asked you why it would be
5  useful to look to the '414 patent mentioned in
6  paragraph 47 of your corrected declaration in
7  determining the correct construction of the terms
8  of the '042 patent.
9      Do you recall that lengthy discussion as
10  well?
11      A.  Yes.
12      Q.  Does the fact that the '042 patent and
13  the '414 patent share named inventors present a
14  reason why a person of ordinary skill might look
15  to -- or at least look to the '414 patent to
16  determine the meaning of terms used in common
17  between the two patents?
18      MR. FRISCH:  Objection to form.
19      A.  Yes.
20      Q.  With respect to the '414 patent, even if
21  you were to assume the truth of Mr. Frisch's
22  conclusion that the invention of the '414 patent
23  was related to a selection period, would the 414's
24  discussion of what a selection period is full stop
25  be probative of what that same term means in the

Transcript of Richard A. Flasck
Conducted on January 19, 2022

56 (221 to 224)

---

**221**

1 '042 patent?

2        MR. FRISCH:  Objection to form.

3    **A.  Not necessarily.**

4    Q.  Why?

5    **A.  Maybe I understood the question.  Ask**

6 **that question again.**

7    Q.  Sure.  I'll rephrase it.

8        Mr. Flasck, do you recall Mr. Frisch

9 asking you whether or not the invention of the

10 '414 patent was related to a selection period?

11    **A.  As I sit here right now, I don't recall**

12 **that.**

13    Q.  But that's okay, too.

14        Does, to your knowledge, the '414 patent

15 ever define the term "selection period" in a way

16 that's inconsistent with your proposal for what

17 that term means in the '042 patent?

18    **A.  No.**

19        MR. TSUEI:  Okay.  Mr. Flasck, I've got

20 no further questions.  Thank you.

21        MR. FRISCH:  Mr. Flasck, I will have

22 just a couple of follow-up questions.

23        EXAMINATION

24 BY MR. FRISCH:

25    Q.  If you can just turn for a moment to

---

**222**

1 page 31 of your corrected declaration, Exhibit 2.

2 If you can let me know when you're there.

3        I want to look at the term "exceeding

4 threshold value."

5    **A.  Yes, I'm there.**

6    Q.  I just want to clarify one point that I

7 thought I heard in that line of questions.

8        Solas's proposed construction says

9 "plain and ordinary meaning, i.e., as an absolute

10 value larger than that of a threshold value."

11        Correct?

12    **A.  Yes.**

13    Q.  Is the comparison that's meant to be

14 captured in that plain and ordinary meaning

15 construction that's listed here the absolute value

16 of the precharge voltage to the value of the

17 threshold voltage or the absolute value of the

18 precharge voltage to the absolute value of the

19 threshold voltage?

20    **A.  Okay.  My understanding of the proposed**

21 **construction was, first of all, predicated on**

22 **either NMOS, where all the voltages were positive,**

23 **or PMOS, where all the voltages were negative.**

24 **And with that presumption, then my reading was --**

25 **my understanding was, quote, "it meant has an**

---

**223**

1 **absolute value larger than the absolute value of**

2 **the threshold voltage."**

3    Q.  That was my understanding as well.  I

4 just wanted to make sure we're on the same page.

5        MR. FRISCH:  With that, I have no

6 further questions.

7        MR. TSUEI:  Same here.  Nothing further

8 for Mr. Flasck from.

9        Me.  So thank you, Mr. Flasck, for --

10 for your service.

11        MR. FRISCH:  Thank you very much.

12        THE WITNESS:  Thank you.

13        THE VIDEOGRAPHER:  Time is 8:31, and

14 this concludes today's deposition of Richard

15 A. Flasck.  We're off the record.

16        (Off Video Record.)

17        THE COURT REPORTER:  Mr. Tsuei, I was

18 just going to say:  I have a standing order

19 for Mr. Frisch, but I don't for you, at least

20 that I know of.  Does the office have that or

21 did you want to guide me on if you want a

22 regular delivery, a rough draft, any of that

23 good stuff?

24        MR. TSUEI:  I think Veritext has a

25 three-day expedite.  Let's do that and make

---

**224**

1 that a standing order.

2

3        AND FURTHER THIS DEPONENT SAITH NOT.

4            SIGNATURE RIGHTS RESERVED.

5 (Videotaped Deposition concluded at 8:31 p.m. EST)

6

7            * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Transcript of Richard A. Flasck
Conducted on January 19, 2022

57 (225 to 228)

225

CERTIFICATION:

   I, April Reid, Shorthand Reporter in and
for the State of North Carolina, hereby certify to
the following:
      That the witness, RICHARD A. FLASCK, was
duly sworn by me, and that the transcript of the
oral deposition is a true record of the testimony
given by the witness;
      That the deposition transcript was
submitted on January 22, 2022 to the witness or
to the attorney for the witness for examination,
signature, and return to me by February 21, 2022.

      That the amount of examination time used
by each party at the deposition is as follows:
      BY MR. FLISCH:  06:13:00
      BY MR. TSUEI:   00:29:00

      That pursuant to information given to
the deposition officer at the time said
testimony was taken, the following includes
counsel for all parties of record:

226

      ON BEHALF OF THE PLAINTIFF SOLAS OLED
LTD.:
      JAMES S. TSUEI, ESQ.
      RUSS AUGUST & KABAT
      12424 Wilshire Boulevard
      Suite 1200
      Los Angeles, CA  90025
      (310) 826-7474

      ON BEHALF OF DEFENDANTS SAMSUNG DISPLAY
CO., LTD., SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.:
      JARED FRISCH, ESQ.
      DANIEL CHO, ESQ.
      BOB HASLAM, ESQ.
      COVINGTON & BURLING, LLP
      850 Tenth Street, NW
      OneCity Center
      Washington, DC  20001
      (202) 662-6000

      PLANET DEPOS VIDEOGRAPHER DREW HALTON
      PLANET DEPOS REMOTE TECH JAIMIE HENSLEY

227

      I further certify that I am neither
counsel for, related to, nor employed by any of
the parties or attorneys in the action in which
this proceeding was taken, and further that I am
not financially or otherwise interested in the
outcome of the action.
      Further certification requirements
pursuant to rule 203 of TRCP will be certified to
after they have occurred.
      Certified to by me this day, the 22nd day
of January, 2022.

      April Reid, RPR, CRR, Notary Public
      State of NC, County of Mecklenburg
      Notary Registration No. 20012210079
      Planet Depos, LLC
      451 Hungerford Drive, Suite 400
      Rockville, MD  20850
      (T) 1.888.433.3767
      (F) 1.888.503.3767
      (E) transcripts@planetdepos.com

228

FURTHER CERTIFICATION RULE 203, TRCP.

      The original deposition/errata sheet was
/ was not returned to the deposition officer on
2/21/2022;
      If returned, the attached changes and
signature page contains any changes and the
reasons therefore;
      If returned, the original deposition was
delivered to custodial attorney;
      That _____ is the deposition officer's
charges to the Plaintiff for preparing the
original deposition transcript and copies of
exhibits, if any;
      That the deposition was delivered in
accordance with Rule 203.3, and that a copy of
this certificate was served on all parties shown
herein on _____ and filed with the
Clerk.
      Certified to by me on _____.

      April Reid, RPR, CRR, Notary Public
      State of NC, County of Mecklenburg
      Notary Registration No. 20012210079
      Planet Depos, LLC
      451 Hungerford Drive, Suite 400
Rockville, MD  20850
(T) 1.888.433.3767
(F) 1.888.503.3767
(E) transcripts@planetdepos.com