# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:21-CV-00104-JRG |
| | § |
| SAMSUNG DISPLAY CO., LTD.; | § |
| SAMSUNG ELECTRONICS CO., LTD.; | § |
| SAMSUNG ELECTRONICS AMERICA, INC. | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court are two motions filed by Defendants Samsung Display Co., Ltd., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants"): 1) Defendants' Motion for Leave to File a Supplemental Brief in Support of their Motion to Stay (Dkt. No. 72); and 2) Defendants' Unopposed Motion to Expedite Briefing on Defendants' Motion for Leave to File a Supplemental Brief in Support of their Motion to Stay (Dkt. No. 74) (collectively, the "Motions").

The Court has denied Defendants' Motion to Stay Proceedings Pending *Ex Parte* Reexamination, which forms the basis of Defendants' requests for relief in the Motions. (Dkt. No. 75). Accordingly, the Motions (Dkt. Nos. 72, 74) are **DENIED AS MOOT**.

**So ORDERED and SIGNED this 22nd day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE